UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
JUN 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IPOC INTERNATIONAL GROWTH FUND LIMITED, )
a Bermuda Limited Liability Company, )
Richmond House )
12 Par-la-ville Road )
5th Floor )
Hamilton, HM 11, Bermuda, )

                Plaintiff,

v.

DILIGENCE, LLC,
1211 Connecticut Avenue
6th Floor
Washington, D.C. 20036

and

BARBOUR GRIFFITH & ROGERS, LLC,
1275 Pennsylvania Avenue, N.W.
Tenth Floor
Washington, DC. 20004,

                Defendants.

CASE NUMBER 1:06CV01109

JUDGE: Paul L. Friedman

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 06/16/2006

## RULE 7.1 DISCLOSURE STATEMENT OF
## PLAINTIFF IPOC INTERNATIONAL GROWTH FUND, LTD

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for IPOC International Growth Fund, Ltd. ("IPOC") certifies that it is a Bermuda registered investment fund which does not have a parent company, and further certifies that IPOC has no affiliates and/or subsidiaries that are publicly held.

Respectfully submitted,

IPOC INTERNATIONAL GROWTH FUND LIMITED

OF COUNSEL:

Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5858
Fax:   (312) 558-5700
kanderson@winston.com

*/s/ Carol A. Joffe*
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5996
Fax:   (202) 282-5100
tbroas@winston.com

*Attorneys for IPOC International Growth Fund Limited*

DC:471649.1