UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED<br>Richmond House<br>12 Par-la-ville Road<br>Fifth Floor<br>Hamilton, HM, 11, Bermuda<br><br>           Plaintiff,<br>  v.<br><br>DILIGENCE, LLC<br>1211 Connecticut Avenue<br>Sixth Floor<br>Washington, D.C. 20036<br><br>    and<br><br>BARBOUR GRIFFITH & ROGERS, LLC<br>1275 Pennsylvania Avenue, N.W.<br>Tenth Floor<br>Washington, D.C. 20004<br><br>           Defendants. | Civil No. 06-1109<br>(PLF) |

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to LCvR 83.6, the following hereby enter their appearance as counsel of record on behalf of defendant Barbour Griffith & Rogers, LLC:

        Charles J. Cooper, Esq.
        D.C. Bar No. 248070
        David H. Thompson, Esq.
        D.C. Bar No. 450503
        COOPER & KIRK, PLLC
        Suite 750
        555 Eleventh Street, NW
        Washington, DC  20004
        202-220-9600

Dated: June 29, 2006               Respectfully submitted,


                                   /s/ Charles J. Cooper
                                   _____
                                   Charles J Cooper (D.C. Bar No. 248070)
                                   David H. Thompson (D.C. Bar No. 450503)
                                   COOPER & KIRK, PLLC
                                   Suite 750
                                   555 Eleventh Street, NW
                                   Washington, DC  20004
                                   202-220-9600
                                   202-220-9601 (FAX)

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2006, I caused a true and correct copy of the foregoing to be served via U.S. mail, first-class, postage prepaid, upon the following:

> Timothy M. Broas
> Carol A. Joffe
> Winston & Strawn LLP
> 1700 K Street, N.W.
> Washington, DC  20006
>
> *Attorneys for IPOC International Growth Fund Limited*
>
>
> Paul C. Rauser
> AEGIS LAW GROUP LLP
> Suite 500
> 901 F Street, NW
> Washington, D.C.  20004
>
> *Attorneys for Diligence LLC*

> /s/ David Thompson
> _____