UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED )<br>Richmond House )<br>12 Par-la-ville Road )<br>Fifth Floor )<br>Hamilton, HM, 11, Bermuda )<br>)<br>                Plaintiff, )<br>  v. )<br>)<br>)<br>DILIGENCE, LLC )<br>1211 Connecticut Avenue )<br>Sixth Floor )<br>Washington, D.C. 20036 )<br>)<br>    and )<br>)<br>BARBOUR GRIFFITH & ROGERS, LLC )<br>1275 Pennsylvania Avenue, N.W. )<br>Tenth Floor )<br>Washington, D.C. 20004 )<br>)<br>                Defendants. )<br>) | Civil No. 06-1109<br>(PLF) |

**RULE 7.1 STATEMENT**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, Charles J. Cooper, counsel of record for Barbour Griffith & Rogers, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Barbour Griffith & Rogers, LLC, which have any outstanding

securities in the hands of the public:

>Interpublic Group of Companies, Inc.
>1114 Avenue of Americas
>New York, NY 10036

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  June 29, 2006                    Respectfully submitted,


/s/ Charles J. Cooper
_____
Charles J Cooper (D.C. Bar No. 248070)
David H. Thompson (D.C. Bar No. 450503)
COOPER & KIRK, PLLC
Suite 750
555 Eleventh Street, NW
Washington, DC  20004
202-220-9600
202-220-9601 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2006, I caused a true and correct copy of the foregoing to be served via U.S. mail, first-class, postage prepaid, upon the following:

>Timothy M. Broas
>Carol A. Joffe
>Winston & Strawn LLP
>1700 K Street, N.W.
>Washington, DC  20006
>
>*Attorneys for IPOC International Growth Fund Limited*
>
>
>Paul C. Rauser
>AEGIS LAW GROUP LLP
>Suite 500
>901 F Street, NW
>Washington, D.C.  20004
>
>*Attorneys for Diligence LLC*

>>/s/ David Thompson
>>_____