UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DILIGENCE, LLC ) <br> ) <br> and ) <br> ) <br> BARBOUR GRIFFITH & ROGERS, LLC ) <br> ) <br> Defendants. ) <br> _____) | Civil No. 06-1109 (PLF) <br><br> **FILED** <br><br> JUN 3 0 2006 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

**CONSENT ORDER**

This matter is before the Court on the parties' Consent Motion for Extension of Time, and it appearing that the Plaintiff has consented to the Defendants' request for a two-week extension of time in which to file an answer, which is currently due on July 6th, 2006, provided that the extension of time to file the answer does not postpone any other obligations or waive any discovery in the case, including the Rule 26(f) conference, which the parties have jointly scheduled for 10:00 a.m. on July 14, 2006, at the offices of Plaintiff's counsel; it is this 3 0 day of June, 2006

ORDERED that the deadline for the Defendants to file an answer to the complaint be, and the same hereby is, extended until July 20, 2006; provided that this extension of time does not postpone any other obligations or waive any discovery in the case, including the Rule 26(f) conference, which shall occur at 10:00 a.m. on July 14, 2006, at the offices of Plaintiff's counsel.

_____
PAUL L. FRIEDMAN
United States District Judge

Seen and Agreed:

/s/ Charles J. Cooper

---

Charles J Cooper
David H. Thompson
COOPER & KIRK, PLLC
Suite 750
555 Eleventh Street, NW
Washington, DC  20004
202-220-9600
202-220-9601 (FAX)

*Attorneys for Barbour Griffith & Rogers LLC*

/s/ Paul C. Rauser

---

Paul C. Rauser
AEGIS LAW GROUP LLP
Suite 500
901 F Street, NW
Washington, D.C.  20004
202-737-3500
202-737-3330 (FAX)

*Attorney for Diligence, LLC*

/s/ Timothy Broas

---

Timothy M. Broas
Carol A. Joffe
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, D.C.  20006
202-282-5996
202-282-5100 (FAX)

*Attorneys for IPOC International Growth Fund Limited*

copies to:

Charles J Cooper
David H. Thompson
COOPER & KIRK, PLLC
Suite 750
555 Eleventh Street, NW
Washington, DC 20004
202-220-9600
202-220-9601 (FAX)

*Attorneys for Barbour Griffith & Rogers LLC*

Paul C. Rauser
AEGIS LAW GROUP LLP
Suite 500
901 F Street, NW
Washington, D.C. 20004
202-737-3500
202-737-3330 (FAX)

*Attorney for Diligence, LLC*

Timothy M. Broas
Carol A. Joffe
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, D.C. 20006
202-282-5996
202-282-5100 (FAX)

*Attorneys for IPOC International Growth Fund Limited*