UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DILIGENCE, LLC )<br>)<br>and )<br>)<br>BARBOUR GRIFFITH & ROGERS, LLC )<br>)<br>Defendants. )<br>) | Civil No. 06-1109<br>(PLF) |

## ORDER

Upon consideration of the Motion of Defendant Barbour Griffith & Rogers LLC to Dismiss for Failure to Plead Fraud with Particularity, it is hereby

ORDERED that the motion is GRANTED and that the complaint is DISMISSED.

So ORDERED this ___ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Charles J Cooper (D.C. Bar No. 248070)
David H. Thompson (D.C. Bar No. 450503)
COOPER & KIRK, PLLC
Suite 750
555 Eleventh Street, NW
Washington, DC  20004

Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, D.C.  20006

Paul C. Rauser
AEGIS LAW GROUP LLP
Suite 500
901 F Street, NW
Washington, D.C.  20004