IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED | ) ) ) | Civil Action No. 06-1109 (PLF) |
| *Plaintiff,* | ) ) | |
| v. | ) ) | |
| DILIGENCE LLC, et al. | ) ) | |
| *Defendants.* | ) ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Paul C. Rauser (D.C. Bar No. 461722), Michael K. Ross (D.C. Bar No. 458573), and Oliver Garcia (D.C. Bar No. 456600) as counsel for defendant Diligence Inc. in the above-captioned matter.

Respectfully submitted,

July 20, 2006         AEGIS LAW GROUP LLP


By:      /s/ Paul C. Rauser
Paul C. Rauser (D.C. Bar No. 461722)
Michael K. Ross (D.C. Bar No. 458573)
Oliver Garcia (D.C. Bar No. 456600)
901 F Street, N.W., Suite 500
Washington, D.C. 20004
T: 202-737-3500/F: 202-737-3330

*Attorneys for Defendant Diligence Inc.*