# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED ) ) ) ) *Plaintiff,* ) ) v. ) ) DILIGENCE LLC, et al. ) ) *Defendants.* ) ) | Civil Action No. 06-1109 (PLF) |

## DILIGENCE INC.'S CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Diligence Inc., certify that to the best of my knowledge and belief, Diligence Inc. has no parents, subsidiaries or affiliates or securities or other interests that are publicly held. These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

July 20, 2006

AEGIS LAW GROUP LLP

By:  /s/ Paul C. Rauser
Paul C. Rauser (D.C. Bar No. 461722)
Michael K. Ross (D.C. Bar No. 458573)
Oliver Garcia (D.C. Bar No. 456600)
901 F Street, N.W., Suite 500
Washington, D.C. 20004
T: 202-737-3500/F: 202-737-3330

*Attorneys for Defendant Diligence Inc.*