# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED ) ) ) *Plaintiff*, ) ) v. ) ) DILIGENCE LLC, et al. ) ) *Defendants*. ) ) | Civil Action No. 06-1109 (PLF) |

## DILIGENCE INC.'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendant Diligence Inc. respectfully moves this Court to dismiss this action in its entirety with prejudice for failure to state claims upon which relief can be granted. The grounds for this motion are set forth in the accompanying memorandum of points and authorities. A proposed order is submitted herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
| July 20, 2006 | AEGIS LAW GROUP LLP |
|  | By: _____/s/ Paul C. Rauser_____ |
|  | Paul C. Rauser (D.C. Bar No. 461722) |
|  | Michael K. Ross (D.C. Bar No. 458573) |
|  | Oliver Garcia (D.C. Bar No. 456600) |
|  | 901 F Street, N.W., Suite 500 |
|  | Washington, D.C. 20004 |
|  | T: 202-737-3500 |
|  | F: 202-737-3330 |
|  | *Attorneys for Defendant Diligence Inc.* |