## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED )<br>)<br>) | |
| ) | Civil Action No. 06-1109 (PLF) |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| DILIGENCE LLC, et al. ) | |
| ) | |
| *Defendants*. ) | |
| _____ ) | |

## **ORDER**

Upon consideration of Diligence Inc.'s Motion to Dismiss, the Memorandum in support thereof, and all other papers and proceedings submitted in this matter, and for good cause shown:

IT IS HEREBY ORDERED THAT this action is hereby DISMISSED in its entirety with prejudice for the reasons set forth in Diligence Inc.'s Memorandum in support of the Motion and in its Reply. Each party shall bear its own costs.

SO ORDERED.


Dated: _____    By:  _____
                                                    PAUL L. FRIEDMAN
                                                    United States District Judge