IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH ) | |
| FUND LIMITED ) | |
| ) | Civil Action No. 06-1109 (PLF) |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| DILIGENCE LLC, et al. ) | |
| ) | |
| *Defendants*. ) | |
| _____ ) | |

**DILIGENCE INC.'S MOTION TO STAY DISCOVERY**
**PENDING RESOLUTION OF MOTIONS TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 26, Defendant Diligence, Inc. ("Diligence") hereby moves this Court for an order staying all discovery in this matter—as well staying issuance of a Scheduling Order under Federal Rule of Civil Procedure 16(b) —pending a ruling by the Court on Diligence's Motion to Dismiss filed concurrently herewith and on the Motion of Defendant Barbour Griffith & Rogers LLC to Dismiss for Failure to Plead Fraud With Particularity filed on July 19, 2006.  The grounds for this motion are set forth in the accompanying memorandum of points and authorities.  Counsel for Defendant telephoned Plaintiff's counsel to request consent to the relief requested in this Motion, but no such consent was obtained.  Counsel for defendant Barbour Griffith & Rogers LLC ("BGR") informed undersigned counsel that BGR has no objection to the stay requested herein.

                                                Respectfully submitted,

July 20, 2006                              AEGIS LAW GROUP LLP

                                                By:              /s/ Paul C. Rauser
                                                     Paul C. Rauser (D.C. Bar No. 461722)
                                                     Michael K. Ross (D.C. Bar No. 458573)
                                                   Oliver Garcia (D.C. Bar No. 456600)
                                                   901 F Street, N.W., Suite 500
                                                   Washington, D.C. 20004
                                                   T: 202-737-3500
                                                   F: 202-737-3330

                                                   *Attorneys for Defendant Diligence Inc.*