# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH ) | |
| FUND LIMITED ) | |
| ) | Civil Action No. 06-1109 (PLF) |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| DILIGENCE LLC, et al. ) | |
| ) | |
| *Defendants*. ) | |
| _____ ) | |

## ORDER

Upon consideration of Diligence Inc.'s Motion to Stay Discovery Pending Resolution of Motions to Dismiss, the Memorandum in support thereof, and all other papers and proceedings submitted in this matter, and for good cause shown:

IT IS HEREBY ORDERED THAT all discovery in this action shall be and is hereby STAYED pending rulings by the Court on Diligence Inc.'s Motion to Dismiss and on defendant Barbour Griffith & Rogers LLC's Motion to Dismiss. Additionally, the issuance of a Scheduling Order under Federal Rule of Civil Procedure 16(b) also is stayed pending ruling by the Court on both motions to dismiss. Each party shall bear its own costs.

SO ORDERED.

Dated: _____    By: _____
PAUL L. FRIEDMAN
United States District Judge