UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DILIGENCE, LLC ) <br> ) <br> and ) <br> ) <br> BARBOUR GRIFFITH & ROGERS, LLC ) <br> ) <br> Defendants. ) <br> ) | Civil No. 06-1109 <br> (PLF) |

## **ORDER**

Upon consideration of the Amended Motion of Defendant Barbour Griffith & Rogers LLC ("BGR") for a Protective Order Staying All Discovery, it is hereby ORDERED that the motion is GRANTED and that all discovery is STAYED pending resolution of BGR's Motion to Dismiss for Failure to Plead Fraud with Particularity, BGR's Motion for Judgment on the Pleadings, and Diligence LLC's Motion to Dismiss.

So ORDERED this ___ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Charles J Cooper (D.C. Bar No. 248070)
David H. Thompson (D.C. Bar No. 450503)
COOPER & KIRK, PLLC
Suite 750
555 Eleventh Street, NW
Washington, DC  20004

Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, D.C.  20006

Paul C. Rauser
AEGIS LAW GROUP LLP
Suite 500
901 F Street, NW
Washington, D.C.  20004