**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| DILIGENCE, LLC, *et. al.*, | )    C.A. No. 1:06CV01109 (PLF) ) |
| Defendants. | ) ) |

## SCHEDULING ORDER

1.    The Parties will exchange Rule 26(a)(1) disclosures on or before

_____, 2006.

2.    Each Party will produce the documents identified in their Rule 26(a)(1)

disclosures by_____.

3.    All motions for joinder of additional parties or amendment of the pleadings shall

be filed by _____.

4.    The Party with the burden of proof as to any claim or defense shall serve Rule

26(a)(2) expert disclosures by _____..

5.    The opposing Party shall serve Rule 26(a)(2) disclosures by

_____.

6.    All rebuttal Rule 26(a)(2) disclosures shall be filed by _____ .

7.    The parties will complete fact and expert depositions by

_____.

8.    Discovery will close on _____.

9.    Dispositive motions shall be filed no later than _____.

2

10.     The Parties may seek modification of this Order only for good cause shown following proper notice and a hearing if needed.

So ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Timothy M. Broas
Carol A. Joffe
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, D.C. 20006
202-282-5996
202-282-5100 (FAX)
*Attorneys for IPOC International Growth Fund Limited*

Charles J Cooper
David H. Thompson
COOPER & KIRK, PLLC
Suite 750
555 Eleventh Street, NW
Washington, DC 20004
202-220-9600
202-220-9601 (FAX)
*Attorneys for Barbour Griffith & Rogers LLC*

Paul C. Rauser
Michael K. Ross
AEGIS LAW GROUP LLP
Suite 500
901 F Street, NW
Washington, D.C. 20004
202-737-3500
202-737-3330 (FAX)
*Attorney for Diligence, LLC*