IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH ) <br> FUND LIMITED ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> DILIGENCE LLC, et al. ) <br> ) <br> *Defendants*. ) <br> _____ ) | Civil Action No. 06-1109 (PLF) |

**DILIGENCE INC.'S MOTION FOR EMERGENCY CONSIDERATION
OF MOTION TO STAY DISCOVERY AND FOR ORDER PROHIBITING
<u>DISCLOSURE OF SEALED COURT MATERIALS</u>**

Defendant Diligence, Inc. ("Diligence"), by and through undersigned counsel, respectfully moves this Court for emergency consideration of Diligence's pending motion to stay discovery (filed July 20, 2006) and for an order prohibiting Plaintiffs in <u>KPMG FAS v. Diligence LLC</u>, Civ. #05-2204 (PLF) (the "KPMG FAS Litigation") from disseminating to the Plaintiff in this action—IPOC International Growth Fund Ltd.—materials placed under seal by the Court in the KPMG FAS Litigation. The grounds for this motion are set forth in the accompanying memorandum of points and authorities. A proposed order is submitted herewith.

Counsel for Diligence telephoned Plaintiff's counsel to request consent to the relief requested in this Motion, but no such consent was obtained. Counsel for co-Defendant

Barbour Griffith & Rogers LLP indicated no objection to the relief sought herein.

                                          Respectfully submitted,

July 31, 2006                            AEGIS LAW GROUP LLP

                                  By:       /s/ Paul C. Rauser
                                          Paul C. Rauser (D.C. Bar No. 461722)
                                          Michael K. Ross (D.C. Bar No. 458573)
                                          Oliver Garcia (D.C. Bar No. 456600)
                                          901 F Street, N.W., Suite 500
                                          Washington, D.C. 20004
                                          T: 202-737-3500
                                          F: 202-737-3330

                                          *Attorneys for Defendant Diligence Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED ) ) ) *Plaintiff,* ) ) v. ) ) DILIGENCE LLC, et al. ) ) *Defendants.* ) ) | Civil Action No. 06-1109 (PLF) |

## **ORDER**

Upon consideration of Diligence Inc.'s Motion for Emergency Consideration of Motion to Stay Discovery and For Order Prohibiting Disclosure of Sealed Court Materials, the Memorandum in support thereof, and all other papers and proceedings submitted in this matter, and for good cause shown:

IT IS HEREBY ORDERED THAT the Diligence Inc.'s Motion for Emergency Consideration of Motion to Stay Discovery is hereby GRANTED; accordingly, Plaintiff shall file its opposition to said motion no later than August 1, 2006, and Diligence Inc. shall file its Reply brief in support of said motion no later than August 2, 2006, whereupon the motion will be ripe for consideration by the Court;

IT IS FURTHER ORDERED that Hughes, Hubbard & Reed LLP (and its client, KPMG Financial Advisory Services Ltd.) shall not disclose to Plaintiff or to anyone else (i) any unredacted copies of pleadings from the <u>KPMG Financial Advisory Services Ltd., et al. v. Diligence LLC</u>, D.C.C. Civil #05-2204 (PLF) case, and (ii) any discovery designated "Confidential" pursuant to the Protective Order entered in that case, pending further order of this Court.

SO ORDERED.

Dated: _____    By:  _____
                                                    PAUL L. FRIEDMAN
                                                  United States District Judge