**EXHIBIT 2**

Case 1:06-cv-01109-PLF   Document 19-3   Filed 07/31/2006   Page 1 of 2

# DILIGENCE

1275 Pennsylvania Ave, NW, 9th Floor
Washington, DC 20004

**Invoice**

| Date | Invoice # |
|---|---|
| 4/30/2005 | 1457 |

**Bill To**

Barbour Griffith & Rogers
Keith Schuette

| Description | Amount |
|---|---|
| ~~For Bermuda report and Germany work~~ -A Telecom<br>~~Research, database and communication expenses~~ | 25,000.00<br>~~15,000.00~~ |

Payments by wire transfer to:
(do not deduct any banking fees)

Citibank, F.S.B
PO Box 19748
Washington, DC 20036-0748
Tel. # 1-877-528-0990
Account name: Diligence, BDA, LLC
Account # 15018415
Routing #: 254070116
Swift Code: citius33

Payment upon receipt. Thank you.

**Total** 25K
~~US$40,000.00~~

| Web Site |
|---|
| www.diligencellc.com |

BGR 00049