**EXHIBIT 3**

**Asher, Andrew**

**From:** Nick Day [nday@diligencellc.com]
**Sent:** Saturday, March 11, 2006 7:22 PM
**To:** Schuette, Keith; K.Schuette
**Cc:** Gretchen King
**Subject:** Disclosure requests

Keith,

This is what we are proposing. Any thoughts?

**Request No. 1**

All documents relating to the KPMG FAS Personnel that has ever had access to confidential documents relating to the IPOC Investigation.

**Request No. 2**

All documents relating to or reflecting each piece of "property belonging to ɡedly taken by Diligence as alleged in Paragraph 24 of the Complaint.

**Request No. 3**

All engagement letters, contracts, or other legally binding agreements between KPMG FAS (or any affiliate thereof) and the Government of Bermuda (including the Ministry of Finance) to perform services in connection with the IPOC Investigation.

**Request No. 4**

All documents reflecting any actual or projected date of completion by KPMG al IPOC Report.

**Request No. 5**

All documents reflecting any actual or projected date of completion by KPMG FAS of any Draft IPOC Report for dissemination to IPOC or to any other person or entity outside of KPMG FAS.

**Request No. 6**

All electronic mail referencing the Putative Diligence Documents.

**Request No. 7**

All electronic mail referencing Diligence.

**Request No. 8**

All electronic mail referencing this action.

**Request No. 9**

4/12/2006

BGR00019

All documents relating to or reflecting a Communication (including all electronic mail and phone records) between KPMG FAS and any current or former Diligence Employee.

**Request No. 10**

All documents reflecting a Communication between KPMG FAS and LV Group relating to the IPOC Investigation, this action, Diligence, or the Putative Diligence Documents.

**Request No. 11**

All documents relating to the current or former policies, procedures, or practices of KPMG FAS for retention and destruction of documents (including, without limitation, electronic mail and electronically stored documents).

**Request No. 12**

All documents reflecting a Communication between KPMG FAS and Alfa relating to the IPOC Investigation, this action, Diligence, or the Putative Diligence Documents.

**Request No. 13**

All documents reflecting a Communication between KPMG FAS and IPOC relating to the IPOC Investigation, this action, Diligence, or the Putative Diligence Documents.

**Request No. 14**

All documents identified, reviewed, examined, considered, or used in any manner by you in responding to Defendant's First Set of Interrogatories to KPMG FAS.

**Request No. 15**

All documents provided to any one or more experts engaged or hired by you in connection with this action.

**Request No. 16**

All documents relating to KPMG FAS's damages alleged in the Complaint.

**Request No. 17**

Documents sufficient to identify the total fees or payments received by KPMG FAS from the Government or Bermuda (including the Ministry of Finance) for services performed by KPMG FAS in connection with the IPOC Investigation.

**Request No. 18**

All documents relating to the interview of Guy Enright described in Paragraph 16 of your Complaint.

**Request No. 19**

All documents relating to any internal investigation performed by or on behalf of KPMG FAS relating to the Putative Diligence Documents.

BGR00020

4/12/2006

**Request No. 20**

All documents relating to the source of the Putative Diligence Documents, including the original packaging (including shipping label) in which the Putative Diligence Documents were delivered to KPMG LLP as described in Paragraph 15 of the Complaint.

**Request No. 21**

All documents relating to the arbitration commenced in the British Virgin Islands against LV and Alfa referenced in Paragraph 9 of the Complaint.

**Request No. 19**

All documents relating to the arbitration initiated in Zurich by IPOC against LV referenced in Paragraph 9 of the Complaint.

**Request No. 22**

All documents relating to the the "unsuccessful efforts [by Plaintiffs] to ascertain how LV obtained access to materials from the IPOC Investigation" described in Paragraph 14 of the Complaint.

**Request No. 23**

All video and photographic images relating to the delivery of the Putative Diligence Documents delivered anonymously to the Montvale, New Jersey office of KPMG LLP you describe in Paragraph 15 of the Complaint.

**Request No. 24**

KPMG FAS's personnel file for Guy Enright.

**Request No. 25**

All documents reflecting any disciplinary action against, or reprimand of, Guy Enright by KPMG FAS since July 1, 2005.

**Request No. 26**

All recordings and transcriptions of any voice mail message left for Guy Enright by any Diligence Employee.

**Request No. 27**

All KPMG FAS policies and procedures relating to maintaining the confidentiality of client matters by KPMG FAS Personnel.

**Request No. 28**

All diaries, calendars (including all those maintained in electronic form), and contemporaneous notes maintained by Guy Enright since May 1, 2005.

**Request No. 29**

4/12/2006

BGR00021

All documents reflecting any and all telephone calls placed or received by Guy Enright since April 1, 2005.

**Request No. 30**

Documents sufficient to identify the KPMG FAS Personnel responsible for maintaining the security of KPMG FAS's computer systems.

**Request No. 31**

All documents reflecting any payment or fee received by KPMG FAS from the Government of Bermuda (including any Ministry, department, or agency thereof) for services rendered by KPMG FAS since January 1, 1990.

**Request No. 32**

KPMG FAS's personnel file for Lee Griffin.

**Request No. 33**

All documents reflecting any disciplinary action against, or reprimand of, Lee Griffin by KPMG FAS since July 1, 2005.

**Request No. 34**

All recordings and transcriptions of any voice mail message left for Lee Griffin by any Diligence Employee.

**Request No. 35**

All diaries, calendars (including all those maintained in electronic form), and contemporaneous notes maintained by Lee Griffin since May 1, 2005.

**Request No. 36**

All documents reflecting any and all telephone calls placed or received by Lee Griffin since April 1, 2005.

**Request No. 37**

All documents reflecting a Communication between the Minister of Finance of Bermuda and KPMG FAS regarding Diligence, this action, or the Putative Diligence Documents.

**Request No. 38**

All documents reflecting a Communication between any employee or representative of the Minister of Finance of Bermuda and KPMG FAS regarding Diligence, this action, or the Putative Diligence Documents.

**Request No. 39**

All documents reflecting a Communication between the Government of Bermuda and KPMG FAS regarding Diligence, this action, or the Putative Diligence Documents.

BGR00022

4/12/2006

**Request No. 40**

All documents reflecting a Communication between KPMG FAS (including any attorney or representative of KPMG FAS) and Igor Alexeev or any attorney or representative of Igor Alexeev.

BGR00023

4/12/2006