UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>DILIGENCE, LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 1:06CV01109 (PLF)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Motion of Defendant Barbour Griffith & Rogers LLC to Dismiss for Failure to Plead Fraud with Particularity, the opposition thereto, and any hearing thereon, it is hereby

ORDERED this _____ day of _____ that the Motion is DENIED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge