UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IPOC INTERNATIONAL GROWTH FUND LIMITED, )
)
)
Plaintiff, )
v. )  C.A. No. 1:06CV01109 (PLF)
)
DILIGENCE, LLC, *et al.*, )
)
Defendants. )
)

## ORDER

Upon consideration of Defendant Diligence, Inc's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6), the opposition thereto, and any hearing thereon, it is hereby

ORDERED this _____ day of _____ that the Motion is DENIED.

PAUL L. FRIEDMAN
United States District Judge