UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DILIGENCE, LLC, *et al.*, <br><br> Defendants. | C.A. No. 1:06CV01109 (PLF) |

### ORDER

Upon consideration of Defendant Diligence, Inc's Motion to Stay Discovery Pending Resolution of Motions to Dismiss, the opposition thereto, and any hearing thereon, it is hereby

ORDERED this _____ day of _____ that the Motion is DENIED.

PAUL L. FRIEDMAN
United States District Judge