UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>   Plaintiff,<br>v.<br><br>DILIGENCE, LLC, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:06CV01109 (PLF)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Anne W. Stukes as co-counsel in this case for Plaintiff IPOC International Growth Fund Limited.

Dated: August 3, 2006

/s/ Anne W. Stukes
_____
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:  (202) 282-5856
Fax:  (202) 282-5100
astukes@winston.com

*Co-Counsel for IPOC International Growth Fund Limited*

## Certificate of Service

      I hereby certify that I caused the foregoing Notice of Appearance to be served electronically, via the Court's electronic case filing system, on the following:

      Charles J Cooper
      David H. Thompson
      COOPER & KIRK, PLLC
      Suite 750
      555 Eleventh Street, NW
      Washington, DC 20004
      202-220-9600
      202-220-9601 (FAX)
      *Attorneys for Barbour Griffith & Rogers LLC*

      Paul C. Rauser
      AEGIS LAW GROUP LLP
      Suite 500
      901 F Street, NW
      Washington, D.C. 20004
      202-737-3500
      202-737-3330 (FAX)
      *Attorney for Diligence, LLC*

      ___/s/_____
      Anne W. Stukes