# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

IPOC INTERNATIONAL GROWTH FUND LIMITED,      )
     )
     )
           **Plaintiff,**      )
v.      )      **C.A. No. 1:06CV01109 (PLF)**
     )
DILIGENCE, LLC, *et al.*,      )
     )
           **Defendants.**      )
     )

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Timothy M. Broas as co-counsel in this case for Plaintiff

IPOC International Growth Fund Limited.

Dated:  August 3, 2006                 /s/ Timothy M. Broas

                                       _____

Timothy M. Broas (D.C. Bar No. 391145)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:    (202) 282-5750
Fax:    (202) 282-5100
tbroas@winston.com

*Co-Counsel for IPOC International Growth Fund Limited*

## **Certificate of Service**

I hereby certify that I caused the foregoing Notice of Appearance to be served electronically, via the Court's electronic case filing system, on the following:

Charles J Cooper
David H. Thompson
COOPER & KIRK, PLLC
Suite 750
555 Eleventh Street, NW
Washington, DC  20004
202-220-9600
202-220-9601 (FAX)
*Attorneys for Barbour Griffith & Rogers LLC*

Paul C. Rauser
AEGIS LAW GROUP LLP
Suite 500
901 F Street, NW
Washington, D.C.  20004
202-737-3500
202-737-3330 (FAX)
*Attorney for Diligence, LLC*

___/s/_____
Timothy M. Broas