UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>        Plaintiff,<br>v.<br><br>DILIGENCE, LLC, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:06CV01109 (PLF)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant Diligence, Inc.'s Motion for Emergency Consideration of Motion to Stay Discovery and for Order Prohibiting Disclosure of Sealed Court Materials, the opposition thereto, and any hearing thereon, it is hereby

ORDERED this _____ day of _____ that the Motion is DENIED.

_____
PAUL L. FRIEDMAN
United States District Judge