UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DILIGENCE, LLC, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 06-1109 (PLF)<br>)<br>)<br>)<br>)<br>) |

MEDIATION REFERRAL ORDER

Based upon the parties' joint Local Civil Rule 16.3 Report, and the parties' representations that they are willing to participate in settlement discussions or mediation, it is hereby ORDERED that

　　　　1.　　Upon receipt of this Order, counsel shall contact the Court's Alternative Dispute Resolution Program at (202) 216-7350.

　　　　2.　　The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive who shall designate a mediator.

　　　　3.　　The Circuit Executive will make every effort to appoint to this case the same mediator who mediated the related case, KPMG Financial Advisory Services, Ltd, et al. v. Diligence, LLC, Civil Action No. 05-2204.

　　　　4.　　Counsel and the parties, including persons with settlement authority, shall attend each mediation session.

     5.     Mediation shall conclude on or before January 1, 2006.

     6.     If the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 7, 2006