UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1109 (PLF) |
| DILIGENCE, LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

The defendants have filed motions to stay discovery pending the Court's decision on their motions to dismiss. The Court has stayed all discovery until it has had the opportunity to decide on the merits defendants' motions to stay discovery pending the outcome of their motions to dismiss. Accordingly, it is hereby

ORDERED that this case is referred to Magistrate Judge Alan Kay for the management of all discovery and the decision on all discvoery-related motions, including the pending motions to stay discovery. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of the Magistrate Judge Kay following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: August 7, 2006            United States District Judge