UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED<br>Richmond House<br>12 Par-la-ville Road<br>Fifth Floor<br>Hamilton, HM, 11, Bermuda<br><br>               Plaintiff,<br>   v.<br><br><br>DILIGENCE, LLC<br>1211 Connecticut Avenue<br>Sixth Floor<br>Washington, D.C. 20036<br><br>    and<br><br>BARBOUR GRIFFITH & ROGERS, LLC<br>1275 Pennsylvania Avenue, N.W.<br>Tenth Floor<br>Washington, D.C. 20004<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil No. 06-1109<br>)   (PLF) |

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to LCvR 83.6, the following hereby enter their appearance as counsel of record on behalf of defendant Barbour Griffith & Rogers, LLC:

David H. Thompson, Esq.
D.C. Bar No. 450503
COOPER & KIRK, PLLC
Suite 750
555 Eleventh Street, NW
Washington, DC  20004
202-220-9600

Dated:  August 7, 2006          Respectfully submitted,


/s/ David H. Thompson

_____
David H. Thompson (D.C. Bar No. 450503)
COOPER & KIRK, PLLC
Suite 750
555 Eleventh Street, NW
Washington, DC  20004
202-220-9600
202-220-9601 (FAX)