UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DILIGENCE, LLC, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

**PLAINTIFF IPOC'S OPPOSITION TO AMENDED MOTION OF DEFENDANT
BARBOUR GRIFFITH & ROGERS LLC FOR A
<u>PROTECTIVE ORDER STAYING ALL DISCOVERY</u>**

# EXHIBIT 1

From: David Thompson <dthompson@cooperkirk.com>
To: Joffe, Carol; P Rauser (E-mail) <prauser@aegislawgroup.com>
CC: David Lehn <dlehn@cooperkirk.com>
Sent: Fri Jul 14 22:17:18 2006
Subject: RE: IPOC v Diligence

Carol and Paul,

　　　　Will both of you agree to produce copies of documents obtained through third party discovery? We would certainly reciprocate. Please let me know at your convenience.

Thanks,
David

-----Original Message-----
From: Joffe, Carol [mailto:CJoffe@winston.com]
Sent: Friday, July 14, 2006 3:27 PM
To: David Thompson; P Rauser (E-mail)
Subject: IPOC v Diligence


Attached is a copy of a subpoena in the above-specified case.

Carol A. Joffe
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5996
(202) 282-5100 (Fax)
cjoffe@winston.com

> >  <<Adler Subpoena.pdf>>

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
****************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.