UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFF IPOC'S OPPOSITION TO AMENDED MOTION OF DEFENDANT
BARBOUR GRIFFITH & ROGERS LLC FOR A
<u>PROTECTIVE ORDER STAYING ALL DISCOVERY</u>**

# EXHIBIT 2

**Asher, Andrew**

**From:** Keith Schuette
**Sent:** Tuesday, January 24, 2006 4:04 PM
**To:** Ed Rogers
**Cc:** Andrew Asher
**Subject:** RE: Legal

Basically that KPMG was harmed by Diligence stealing materials under false pretenses, etc... and that they must cease and desist. Critical issue now is KPMG's request for expedited discover and judge ruling on the question of jurisdiction. If judge accepts jurdisdiction and agrees to expedited discovery, things will deteriorate in very short order. If he goes against both, then it should die a fairly quiet death.

K

**From:** Ed Rogers
**Sent:** Tue 1/24/2006 3:54 PM
**To:** Keith Schuette
**Subject:** RE: Legal

What does it say??

-----Original Message-----
**From:** Keith Schuette
**Sent:** Tuesday, January 24, 2006 3:32 PM
**To:** Ed Rogers
**Subject:** Legal

Ed:

Judge has unsealed the complaint against Diligence from KPMG. It has attracted no attention thus far, but I cannot imagine that it will remain quiet forever. Neither we, nor the client are mentioned in the complaint. Current strategy if it comes alive in the press if for Diligence to stonewall. Will keep you posted.

K

BGR00041

4/12/2006