UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>)<br>    Plaintiff, )<br>)<br>v.               )<br>                )<br>DILIGENCE, LLC, *et al.*,   )<br>)<br>    Defendants.  )<br>) | Civil Action No.<br>1:06CV01109 (PLF)(AK) |

### ORDER

Upon consideration of the Amended Motion of Defendant Barbour, Griffith & Rogers LLC for a Protective Order Staying All Discovery, the opposition thereto, and any hearing thereon, it is hereby

ORDERED this _____ day of _____ that the Motion is DENIED.

ALAN KAY
United States Magistrate Judge