UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DILIGENCE, LLC )<br>)<br>and )<br>)<br>BARBOUR GRIFFITH & ROGERS, LLC )<br>)<br>Defendants. )<br>) | Civil No. 06-1109<br>(PLF) |

## **ORDER**

This matter having come before the Court on the Motion of Defendant Barbour Griffith & Rogers LLC for Judgment on the Pleadings, and the Court being fully advised in the premises and having considered the Motion, the Memorandum in support thereof, any and all responsive and attendant filings, and any arguments of counsel before the Court, IT IS HEREBY

ORDERED THAT the Motion of Defendant Barbour Griffith & Rogers LLC for Judgment on the Pleadings is GRANTED; and it is

FURTHER ORDERED that Plaintiff IPOC International Growth Fund Limited's claims and complaint in this matter are dismissed in their entirety with prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(c) on the ground that all of Plaintiff's claims fail as a matter of law.

**SO ORDERED this** \_\_\_\_\_ **day of** _____, _____.

_____
Hon. Paul L. Friedman
United States District Judge