UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DILIGENCE, LLC, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 1:06CV01109 (PLF) ) ) ) ) ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, IPOC International Growth fund Limited ("IPOC"), by counsel, hereby moves this Court for an extension of time until September 5, 2006 to file its Oppositions to Defendant Barbour Griffith & Rogers, LLC's Motions to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings.

Counsel for Defendant Barbour Griffith & Rogers, LLC has indicated that Defendant does not oppose the Motion. A Proposed Order is attached hereto.

August 30, 2006

Of Counsel
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tele:   (312) 558-5858
Fax:    (312) 558-5700
kanderson@winston.com

Respectfully submitted,

/s/ Anne W. Stukes
_____
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tele:   (202) 282-5000
Fax:    (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com
*Attorneys for Plaintiff IPOC International Growth Fund Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2006, I caused the foregoing Motion for Extension of Time to be served electronically, via the Court's electronic filing system, on:

>Charles J. Cooper
>David H. Thompson
>COOPER & KIRK, PLLC
>Suite 750
>555 Eleventh Street, NW
>Washington, DC  20004
>202-220-9600
>202-220-9601 (FAX)
>*Attorneys for Barbour Griffith & Rogers LLC*
>
>Paul C. Rauser
>AEGIS LAW GROUP LLP
>Suite 500
>901 F Street, NW
>Washington, D.C.  20004
>202-737-3500
>202-737-3330 (FAX)
>*Attorney for Diligence, LLC*

```
       /s/
Anne W. Stukes
```