UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 1:06CV01109 (PLF) |
| DILIGENCE, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

UPON CONSIDERATION of the Unopposed Motion for Extension of time filed by Plaintiff IPOC International Growth fund Limited, it is hereby

ORDERED that the Motion is GRANTED and Plaintiff shall have until September 5, 2006 to file its Oppositions to Defendant Barbour Griffith & Rogers, LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Judgment on the Pleadings.

Dated:_____     _____
PAUL L. FRIEDMAN
United States District Judge