## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **IPOC INTERNATIONAL GROWTH FUND LIMITED,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) |
| **v.** | )     **C.A. No. 1:06CV01109 (PLF)** |
| | ) |
| **DILIGENCE, LLC,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) <br> ) |

## <u>ORDER</u>

Upon consideration of Defendant BGR's Motion to Dismiss for Lack of Subject Matter

Jurisdiction, the opposition thereto, and any hearing thereon, it is hereby

ORDERED this _____ day of _____ that the Motion be, and the

same hereby is, DENIED.


_____
PAUL L. FRIEDMAN
United States District Judge