UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, ) ) ) Plaintiff, ) v. ) DILIGENCE, LLC, *et al.*, ) ) Defendants. ) ) | C.A. No. 1:06CV01109 (PLF) |

### ORDER

Upon consideration of Defendant Barbour Griffith and Rogers, LLC's Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c), the opposition thereto, and any hearing thereon, it is hereby

ORDERED this _____ day of _____ that the Motion is DENIED.

_____
PAUL L. FRIEDMAN
United States District Judge