UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED ) ) ) Plaintiff, ) v. ) ) ) DILIGENCE, LLC ) ) and ) ) BARBOUR GRIFFITH & ROGERS, LLC ) ) Defendants. ) ) | Civil No. 06-1109 (PLF) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Barbour Griffith & Rogers LLC ("BGR") in the above-captioned matter respectfully requests that the deadline for filing its reply to plaintiff's opposition to BGR's motion to dismiss for lack of subject matter jurisdiction and its reply to plaintiff's opposition to BGR's motion for judgment on the pleadings, which are currently due on September 15, 2006, be extended to September 20, 2006. Counsel for plaintiff and counsel for defendant Diligence, LLC, have informed counsel for BGR that they do not object to the requested extension.

September 11, 2006   Respectfully submitted,


   /s/ Charles J. Cooper
   _____
   Charles J. Cooper (D.C. Bar No. 248070)
   David H. Thompson (D.C. Bar No. 450503)
   COOPER & KIRK, PLLC
   Suite 750
   555 Eleventh Street NW
   Washington, DC 20004
   202-220-9600
   202-220-9601 (FAX)

   *Attorneys for Barbour Griffith & Rogers LLC*