UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DILIGENCE, LLC )<br>)<br>and )<br>)<br>BARBOUR GRIFFITH & ROGERS, LLC )<br>)<br>Defendants. )<br>) | Civil No. 06-1109<br>(PLF) |

## **ORDER**

Upon consideration of the unopposed motion of plaintiff Barbour Griffith & Rogers, LLC, ("BGR") that the deadline for filing its reply to plaintiff's opposition to BGR's motion to dismiss for lack of subject matter jurisdiction and its reply to plaintiff's opposition to BGR's motion for judgment on the pleadings, which are currently due on September 15, 2006, be extended to September 20, 2006,

BGR's unopposed motion is hereby GRANTED, and it is hereby ORDERED that BGR's reply to plaintiff's opposition to BGR's motion to dismiss for lack of subject matter jurisdiction and its reply to plaintiff's opposition to BGR's motion for judgment on the pleadings be filed on or before September 20, 2006.

So ORDERED this ___ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Charles J Cooper (D.C. Bar No. 248070)
David H. Thompson (D.C. Bar No. 450503)
COOPER & KIRK, PLLC
Suite 750
555 Eleventh Street, NW
Washington, DC  20004

Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, D.C.  20006

Paul C. Rauser
AEGIS LAW GROUP LLP
Suite 500
901 F Street, NW
Washington, D.C.  20004