UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DILIGENCE, LLC, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:06CV01109 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO BARBOUR GRIFFITH & ROGERS LLC'S RULE 12(b)(1) MOTION

Plaintiff, IPOC International Growth fund Limited ("IPOC"), by counsel, hereby respectfully requests leave to file a Sur-Reply in response to the Reply to IPOC's Opposition to Motion of Barbour Griffith & Rogers LLC to Dismiss for Lack of Subject Matter Jurisdiction ("BGR's Reply"). IPOC's Sur-Reply is attached hereto as Exhibit A. The grounds for this Motion for Leave to File Sur-Reply are that, in IPOC's Opposition to BGR's Motion to Dismiss for Lack of Subject Matter Jurisdiction ("IPOC's Opposition"), IPOC was unable to contest the following matters that are raised for the first time in BGR's Reply.

1.   For the first time in its Reply, BGR argues that "[f]ederal courts routinely dismiss claims of fraud and other torts for lack of standing." Reply at 7. IPOC should be afforded an opportunity to respond to this new argument.

2.   BGR also accuses IPOC of conceding arguments with respect to the injury-in-fact it has suffered. Reply at 1-4. IPOC should be given the opportunity to clarify its position in regard to these arguments made in BGR's Reply.

4.   BGR bases the arguments made in its Reply upon cases, cited for the first time in BGR's Reply, to which IPOC has not had the opportunity to respond, including:

- *Freedom Calls Found. v. Bustel,* No. CV 5460, 2006 U.S. Dist. LEXIS 19685 (E.D.N.Y. Mar. 3, 2006)

- *Sanner v. Board of Trade,* 62 F.3d 918 (7th Cir. 1995)

- *Newton v. Tyson Foods, Inc.,* 207 F.3d 444 (8th Cir. 2000)

- *Valley Forge Christian College v. Americans United for Separation of Church & State,* 454 U.S. 464 (1982)

- *American Canoe Association v. EPA,* 289 F.3d 509 (8th Cir. 2002)

5. IPOC's request for leave to file a Sur-Reply should be granted to provide IPOC the opportunity to contest important matters raised for the first time in BGR's Reply.

6. In addition, BGR's Reply is longer than its opening brief. In the interest of fairness, and to assist the Court in deciding the issues, IPOC should be afforded an opportunity to respond to the arguments that BGR lodges in its Reply.

7. "The decision to grant or deny leave to file a sur-reply is committed to the sound discretion of the court." *Flynn v. Veazy Constr. Corp.,* 310 F. Supp. 2d 186, 189 (D.D.C. 2004). "The district court routinely grants such motions [for leave to file a sur-reply] when a party is 'unable to contest matters presented to the court for the first time' in the last scheduled pleading." *Ben-Kotel v. Howard Univ.,* 319 F.3d 532, 536 (D.C. Cir. 2003) (citations omitted); *see also Marsh v. Johnson,* 263 F. Supp. 2d 49, 54 (D.D.C. 2003) (suggesting a sur-reply as an appropriate device to give the plaintiff "a full opportunity to respond to the arguments raised in the defendant's reply" on a motion to dismiss).

8. IPOC's counsel attempted to obtain Barbour Griffith & Rogers LLC's consent to the relief requested in this motion, but such consent was not obtained.

WHEREFORE, IPOC hereby requests leave to file a Sur-Reply, which is filed concurrently herewith.

October 2, 2006

Of Counsel
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tele:   (312) 558-5858
Fax:    (312) 558-5700
kanderson@winston.com

Respectfully submitted,

/s/ Anne W. Stukes
_____
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tele:   (202) 282-5000
Fax:    (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com
*Attorneys for Intervenor IPOC International Growth Fund Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2006, I caused the foregoing Motion for Leave to File a Sur-Reply, along with the attached Sur-Reply Brief, to be served electronically, via the Court's electronic filing system, on:

>Charles J. Cooper
>David H. Thompson
>COOPER & KIRK, PLLC
>Suite 750
>555 Eleventh Street, NW
>Washington, DC 20004
>202-220-9600
>202-220-9601 (FAX)
>*Attorneys for Barbour Griffith & Rogers LLC*
>
>Paul C. Rauser
>AEGIS LAW GROUP LLP
>Suite 500
>901 F Street, NW
>Washington, D.C. 20004
>202-737-3500
>202-737-3330 (FAX)
>*Attorney for Diligence, LLC*

>\_\_\_/s/_____
>Anne W. Stukes