UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DILIGENCE, LLC, *et al.*, )<br>)<br>Defendants. ) | C.A. No. 1:06CV01109 (PLF) |

## ORDER

In consideration of the motion by IPOC International Growth fund Limited ("IPOC") for leave to file a Sur-Reply in further opposition to Barbour Griffith & Rogers LLC's Rule 12(b)(1) Motion to Dismiss, any opposition thereto, and any argument thereon, it is hereby

ORDERED that IPOC's Motion for Leave to File a Sur-Reply is GRANTED. The Clerk of Court is directed to accept the Sur-Reply Brief for filing as of this date.

Dated:_____          _____
                                       PAUL L. FRIEDMAN
                                       United States District Judge

Copies to:

>Timothy M. Broas
>Carol A. Joffe
>Anne W. Stukes
>WINSTON & STRAWN LLP
>1700 K Street, N.W.
>Washington, D.C. 20006
>(202) 282-5000
>(202) 282-5100 (FAX)
>*Attorneys for Intervenor IPOC International Growth Fund Limited*
>
>Charles J. Cooper
>David H. Thompson
>COOPER & KIRK, PLLC
>Suite 750
>555 Eleventh Street, NW
>Washington, DC 20004
>202-220-9600
>202-220-9601 (FAX)
>*Attorneys for Barbour Griffith & Rogers LLC*
>
>Paul C. Rauser
>AEGIS LAW GROUP LLP
>Suite 500
>901 F Street, NW
>Washington, D.C. 20004
>202-737-3500
>202-737-3330 (FAX)
>*Attorney for Diligence, LLC*