UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>　　　　Plaintiff,<br>v.<br><br>DILIGENCE, LLC, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. No. 1:06CV01109 (PLF)<br>)<br>)<br>)<br>) |

## ORDER

In consideration of the motion by IPOC International Growth fund Limited ("IPOC") for leave to file a Sur-Reply in further opposition to the Motion of Defendant Barbour Griffith & Rogers LLC for Judgment on the Pleadings, any Opposition thereto, and any argument thereon, it is hereby

ORDERED that IPOC's Motion for Leave to File a Sur-Reply is GRANTED. The Clerk of Court is directed to accept the Sur-Reply Brief for filing as of this date.

Dated:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

    Timothy M. Broas
    Carol A. Joffe
    Anne W. Stukes
    WINSTON & STRAWN LLP
    1700 K Street, N.W.
    Washington, D.C. 20006
    (202) 282-5000
    (202) 282-5100 (FAX)
    *Attorneys for Intervenor IPOC International Growth Fund Limited*

    Charles J. Cooper
    David H. Thompson
    COOPER & KIRK, PLLC
    Suite 750
    555 Eleventh Street, NW
    Washington, DC 20004
    202-220-9600
    202-220-9601 (FAX)
    *Attorneys for Barbour Griffith & Rogers LLC*

    Paul C. Rauser
    AEGIS LAW GROUP LLP
    Suite 500
    901 F Street, NW
    Washington, D.C. 20004
    202-737-3500
    202-737-3330 (FAX)
    *Attorney for Diligence, LLC*