UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DILIGENCE, LLC, )<br>)<br>and )<br>)<br>BARBOUR GRIFFITH & ROGERS, LLC, )<br>)<br>Defendants. )<br>) | Civil No. 06-1109<br>(PLF)/(AK) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for the Defendant Barbour Griffith & Rogers, LLC in the above captioned case. Pursuant to Local Rule 83 (b), counsel represents that he has acted as lead counsel in a federal district court or a state court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgement was entered.

/s/
_____
Edward B. MacMahon, Jr.
D.C. Bar No. 411165
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 31st day of October, 2006 a true and correct copy of the foregoing to be served electronically, via the Court's electronic filing system, on:

      Charles J. Cooper
      David H. Thompson
      COOPER & KIRK, PLLC
      555 Eleventh Street, N.W., Suite 750
      Washington, D.C.   20004
      (202) 220-9600
      (202) 220-9601 (Fax)

      *Counsel for Barbour Griffith & Rogers, LLC*

      Timothy M. Broas
      Carol A. Joffe
      Winston & Strawn
      1700 K Street, N.W.
      Washington, D.C.   20006
      (202) 282-5000
      (202) 282-5100 (Fax)

      *Counsel for IPOC International Growth Fund Limited*

      Paul C. Rauser
      AEGIS Law Group LLP
      Suite 500
      901 F Street, N.W., Suite 500
      Washington, D.C.   20004
      (202) 737-3500
      (202) 737-3330 (Fax)
      *Counsel for Diligence LLC*

      /s/
      _____
      Edward B. MacMahon, Jr.