UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>Plaintiff,<br>v.<br><br>DILIGENCE, LLC,<br><br>and<br><br>BARBOUR GRIFFITH & ROGERS, LLC,<br><br>Defendants. | Civil No. 06-1109<br>(PLF)/(AK) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.6, the attorneys of the law firm of COOPER & KIRK, PLLC who have appeared in this matter as counsel for Defendant Barbour Griffith & Rogers, LLC ("BGR"), including **Charles J. Cooper**, **David H. Thompson**, and **Derek L. Shaffer**, hereby withdraw their appearances and provide notice of same, noting that Edward B. MacMahon, Jr., has earlier on this date filed a Notice of Appearance on behalf of BGR (Doc. No. 48).

October 31, 2006                Respectfully submitted,


/s/ Charles J. Cooper
_____
Charles J. Cooper (D.C. Bar No. 248070)
David H. Thompson (D.C. Bar No. 450503)
Derek L. Shaffer (D.C. Bar No. 478775)
COOPER & KIRK, PLLC
Suite 750
555 Eleventh Street, NW
Washington, DC  20004
202-220-9600
202-220-9601 (Fax)

1