UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>DILIGENCE, LLC, *et al.*,<br><br>Defendants. | Civ. No. 06-1109 (PLF/AK) |

### ORDER

In consideration of the motion by Barbour Griffith & Rogers LLC for Reconsideration of the Magistrate Judge's Ruling Denying the Motion to Stay Written Discovery, the Opposition thereto, and any argument thereon, it is hereby

ORDERED that BGR's Motion is DENIED.

Dated:_____          _____
                                                                    PAUL L. FRIEDMAN
                                                                    United States District Judge

Copies to:

Timothy M. Broas
Carol A. Joffe
Anne W. Stukes
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000
(202) 282-5100 (FAX)
*Attorneys for IPOC International Growth Fund Limited*

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
*Attorneys for Barbour Griffith & Rogers LLC*

Paul C. Rauser
AEGIS LAW GROUP LLP
Suite 500
901 F Street, NW
Washington, D.C. 20004
202-737-3500
202-737-3330 (FAX)
*Attorney for Diligence, LLC*