IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DILIGENCE, LLC, )<br>)<br>and )<br>)<br>BARBOUR GRIFFITH & ROGERS, LLC, )<br>)<br>Defendants. )<br>) | Civil No. 06-1109<br>(PLF)/(AK) |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION OF MOTION FOR STAY OF WRITTEN DISCOVERY**

Defendant Barbour, Griffith & Rogers, LLC, by counsel, hereby respectfully requests that the Court grant it leave to file the attached Supplemental Memorandum in Support of its Motion for Reconsideration of Motion for Stay Written Discovery. In support thereof, BGR states that additional information is now available, which information was not previously available, that would be helpful and necessary for this Honorable Court to review in determining the Motion for Reconsideration of Motion for a Stay. The plaintiff's failure to identify a single IPOC witness, as described below, is precisely the sort of "new" evidence upon which this Court should reconsider and then reverse the Magistrate Judge's ruling.

Specifically, and as is described in more detail in the attached Supplemental Memorandum, the plaintiff IPOC, in response to specific discovery requests, and even after a failed attempt at supplementation, has failed to identify a single IPOC witness who could

substantiate any of the damage claims set forth in the Complaint. It is BGR's position that discovery should not proceed if the plaintiff has no witness to substantiate its damages which are, of course, a critical issue in this case.  It is in the interests of justice that the Court review those responses, which were just filed last week and then ineffectively supplemented yesterday,  and take them into account while in considers both the Motions to Dismiss that are pending as well as the Motion for Reconsideration of Motion for Stay of Written Discovery pending determination of the various Motions to Dismiss now before the Court.

Pursuant to Local Rule 7(m), BGR was unable to obtain the consent of Plaintiff IPOC to the  relief sought in this motion.   A Proposed Order is attached.

                                           **BARBOUR, GRIFFITH & ROGERS, LLC**
                                           **By Counsel**


/s/
_____
Edward B. MacMahon, Jr.
D.C.  Bar No. 411165
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net
*Counsel for Defendant Barbour*
   *Griffith & Rogers, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of November, 2006 a true and correct copy of the foregoing to be served electronically, via the Court's electronic filing system, on:

Timothy M. Broas
Carol A. Joffe
Winston & Strawn
1700 K Street, N.W.
Washington, D.C.   20006
(202) 282-5000
(202) 282-5100 (Fax)
*Counsel for IPOC  International Growth Fund Limited*

Paul C. Rauser
AEGIS Law Group LLP
Suite 500
901 F Street, N.W., Suite 500
Washington, D.C.   20004
(202) 737-3500
(202) 737-3330 (Fax)
*Counsel for Diligence LLC*

/s/
_____
Edward B. MacMahon, Jr.