IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>    Plaintiff,<br><br>vs.<br><br>DILIGENCE, LLC,<br><br>and<br><br>BARBOUR GRIFFITH & ROGERS, LLC,<br><br>    Defendants. | Civil No. 06-1109<br>(PLF)/(AK) |

**ORDER**

This matter came before the Court on Defendant BARBOUR GRIFFITH & ROGERS, LLC's Motion for Leave to File Supplemental Brief in Support of Motion for Reconsideration of Motion for Stay Of Written Discovery;

It appearing to the Court that the Motion is proper;

IT IS HEREBY ORDERED that the Defendant BARBOUR GRIFFITH & ROGERS, LLC's Motion for Leave to File Supplemental Brief in Support of Motion for Reconsideration of Motion for Stay Of Written Discovery be and is hereby GRANTED;

IT IS FURTHER ORDERED that the clerk shall accept for filing Defendant BARBOUR GRIFFITH & ROGERS, LLC's  Supplemental Brief in Support of Motion for Reconsideration of Motion for Stay Of Written Discovery.

Dated: _____   _____
                                                                    PAUL L. FRIEDMAN
                                                                    United States District Judge