UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DILIGENCE, LLC, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) No. 1:06CV01109 (PLF)(AK) ) ) ) ) ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, IPOC International Growth fund Limited ("IPOC"), by counsel, hereby moves this Court for an extension of time until December 6, 2006 to file its Opposition to Defendant Diligence, Inc.'s ("Diligence") Motion for an Order Compelling Plaintiff to Answer Interrogatories.

Counsel for Diligence has indicated that Defendant does not oppose this Motion. A Proposed Order is attached hereto.

November 30, 2006

Of Counsel
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5858
Fax: (312) 558-5700
kanderson@winston.com

Respectfully submitted,

/s/ Carol A. Joffe
_____
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tele: (202) 282-5000
Fax: (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com
*Attorneys for Plaintiff IPOC International Growth Fund Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2006, I caused the foregoing Motion for Extension of Time to be served electronically, via the Court's electronic filing system, on:

Michael Ross
Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant Diligence LLC*

and

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
*Counsel for Defendant Barbour Griffith & Rogers LLC*

\_\_\_/s/_____
Carol A. Joffe