UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

UPON CONSIDERATION of the Unopposed Motion for Extension of time filed by Plaintiff IPOC International Growth fund Limited, it is hereby

ORDERED that the Motion is GRANTED and Plaintiff shall have until December 6, 2006 to file its Opposition to Defendant Diligence, Inc.'s Motion for an Order Compelling Plaintiff to Answer Interrogatories.

Dated:_____          _____
                                        ALAN KAY
                                        United States Magistrate Judge