IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED )<br>)<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>DILIGENCE LLC, et al. )<br>)<br>*Defendants.* )<br>) | Civil Action No. 06-1109 (PLF) (AK) |

## DILIGENCE INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Defendant Diligence, Inc. ("Diligence") hereby moves this Court for an order that extends from December 4, 2006 to December 6, 2006: (i) Diligence Inc.'s deadline to file its substantive Opposition to Plaintiff IPOC's Emergency Motion for Order Authorizing Disclosure of Information and Directing the Immediate Delivery of Subpoenaed Materials to IPOC; and (ii) Diligence Inc.'s and Defendant Barbour Griffith & Rogers LLC's deadline to file their Opposition to IPOC's Motion for Entry of Protective Order.[1]

As required by Local Civil Rule 7(m), counsel for Diligence and counsel for IPOC have conferred and IPOC has indicated that it does not oppose the relief requested herein.

A proposed order is attached.

---

[1] For the Court's convenience, Diligence and co-Defendant Barbour Griffith & Rogers LLC ("BGR") have agreed to file a joint Opposition. Consequently, BGR's counsel has requested that the extension sought herein apply to BGR as well.

                                    Respectfully submitted,

November 30, 2006              AEGIS LAW GROUP LLP

                            By:    /s/ Michael K. Ross
                                    Paul C. Rauser (D.C. Bar No. 461722)
                                    Michael K. Ross (D.C. Bar No. 458573)
                                    Oliver Garcia (D.C. Bar No. 456600)
                                    901 F Street, N.W., Suite 500
                                    Washington, D.C. 20004
                                    T: 202-737-3500
                                    F: 202-737-3330

                                    *Attorneys for Defendant Diligence Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED )<br>)<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>DILIGENCE LLC, et al. )<br>)<br>*Defendants.* )<br>) | Civil Action No. 06-1109 (PLF) (AK) |

## ORDER

Upon consideration of Diligence Inc.'s Unopposed Motion for an Extension of Time, it is hereby

ORDERED that the Motion is GRANTED and that the following deadlines will be extended from December 4, 2006 to December 6, 2006: (i) Diligence Inc.'s deadline to file its substantive Opposition to Plaintiff IPOC's Emergency Motion for Order Authorizing Disclosure of Information and Directing the Immediate Delivery of Subpoenaed Materials to IPOC; and (ii) Diligence Inc.'s and Defendant Barbour Griffith & Rogers LLC's deadline to file their Opposition to IPOC's Motion for Entry of Protective Order.

SO ORDERED.

Dated: _____     By: _____
ALAN KAY
*United States Magistrate Judge*