UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
IPOC INTERNATIONAL GROWTH FUND LIMITED, )
)
       Plaintiff, )
)
v. ) Civil Action No. 06-1109 (PLF/AK)
)
DILIGENCE, LLC, *et al*. )
)
       Defendants. )
_____ )

## ORDER

Upon consideration of the Plaintiff IPOC's Unopposed Motion for Extension of Time [63], requesting an extension of time, until December 6, 2006, in which to file its opposition to Defendant Diligence, Inc.'s motion for an order compelling responses to interrogatories, it is this 1st day of December, 2006,

ORDERED that the Motion for Extension of Time [63] is granted, and Plaintiff shall have until December 6, 2006, to file its opposition to Defendant's motion for an order compelling responses to interrogatories.

                                              _____/s/_____
                                              ALAN KAY
                                              UNITED STATES MAGISTRATE JUDGE