UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

IPOC INTERNATIONAL GROWTH FUND LIMITED, )
)
        Plaintiff,        )
)
v.        )  Civil Action No. 06-1109 (PLF/AK)
)
DILIGENCE, LLC, *et al*.        )
)
        Defendants.        )
)

## ORDER

Upon consideration of the Defendant Diligence, Inc.'s Unopposed Motion for Extension of Time [64], requesting an extension of time, until December 6, 2006, in which to file its opposition to Plaintiff's emergency motion for an order authorizing disclosure of information, as well as its opposition to Plaintiff's motion for entry of a protective order and co-Defendant Barbour Griffith & Rogers LLC's opposition to the same motion for entry of a protective order, it is this 1st day of December, 2006,

ORDERED that the Motion for Extension of Time [64] is granted, and Defendants Diligence, Inc. and Barbour Griffith & Rogers shall have until December 6, 2006, to file their oppositions, if any, to Plaintiff's emergency motion for an order authorizing disclosure of information, and Plaintiff's motion for entry of a protective order.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE