UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DILIGENCE, LLC, et. al <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) )  Civil Action No. <br> 1:06CV01109 (PLF) |

## ORDER

In consideration of Defendant Barbour Griffith & Rogers LLC's Motion for Leave to File Supplemental Brief in Support of Motion for Reconsideration of Motion for Stay of Written Discovery, the Opposition(s) thereto, and any argument thereon, it is hereby

ORDERED that the Motion is DENIED.

Dated: _____    _____
ALAN KAY
United States Magistrate Judge

Copies to:

    Paul C. Rauser
    Oliver Garcia
    Aegis Law Group LLP
    901 F Street, N.W., Suite 500
    Washington, DC  20004
    *Counsel for Defendant Diligence*

    Edward B. MacMahon, Jr.
    P.O. Box 903
    107 East Washington Street
    Middleburg, VA  20118
    *Counsel for Defendant Barbour Griffith & Rogers LLC*

    Timothy M. Broas
    Carol A. Joffe
    Anne W. Stukes
    Winston & Strawn LLP
    1700 K Street, N.W.
    Washington, D.C. 20006
    *Counsel for Plaintiff*