UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF IPOC'S OPPOSITION TO DILIGENCE'S MOTION FOR AN ORDER
<u>COMPELLING PLAINTIFF TO ANSWER INTERROGATORIES</u>**

# EXHIBIT A

Publication: Moscow Times
Date: 12 October 2006

Thursday, October 12, 2006. Issue 3517. Page 5.

## Arrest Warrant Issued for MegaFon Investor

Reuters

A Moscow court has issued an arrest warrant for the man who sold a 25 percent share in MegaFon in 2003, sparking an international legal battle over the stake.

A court official said Wednesday that a ruling had been handed down Monday to arrest Leonid Rozhetskin on suspicion of serious fraud.

Rozhetskin is an American citizen and his current whereabouts are not known; Russian media have said he divides his time between Britain, France and the United States. It was not immediately clear whether the Russian arrest warrant would be enforced abroad.

Rozhetskin's spokeswoman said she was unaware of the court ruling.

"We have no confirmation of an arrest warrant issued," Debra Reed said by telephone from Washington.

The dispute began in 2003 when Rozhetskin's company, LV Finance, sold 25.1 percent of MegaFon, the country's third-biggest mobile phone company, to Alfa Group, an investment vehicle for billionaire Mikhail Fridman, for $300 million.


*Sergei Porter / Vedomosti*
Leonid Rozhetskin

A Bermuda-based emerging markets fund, IPOC, challenged the purchase, saying it had a prior option that gave it the right to buy the MegaFon shares.

The case has been followed closely because a Swiss tribunal ruled this year that IPOC's real master was IT and Telecommunications Minister Leonid Reiman. Reiman has denied that.

IPOC and LV Finance have crossed swords many times in international courts, but no court has issued a final ruling.

In June, IPOC filed a suit in a New York court alleging Alfa conspired with Rozhetskin to steal the fund's 25.1 percent stake in MegaFon through money laundering, bribery, wire fraud and other criminal acts.

Officials from the companies involved declined to comment on the latest court ruling.