UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF IPOC'S MOTION TO ADMIT W. GORDON DOBIE *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiff IPOC International Growth Fund Limited ("IPOC"), by and through undersigned counsel, hereby moves this Court to enter an order permitting W. Gordon Dobie of the law firm of Winston & Strawn LLP, to appear *pro hac vice* before this Court to represent IPOC in the above-referenced matter. W. Gordon Dobie is a member in good standing of the Bar of Illinois, and is duly licensed to practice law in Illinois. Further support for this motion is found in the attached declaration of W. Gordon Dobie.

WHEREFORE, IPOC respectfully requests that its motion to admit W. Gordon Dobie *pro hac vice* be granted.

January 3, 2007

OF COUNSEL:
W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:     (312) 558-5858
Fax:     (312) 558-5700
kanderson@winston.com

IPOC INTERNATIONAL GROWTH FUND LIMITED

/s/ Carol A. Joffe

Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:     (202) 282-5000
Fax:     (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007, I caused the foregoing Motion to Admit W. Gordon Dobie *Pro Hac Vice* to be served electronically, via the Court's electronic filing system, on:

Michael Ross
Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant Diligence LLC*

and

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA  20118
*Counsel for Defendant Barbour Griffith & Rogers LLC*


___/s/_____
Carol A. Joffe