UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, ) ) ) Plaintiff, ) v. ) ) DILIGENCE, LLC, et. al ) ) Defendants. ) | Civil Action No. 1:06CV01109 (PLF) (AK) |

## DECLARATION OF W. GORDON DOBIE

W. GORDON DOBIE hereby declares under penalty of perjury:

1. I am a partner with the law firm of Winston & Strawn LLP, with offices at 35 W. Wacker Drive, Chicago, Illinois. 60601-9703, Telephone: (312) 558 5600, Facsimile: (312) 558 5700.

2. I am duly licensed to practice law in the State of Illinois. I am also admitted to practice before the United States Courts of Appeals for the Fourth, Fifth, Sixth, Seventh and Eleventh Circuits, and the United States District Courts for the Northern District of Illinois and Southern District of Illinois.

3. I am familiar with the facts and circumstances of this case, and I represent Plaintiff IPOC International Growth Fund in other matters.

4. I have never been disciplined, suspended nor disbarred by any court or jurisdiction. There are no disciplinary proceedings of any kind outstanding against me.

5. I have not been admitted *pro hac vice* in this Court within the last two (2) years.

6. For these reasons, I respectfully request that this Court issue an order permitting me to appear *pro hac vice* in this matter. If admitted to practice before this Court *pro hac vice*, I will abide by the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2007

                                             W. Gordon Dobie
                                             WINSTON & STRAWN LLP
                                             35 W. Wacker Drive
                                             Chicago, Illinois. 60601-9703
                                             Telephone: (312) 558 5600
                                             Facsimile: (312) 558 5700