UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, ) ) ) Plaintiff, ) ) v. ) ) DILIGENCE, LLC, et. al ) ) Defendants. ) | Civil Action No. 1:06CV01109 (PLF) (AK) |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of W. Gordon Dobie to represent Plaintiff IPOC International Growth Fund Limited in the above-referenced matter; it is hereby

ORDERED, that W. Gordon Dobie be admitted *pro hac vice* to practice in the United States District Court for the District of Columbia as additional counsel of record for Plaintiff in the above-referenced matter.

ENTERED this _____ day of _____, 2007.

_____
Paul L. Friedman
United States District Judge