UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DILIGENCE, LLC, et. al <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br> 1:06CV01109 (PLF) (AK) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO DILIGENCE'S MOTION FOR AN ORDER COMPELLING INTERROGATORIES**

Plaintiff, IPOC International Growth fund Limited ("IPOC"), by counsel, hereby respectfully requests leave to file a Sur-Reply in response to the Reply to IPOC's Opposition to Diligence's Motion for an Order Compelling Plaintiff to Answer Interrogatories ("Diligence's Reply") (Document 74). IPOC's Sur-Reply is attached hereto as Exhibit A. The grounds for this Motion for Leave to File Sur-Reply are that, in IPOC's Opposition to Diligence's Motion for an Order Compelling Plaintiff to Answer Interrogatories ("IPOC's Opposition"), IPOC was unable to contest the following matters that are raised for the first time in Diligence's Reply.

1.  For the first time in its Reply, Diligence argues that IPOC should be judicially estopped from denying that "the Zurich arbitration proceedings are very much at issue in this case." Diligence Reply at 7. IPOC should be afforded an opportunity to respond to this new argument and the new authorities Diligence cites.

2.  For the first time in its Reply, Diligence argues that IPOC's tortious interference claim must fail because IPOC is not a "legitimate" company. IPOC should be afforded an opportunity to respond to this new argument and the new authorities Diligence cites.

3. Diligence also bases arguments in its Reply upon cases, cited for the first time in Diligence's Reply, to which IPOC has not had the opportunity to respond, including:

- *Pulliam v. Continental Cas. Co.*, 2003 WL 1085939 (D.D.C. Feb. 27, 2003)

- *Bennett Enters., Inc. v. Domino's Pizza, Inc.*, 45 F.3d 493, 499 (D.C. Cir. 1995)

- *PM Servs. Co. v. Odoi Assocs., Inc.*, No 03-Civ-1810 (CKK), 2006 WL 20382 (D.D.C. 2006)

- *Access Telecom v. MCI Telecommunications Corp.*, 197 F.3d 694 (5th Cir. 1999)

- *Carruthers v. Flaum*, 365 F. Supp. 2d 448 (S.D.N.Y. 2005)

4. IPOC's request for leave to file a Sur-Reply should be granted to provide IPOC the opportunity to contest important matters raised for the first time in Diligence's Reply.

5. In addition, Diligence's Reply is longer than its opening brief. In the interest of fairness, and to assist the Court in deciding the issues, IPOC should be afforded an opportunity to respond to the arguments that Diligence lodges in its Reply.

6. "The decision to grant or deny leave to file a sur-reply is committed to the sound discretion of the court." *Flynn v. Veazy Constr. Corp.*, 310 F. Supp. 2d 186, 189 (D.D.C. 2004). "The district court routinely grants such motions [for leave to file a sur-reply] when a party is 'unable to contest matters presented to the court for the first time' in the last scheduled pleading." *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003) (citations omitted); *see also Marsh v. Johnson*, 263 F. Supp. 2d 49, 54 (D.D.C. 2003) (suggesting a sur-reply as an appropriate device to give the plaintiff "a full opportunity to respond to the arguments raised in the defendant's reply" on a motion to dismiss).

7. IPOC's counsel attempted to obtain Diligence's consent to the relief requested in this motion, but such consent was not obtained.

WHEREFORE, IPOC hereby requests leave to file a Sur-Reply, which is filed concurrently herewith.

January 3, 2007                                                    Respectfully submitted,

/s/ Carol A. Joffe

| | |
|---|---|
| Of Counsel | |
| Kimball R. Anderson | Timothy M. Broas (D.C. Bar No. 391145) |
| WINSTON & STRAWN LLP | Carol A. Joffe (D.C. Bar No. 351528) |
| 35 W. Wacker Drive | Anne W. Stukes (D.C. Bar No. 469446) |
| Chicago, Illinois 60601 | WINSTON & STRAWN LLP |
| Tele:  (312) 558-5858 | 1700 K Street, N.W. |
| Fax:   (312) 558-5700 | Washington, D.C. 20006 |
| kanderson@winston.com | Tele:  (202) 282-5000 |
| | Fax:   (202) 282-5100 |
| | tbroas@winston.com |
| | cjoffe@winston.com |
| | astukes@winston.com |
| | *Attorneys for Intervenor IPOC International Growth Fund Limited* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2007, I caused the foregoing Motion for Leave to File a Sur-Reply, along with the attached Sur-Reply Brief, to be served electronically, via the Court's electronic filing system, on:

>Michael Ross
>Paul C. Rauser
>Oliver Garcia
>Aegis Law Group LLP
>901 F. Street, N.W., Suite 500
>Washington, DC 20004
>*Counsel for Defendant Diligence LLC*

>and

>Edward B. MacMahon, Jr.
>P.O. Box 903
>107 East Washington Street
>Middleburg, VA 20118
>*Counsel for Defendant Barbour Griffith & Rogers LLC*

>___/s/_____
>Carol A. Joffe