UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )   Civil Action No.<br>)   1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | )<br>) |
| Defendants. | ) |

## ORDER

In consideration of the motion by IPOC International Growth fund Limited ("IPOC") for leave to file a Sur-Reply in further opposition to Diligence's Motion for an Order Compelling Plaintiff to Answer Interrogatories, any opposition thereto, and any argument thereon, it is hereby

ORDERED that IPOC's Motion for Leave to File a Sur-Reply is GRANTED. The Clerk of Court is directed to accept the Sur-Reply Brief for filing as of this date.

Dated:_____          _____
                                       ALAN KAY
                                       United States Magistrate Judge

Copies to:

Timothy M. Broas
Carol A. Joffe
Anne W. Stukes
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000
(202) 282-5100 (FAX)
*Attorneys for Plaintiff IPOC International Growth Fund Limited*


Michael Ross
Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant Diligence LLC*


Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
*Counsel for Defendant Barbour Griffith & Rogers LLC*