UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **IPOC INTERNATIONAL GROWTH FUND LIMITED,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No. 1:06CV01109 (PLF) (AK)** |
| **DILIGENCE, LLC, et. al** | ) | |
| **Defendants.** | ) | |

**DECLARATION OF ANNE W. STUKES IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF MINUTE ORDER, OR IN THE ALTERNATIVE, FOR ENLARGEMENT OF TIME**

I, Anne W. Stukes, declare as follows:

1. I am a partner at the law firm of Winston & Strawn, LLP, 1700 K Street, N.W., Washington, D.C. 20006, and I have entered an appearance in this case as an attorney for the Plaintiff, IPOC International Growth Fund Limited ("IPOC").

2. On November 22, 2006, IPOC filed an Emergency Motion Authorizing Disclosure of Information and Directing the Immediate Delivery of Subpoenaed Materials to IPOC (Document No. 60). Defendants Diligence, LLC ("Diligence") and Barbour, Griffith and Rogers, LLC ("BGR") filed an Opposition on December 6, 2006, and served the opposition on IPOC's counsel via the Court's electronic filing system. Pursuant to Local Rule 7(d) and Fed. R. Civ. P. 6(e), IPOC's Reply Brief was due on December 18, 2006.

3. IPOC's counsel prepared the Reply Brief and determined that it needed to be filed under seal in light of quotations and references to material that is currently designated "attorneys' eyes only." Accordingly, on December 18, 2006, I engaged a courier service to deliver the Reply Brief to the Court for filing that same day.

4.     At approximately 3:20 p.m., I gave the Reply Brief to the courier service for immediate delivery to and filing with the Court. The delivery was entered into the courier's computer system a few minutes later, at 3:24 p.m. *See Exhibit 1* at page 2.

5.     Although the distance from counsel's office to the courthouse is under two miles, I requested "double rush" delivery from the courier service to ensure that the filing would be timely made. "Double rush" service means delivery in fifteen minutes. *See Exhibit 1* at page 1. In my previous experience with using couriers and double-rush service for court filings, such timing should have ensured filing of IPOC's Reply Brief before the Clerk's Office closed that afternoon.

6.     The brief was in an envelope clearly addressed to the U.S. District Court, Clerk's Office, Room 1225, 333 Constitution Avenue, N.W., Washington, D.C. 20001. *See Exhibit 2* (copy of envelope).

7.     Unfortunately, the courier service delivered the filing to the wrong court. Rather than taking the Reply Brief to the District Court Clerk's Office, the courier took the brief to the U.S. Court of Appeals for the D.C. Circuit. In addition, despite the "double rush" service ordered, the courier had the brief file-stamped at 4:11 p.m. *See Exhibit 3* (file stamp of first page of Reply Brief).

8.     Counsel for IPOC served the Reply Brief on Diligence and BGR via hand-delivery on December 18, 2006. *See Exhibit 4*. Accordingly, Defendants each had a copy of the Reply Brief on the date it was due.

9.     In light of the courier's errant filing of the Reply Brief, IPOC's counsel had the Reply Brief re-delivered to the District Court Clerk's Office first thing the next morning, on December 19, 2006. *See Exhibit 5*.

10. On December 18, 2006, the Court entered a memorandum order denying in part and deferring in part IPOC's Emergency Motion. That order noted that "the time for Plaintiff to reply to Defendants' [joint] Opposition has not yet expired." *See* Order (Document No. 75) at 1 n.1. Upon learning of the Order, I called the Magistrate Judge's chambers on December 19, 2006 to alert the Court that the filing of IPOC's Reply Brief had gone awry due to errors by the courier, and that it had been re-filed. I was informed that the Magistrate Judge's chambers were in the process of moving from one suite of offices to another, and that chambers had been engaged in the moving process on the afternoon of December 18. Accordingly, it appears that the Court would not have had the opportunity to review the Reply Brief on December 18.

I declare under penalty of perjury that the foregoing is true and correct to the best of my belief and knowledge.

Dated: 01/05/2007

Anne W. Stukes

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IPOC INTERNATIONAL GROWTH FUND LIMITED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **1:06CV01109 (PLF) (AK)** |
| **DILIGENCE, LLC, et. al** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DECLARATION OF ANNE W. STUKES IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF MINUTE ORDER, OR IN THE ALTERNATIVE, FOR ENLARGEMENT OF TIME**

# EXHIBIT 1

Lasership / Anne Stukes
- Botched Filing -

# REQUEST FOR MESSENGER SERVICE

| Date: 12/18 | Time Submitted: | Client/Matter No.: 8091.4 |
|---|---|---|
| Requestor/Atty: Stukes | | Extension: 15856 |
| Call back to confirm delivery? | | |

**SERVICE TYPE**

| Downtown Locals: (between Georgetown & Capitol Hill) | Capitol Hill: (includes surrounding areas) | Outer D.C. & Suburbs: |
|---|---|---|
| ☐ Regular (60 minutes) | ☐ Regular (90 minutes) | ☐ Regular (2 hours) |
| ☐ Rush (30 minutes) | ☐ Rush (60 minutes) | ☐ Rush (90 minutes) |
| ☑ Double Rush (15 minutes) | ☐ Double Rush (30 minutes) | ☐ Double Rush (60 minutes) |

Round Trip? ☑ Yes ☐ No

Note: For roundtrips, the above times are double if not specified.
For jobs beyond the above areas, please contact your dispatcher at X-18676
Note: Rush service provided at 50% surcharge, Double Rush at 100% surcharge

**United States District Court**
**for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington, DC 20001**

**Room 1225**

Additional Instructions:

double rush - have file stamp copy stamped + return

**********************************************************

**Dispatcher Use Only**

**Courier No.:** 87 **Signature:** LC

**Control No.:** Lasership **Time:** TA0157958

# LaserShip Local Delivery Order

Order No. 06100000050813 [Tracking No. T061579958]

### Account & Order Information

| | | | |
|---|---|---|---|
| **Account ID** | 064853 | **Account Name** | WINSTON & STRAWN LAW |
| **Ordered On** | 12/18/06 03:24 PM | **Ordered By** | David Hess |
| **Reference** | 08091000004 | **Ordered For** | A.Stukes |
| **Ready At** | 12/18/06 03:28 PM | **Deliver By** | 12/18/06 03:58 PM |
| **Ordered Using** | Web | | |

### Pick Up Information

| | | | |
|---|---|---|---|
| **Name** | WINSTON & STRAWN LAW | **Contact** | David Hess |
| **No. & Street** | 1700, K ST NW | **Contact Phone** | |
| **Room/Floor/Suite** | 2ND FLOORMAILROOM | **Contact Info** | |
| **City & Zip** | WASHINGTON DC 20006 | | |

### Drop Off Information

| | | | |
|---|---|---|---|
| **Name** | ~~UNITED STATES COURT OF~~ APPEALS ← Error | **Attention** | |
| | | **Attention Phone** | |
| **No. & Street** | 333, CONSTITUTION AVE NW | **Attention Info** | |
| **Room/Floor/Suite** | 1225 | | |
| **City & Zip** | WASHINGTON DC 20001 | | |

### Service & Cost Information

| | |
|---|---|
| **Bike Double Deadline** | $20.25 |
| **Energy Surcharge** | $2.12 |
| **Total Charge** | $22.37 |

*Please note: costs may not be finalized. Additional charges may be applied following delivery (e.g. wait time). Tax may also be added.*

### Delivery Information

| | | | |
|---|---|---|---|
| Delivered On: | 12/18/06 04:19 PM | Signed By: | FILED |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IPOC INTERNATIONAL GROWTH FUND LIMITED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **1:06CV01109 (PLF) (AK)** |
| **DILIGENCE, LLC, et. al** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DECLARATION OF ANNE W. STUKES IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF MINUTE ORDER, OR IN THE ALTERNATIVE, FOR ENLARGEMENT OF TIME**

# EXHIBIT 2

Gale

United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Room 1225

Round trip - have copy stamped and return (Gale 15261)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IPOC INTERNATIONAL GROWTH FUND LIMITED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **1:06CV01109 (PLF) (AK)** |
| **DILIGENCE, LLC, et. al** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DECLARATION OF ANNE W. STUKES IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF MINUTE ORDER, OR IN THE ALTERNATIVE, FOR ENLARGEMENT OF TIME**

# EXHIBIT 3

**FILED UNDER SEAL PURSUANT TO COURT ORDER**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IPOC INTERNATIONAL GROWTH FUND LIMITED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **1:06CV01109 (PLF) (AK)** |
| **DILIGENCE, LLC, et. al** | ) | |
| | ) | |
| **Defendants.** | ) | |

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2006 DEC 18 PM 4: 11
FILING DEPOSITORY

**PLAINTIFF IPOC'S REPLY TO DEFENDANT DILIGENCE LLC'S OPPOSITION TO IPOC'S EMERGENCY MOTION FOR ORDER AUTHORIZING DISCLOSURE OF INFORMATION AND DIRECTING THE IMMEDIATE DELIVERY OF SUBPOENAED MATERIALS TO IPOC**

# REDACTED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IPOC INTERNATIONAL GROWTH FUND LIMITED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **1:06CV01109 (PLF) (AK)** |
| **DILIGENCE, LLC, et. al** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DECLARATION OF ANNE W. STUKES IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF MINUTE ORDER, OR IN THE ALTERNATIVE, FOR ENLARGEMENT OF TIME**

# EXHIBIT 4

**Stukes, Anne**

**From:** Faxop
**Sent:** Monday, December 18, 2006 7:08 PM
**To:** Stukes, Anne
**Subject:** FW: LaserShip Delivery Confirmation (T061580265)

COMPLETED!

-----Original Message-----
From: Hess, David
Sent: Monday, December 18, 2006 6:14 PM
To: Faxop
Subject: Fw: LaserShip Delivery Confirmation (T061580265)

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: LaserShip_Tracking@lasership.com <LaserShip_Tracking@lasership.com>
To: Hess, David
Sent: Mon Dec 18 17:59:54 2006
Subject: LaserShip Delivery Confirmation (T061580265)

Notification of Delivery from Lasership

Delivery order: T061580265, (reference: 00089100004), placed by David Hess on behalf of A. Stukes, was delivered on Monday, December 18, 2006 at 17:59:46 EST to AEGIS LAW GROUP LLP. It was signed for by J. GARCIA.

If you have any questions or concerns about this delivery, please email manager06@lasership.com or call 202-347-7663.

Thank you for shipping with Lasership!

[Please note: This is an autogenerated document. Please do not reply to it. For web support, email support@lasership.com]

**Stukes, Anne**

**From:** Faxop
**Sent:** Monday, December 18, 2006 8:10 PM
**To:** Stukes, Anne
**Subject:** FW: LaserShip Delivery Confirmation (T061580269)

COMPLETED!

-----Original Message-----
From: Hess, David
Sent: Monday, December 18, 2006 8:09 PM
To: Faxop
Subject: Fw: LaserShip Delivery Confirmation (T061580269)

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: LaserShip_Tracking@lasership.com <LaserShip_Tracking@lasership.com>
To: Hess, David
Sent: Mon Dec 18 20:08:50 2006
Subject: LaserShip Delivery Confirmation (T061580269)

Notification of Delivery from Lasership

Delivery order: T061580269, (reference: 00080910000), placed by David Hess on behalf of A. Stukes, was delivered on Monday, December 18, 2006 at 20:08:00 EST to EDWARD B. MACMAHON. It was signed for by LEFT AT DOOR.

If you have any questions or concerns about this delivery, please email manager06@lasership.com or call 202-347-7663.

Thank you for shipping with Lasership!

[Please note: This is an autogenerated document. Please do not reply to it. For web support, email support@lasership.com]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IPOC INTERNATIONAL GROWTH FUND LIMITED,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action No. 1:06CV01109 (PLF) (AK)** |
| **DILIGENCE, LLC, et. al** | ) | |
| **Defendants.** | ) | |

**DECLARATION OF ANNE W. STUKES IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF MINUTE ORDER, OR IN THE ALTERNATIVE, FOR ENLARGEMENT OF TIME**

# EXHIBIT 5

FIRST CLASS
IPOC INTERNATIONAL GROWTH FUND, LIMITED v. DILIGENCE, LLC, ET AL.
United States District Court for the District of Columbia
Civil Action No. 1:06CV01109 (PLF) (AK)
FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER IN *KPMG FAS v. DILIGENCE*, No. 1:05-cv-02204-PLF
IPOC INTERNATIONAL GROWTH FUND, LIMITED v. DILIGENCE, LLC, ET AL.
PLAINTIFF IPOC'S REPLY TO DEFENDANT DILIGENCE LLC'S OPPOSITION TO IPOC'S EMERGENCY MOTION FOR ORDER AUTHORIZING DISCLOSURE OF INFORMATION AND DIRECTING THE IMMEDIATE DELIVERY OF SUBPOENAED MATERIAL TO IPOC
please stamp & return
RECEIVED
