# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

IPOC INTERNATIONAL GROWTH FUND )
LIMITED, )
)
Plaintiff, )
v. )        **Civil Action No.**
)        **1:06CV01109 (PLF) (AK)**
DILIGENCE, LLC, et. al )
)
Defendants. )

## ORDER

In consideration of the unopposed motion by IPOC International Growth fund Limited

("IPOC") for reconsideration of the Minute Order entered on January 5, 2007, or in the

Alternative, for Enlargement of Time, and any argument thereon, it is hereby

ORDERED that IPOC's Motion GRANTED.  The Clerk of Court is directed to re-docket

Plaintiff's Reply to Defendant Diligence LLC's Opposition to Emergency Motion for Order

Authorizing Disclosure of Information and Directing the Immediate Delivery of Subpoenaed

Materials to IPOC (Document No. 76, filed under seal December 19, 2006), and the same is

hereby accepted for filing.


Dated:_____        _____
                                     ALAN KAY
                                     United States Magistrate Judge

Copies to:

Timothy M. Broas
Carol A. Joffe
Anne W. Stukes
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000
(202) 282-5100 (FAX)
*Attorneys for Plaintiff IPOC International Growth Fund Limited*

Michael Ross
Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant Diligence LLC*

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA  20118
*Counsel for Defendant Barbour Griffith & Rogers LLC*