IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED ) ) ) *Plaintiff,* ) ) v. ) ) DILIGENCE LLC, et al. ) ) *Defendants.* ) ) | Civil Action No. 06-1109 (PLF) (AK) |

**DEFENDANTS' UNOPPOSED MOTION FOR RECONSIDERATION
OF 1/5/07 MINUTE ORDER STRIKING REPLY BRIEF AS UNTIMELY**

Defendants respectfully move this Court to reconsider the Court's Minute Order entered January 5, 2007 striking the Reply Memorandum in Support of Defendants' Joint Motion for Entry of Protective Order (Docket #80) filed January 4, 2007.

IPOC filed its Opposition to Defendants' Joint Motion for Entry of Protective Order on December 20, 2006 (Docket #77). Under Local Rule Rule 7(d), a party may serve a reply brief "within five days after service of [an opposition] memorandum." LCvR 7(d). In calculating this deadline, Fed. R. Civ. P. 6(e) provides that where, as here, opposition papers are served electronically, "3 days are added after the prescribed period would otherwise expire under subdivision (a)." Fed. R. Civ. P. 6(e).[1]

The Reply therefore was due eight court days after December 20, 2006. See Fed. R. Civ. P. 6(a) ("When a period of time prescribed or allowed is less than 11 days, intermediate

---

[1] Rule 6(e) identifies service under Fed. R. Civ. P. 5(b)(2)(D) as among the types of service that require adding three days to a court deadline. Service under Fed. R. Civ. P. 5(b)(2) (D) includes service by "electronic means." Fed. R. Civ. P. 5(b)(2)(D).

Saturdays, Sundays, and legal holidays shall be excluded in the computation"). Excluding Christmas, New Years Day, and January 2 (Court closed in honor of President Ford), the eighth Court day after December 20 was January 4, 2007. Because Defendants filed their Reply electronically on January 4, 2007, Defendants respectfully suggest that the Reply was timely filed.

As required by Local Civil Rule 7(m), counsel for Defendants has conferred with counsel for IPOC and IPOC has indicated that it does not oppose the relief requested herein.

A proposed order is attached.

Respectfully submitted,


_____/s/ Edward B. MacMahon, Jr._____
Edward B. MacMahon, Jr. (D.C. Bar. No. 411165)
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
T: 540-687-3902/F: 540-687-6366
*Attorney for Defendant Barbour*
*Griffith & Rogers, LLC*


AEGIS LAW GROUP LLP


By:    _____/s/ Michael K. Ross_____
Paul C. Rauser (D.C. Bar No. 461722)
Michael K. Ross (D.C. Bar No. 458573)
Oliver Garcia (D.C. Bar No. 456600)
901 F Street, N.W., Suite 500
Washington, D.C. 20004
T: 202-737-3500/ F: 202-737-3330
*Attorneys for Defendant Diligence Inc.*

Dated: January 8, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED | ) ) ) | Civil Action No. 06-1109 (PLF) (AK) |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | |
| DILIGENCE LLC, et al. | ) ) | |
| *Defendants.* | ) ) ) | |

## ORDER

Upon consideration of Defendants' Unopposed Motion for Reconsideration of Court's Minute Order of 1/5/07 Striking Reply as Untimely, it is hereby

ORDERED that the Motion is GRANTED and the Court's Minute Order of January 5, 2007 striking Reply Memorandum in Support of Defendants' Joint Motion for Entry of Protective Order (Docket #80) is VACATED.

SO ORDERED.

Dated: _____   By: _____
ALAN KAY
*United States Magistrate Judge*