UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No.<br>) 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | )<br>) |
| Defendants. | ) |

## PLAINTIFF IPOC'S REPLY TO DEFENDANTS' JOINT STATEMENT CONCERNING CROSS-MOTIONS FOR ENTRY OF PROTECTIVE ORDER

Plaintiff IPOC International Growth Fund Limited ("IPOC") hereby submits this reply to the Defendants' Joint Response (Document 85) concerning the parties' cross-motions for a protective order.

Defendants' Joint Response urges the Court to defer resolution of the cross-motions for entry of a protective order (Documents 57 and 69) so that the parties may attempt to reach agreement on disputed provisions. Unfortunately, resolution by the parties is not possible, delay in entry of a protective order is impeding discovery, and IPOC again requests that the Court enter a protective order as soon as possible.

Defendants contend that the parties might yet reach agreement concerning two provisions. First is paragraph 14 of IPOC's proposed protective order. During the January 11, 2007 hearing, Diligence advised the Court that after the hearing it would make a proposal to the parties to resolve this paragraph, and despite IPOC's immediate inquiry regarding the terms of the proposal, Diligence did not advise IPOC of its proposal until Wednesday, January 16, nearly a week after the hearing. As IPOC has advised Defendants, however, IPOC cannot agree to Diligence's proposal because it seeks to extend Rule 26 to materials obtained outside of

discovery and would further complicate this case by requiring this Court to adjudicate how documents were obtained outside of discovery. *See* attachment at page 1.

Defendants also state that they "remain open" to a stipulated resolution concerning a proposal by BGR's counsel that IPOC draft a letter to its clients—and share that letter with defense counsel—regarding Winston & Strawn's concerns arising out of a review of discovery obtained to date, "whereupon defendants' counsel would consider the proposed disclosure in light of their confidentiality concerns." As Defendants were aware *even before they filed their Joint Response*, however, IPOC cannot agree to share attorney-client communications with Defendants' counsel, and IPOC did not understand that to be the nature of the proposal on the day of the hearing. *See* attachment at page 2. IPOC has apologized to Defendants' counsel for any confusion, but the fact remains that the parties are at an impasse.

The cross-motions for entry of a protective order are ripe for determination. Each day that passes without a protective order works as a *de facto* stay of document production because none of the parties, nor third-party subpoena recipient Hughes Hubbard & Reed LLP, will produce documents without a protective order. Accordingly, IPOC urges the court to enter a protective order as soon as possible.

January 22, 2007

Respectfully submitted,

IPOC INTERNATIONAL GROWTH FUND LIMITED

OF COUNSEL:
W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5858
Fax:   (312) 558-5700
kanderson@winston.com

/s/ Carol A. Joffe
_____
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000

>Fax:   (202) 282-5100
>tbroas@winston.com
>cjoffe@winston.com
>astukes@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2007, I caused the foregoing Plaintiff IPOC's Reply to Defendants' Joint Statement Concerning Cross-Motions For Entry Of Protective Order, to be served electronically, via the Court's electronic filing system, on:

>Paul C. Rauser
>Michael Ross
>Oliver Garcia
>Aegis Law Group LLP
>901 F. Street, N.W., Suite 500
>Washington, DC 20004
>*Counsel for Defendant Diligence LLC*

>and

>Edward B. MacMahon, Jr.
>P.O. Box 903
>107 East Washington Street
>Middleburg, VA  20118
>*Counsel for Defendant Barbour Griffith & Rogers LLC*

>___/s/_____
>Carol A. Joffe

3