UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>DILIGENCE, LLC, et. al<br><br>        Defendants. | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

## JOINT STIPULATION

Plaintiff IPOC International Growth Fund Limited, Defendant Diligence, LLC, and Defendant Barbour, Griffith and Rogers LLC jointly stipulate that the Protective Order attached hereto is in the form ordered by the Memorandum Order of Magistrate Judge Kay dated January 23, 2007 (Document 87). This Joint Stipulation is submitted without prejudice to, and without waiver of, any party's right to appeal pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.2.

January 30, 2007

OF COUNSEL:
W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5858
Fax:   (312) 558-5700
kanderson@winston.com

Respectfully submitted,

IPOC INTERNATIONAL GROWTH FUND
LIMITED, Plaintiff

/s/ Carol A. Joffe
_____
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

DILIGENCE LLC, Defendant

/s/ Paul C. Rauser

Paul C. Rauser
Michael Ross
Oliver Garcia
AEGIS LAW GROUP LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
Tel: (202) 737-3500
Fax: (202) 737-3330
prauser@aegislawgroup.com
mross@aegislawgroup.com
ogarcia@aegislawgroup.com

BARBOUR GRIFFITH & ROGERS LLC, Defendant

/s/ Edward B. MacMahon, Jr.

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
Tel: (540) 687-3902
Fax: (540) 687-6366
ebmjr@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2007, I caused the foregoing Joint Stipulation to be served electronically, via the Court's electronic filing system, on:

Michael Ross
Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant Diligence LLC*

and

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
*Counsel for Defendant Barbour Griffith & Rogers LLC*

___/s/_____
Carol A. Joffe