IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,                ) <br> ) <br> Plaintiff,                ) <br> ) <br> vs.                ) <br> ) <br> DILIGENCE, LLC, et al.                ) <br> ) <br> Defendants.                ) <br> ) | Civil No. 06-1109 <br> (PLF)/(AK) |

**BARBOUR GRIFFITH & ROGERS, LLC's MOTION FOR AN ORDER COMPELLING PLAINTIFF TO ANSWER INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 37(a), Defendant Barbour Griffith & Rogers, LLC ("BGR") hereby moves this Court for an order requiring Plaintiff IPOC International Growth Fund Limited ("IPOC") to fully and completely answer Interrogatory Nos. 1, 3, 7 and 11 under oath within five (5) days and produce documents requested in Request for Production of Documents Nos. 5, 6, 13, 14, 15, 18, 19, 20, 21 and 24. The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities. A proposed Order is attached.

As required by Local Civil Rule 7(m), counsel for BGR and counsel for IPOC held a meet-and-confer teleconference on January 10, 2007, and attempted in good faith to resolve the matters raised by this Motion.

                                            **BARBOUR GRIFFITH & ROGERS, LLC**
                                            By Counsel

_____
Edward B. MacMahon, Jr.
D.C.  Bar No. 411165
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net
*Counsel for Defendant Barbour*
    *Griffith & Rogers, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st  day of February, 2007,  a true and correct copy of the foregoing to be served electronically, via the Court's electronic filing system, on:

> Timothy M. Broas
> Carol A. Joffe
> Winston & Strawn
> 1700 K Street, N.W.
> Washington, D.C.   20006
> (202) 282-5000
> (202) 282-5100 (Fax)
> *Counsel for IPOC  International Growth Fund Limited*
>
> Paul C. Rauser
> AEGIS Law Group LLP
> Suite 500
> 901 F Street, N.W., Suite 500
> Washington, D.C.   20004
> (202) 737-3500
> (202) 737-3330 (Fax)
> *Counsel for Diligence LLC*

/s/
_____
Edward B. MacMahon, Jr.