IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>    Plaintiff,<br><br>vs.<br><br>DILIGENCE, LLC, et al.<br><br>    Defendants. | Civil No. 06-1109<br>(PLF)/(AK) |

## ORDER

Upon consideration of Barbour Griffith & Rogers, LLC's ("BGR") Motion for an Order Compelling Plaintiff to Answer Interrogatories, the Memorandum in Support thereof, and all other papers and proceedings submitted in this matter, and for good cause shown:

IT IS HEREBY ORDERED THAT Plaintiff shall, within five (5) days of the date of this Order, serve on Defendant Barbour Griffith & Rogers, LLC full and complete answers to Interrogatories Nos. 1, 3, 7 and 11 set forth in Barbour Griffith & Rogers, LLC's First Set of Interrogatories to Plaintiff;

AND IT IS FURTHER ORDERED THAT Plaintiff shall, within five (5) days of the date of this Order, serve on Defendant Barbour Griffith & Rogers, LLC full and complete responses to Document Requests Nos. 5, 6, 13, 14, 15, 18, 19, 20, 21 and 24 set forth in Barbour Griffith & Rogers, LLC's First Set of Document Requests to Plaintiff.

Dated: _____       _____
                                                                                            ALAN KAY
                                                                                            United States Magistrate Judge