# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED ) ) ) *Plaintiff,* ) ) v. ) ) DILIGENCE LLC, et al. ) ) *Defendants.* ) _____ ) | Civil Action No. 06-1109 (PLF) |

**DEFENDANTS' MOTION FOR AN ORDER TO SHOW CAUSE WHY A STAY SHOULD NOT ISSUE PENDING RESOLUTION OF THE INVOLUNTARY WINDING-UP PETITION FILED AGAINST PLAINTIFF BY THE GOVERNMENT OF BERMUDA**

Defendant Diligence, Inc. ("Diligence") and Defendant Barbour Griffith & Rogers, LLC hereby jointly move this Court for an order requiring Plaintiff IPOC International Growth Fund Limited ("IPOC") to show cause why this action should not be stayed in its entirety pending resolution of the involuntary dissolution petition recently filed against IPOC by the Government of Bermuda—a petition which, if granted, would result in cessation of IPOC as a corporate entity and would require under Bermuda law that IPOC immediately discontinue proceeding with any and all litigation matters, including this action. The grounds for this Motion are set forth in the accompanying memorandum of points and authorities.

As required by Local Civil Rule 7(m), counsel for Diligence sought consent from IPOC's counsel for the relief requested herein. Such consent, however, was not obtained.

          Respectfully submitted,

          _____/s/ Edward B. MacMahon, Jr._____
          Edward B. MacMahon, Jr.
          D.C. Bar No. 411165
          P.O. Box 903
          107 East Washington Street
          Middleburg, VA 20118
          540-687-3902
          (540) 687-6366 (facsimile)
          ebmjr@verizon.net
          *Attorney for Defendant Barbour*
          *Griffith & Rogers, LLC*


          AEGIS LAW GROUP LLP


By:     _____/s/ Paul C. Rauser_____
          Paul C. Rauser (D.C. Bar No. 461722)
          Michael K. Ross (D.C. Bar No. 458573)
          Oliver Garcia (D.C. Bar No. 456600)
          901 F Street, N.W., Suite 500
          Washington, D.C. 20004
          *T: 202-737-3500/ F: 202-737-3330*
          *Attorneys for Defendant Diligence Inc.*

Dated: February 9, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED )<br>)<br>) | Civil Action No. 06-1109 (PLF) |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| DILIGENCE LLC, et al. ) | |
| ) | |
| *Defendants.* ) | |
| _____ ) | |

**ORDER**

Upon consideration of Defendants' Motion for an Order to Show Cause Why a Stay Should Not Issue Pending Resolution of the Involuntary Winding-up Petition Filed Against Plaintiff By the Government of Bermuda the Memorandum in Support Thereof, and all other papers and proceedings submitted in this matter, and for good cause shown:

IT IS HEREBY ORDERED THAT Plaintiff shall, within five (5) days of the date of this Order, show cause why this action should not be stayed in its entirety pending resolution of the involuntary winding-up petition filed against Plaintiff by the Bermuda Registrar of Companies; and

IT IS FURTHER ORDERED THAT Plaintiff shall, within five (5) days of the date of this Order, provide the Court with (under seal, if necessary) the status, timetable, and copies of (i) the Winding-up Petition and all attachments thereto and supporting documents, and (ii) the Petition for appointment of a provisional liquidator and all attachments thereto and supporting documents.

SO ORDERED.

Dated: _____   By:   _____
                                              Paul L. Friedman
                                              *United States District Judge*