UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of Defendant Barbour Griffith & Rogers LLC ("BGR")'s Motion for an Order Compelling Plaintiff to Answer Interrogatories and Request for Production of Documents (Document # 90), the Opposition thereto, and any argument, it is hereby

ORDERED that BGR's Motion is DENIED.

DATED:_____        _____
                                                    ALAN KAY
                                                    UNITED STATES MAGISTRATE JUDGE