UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>DILIGENCE, LLC, et. al )<br>)<br>Defendants. ) | Civil Action No.<br>1:06CV01109 (PLF) |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER TO SHOW CAUSE WHY A STAY SHOULD NOT ISSUE PENDING RESOLUTION OF THE INVOLUNTARY WINDING-UP PETITION FILED AGAINST PLAINTIFF BY THE GOVERNMENT OF BERMUDA**

# EXHIBIT 2

1

2   **IK:**   Yes.  Thank you very much, Mr. Diel.

3   **DK:**   Does My Lord not have my second Affidavit?

4

5   **IK:**   I have the Affidavit.  The Exhibit, unfortunately, is not with me in Court.  This
6   binder is not with me in Court.

7

8   **DK:**   I see.  Page 139 of the Exhibit, page 135 of the transcript, you'll see around line
9   11, My Friend is speaking saying… "so that assertion of connection does not, in my
10  respective submission, wash.  It does not establish a connection between the dispute and
11  this jurisdiction."  And My Lord said "the sort of factors, which it seems to me would
12  clearly be relevant factors for this Court to take into account, would be if, for the sake of
13  argument, some regulator had commenced Winding-up proceedings or something which
14  were being contested."  And, then we go on, "in those circumstances perhaps one could
15  say that it was against the public policy of Bermuda that a company that was subject to
16  serious doubt, as to whether its existing management would remain in place for long,
17  should be commencing proceedings here, there and everywhere. My Lord, what My Lord
18  focused on in that passage is the commencement of Winding-up proceedings by a
19  regulator, which we now have, and that serious doubt, as to whether its existing
20  management would remain in place.  And that's simply what…

21

22  **IK:**   Would remain in place for long, but I think, as Mr. Diel has pointed out, the
23  proceedings are rigorously contested and it seems inevitable, quite frankly, that if a

1  Winding-up Order were to be made, the efficacy of the Order would be tested in the

2  Privy Council, perhaps in around 2 or 3 years time.

3  **MD:**  That's a fair assumption, My Lord.

4

5  **DK:**  What it does show though, My Lord, is that the beliefs that this company deserves

6  to be wound up.

7

8  **IK:**  Mr. Kessaram, I accept that it is a factor that I alluded to, and that the filing of the

9  Winding-up Petition does sort of add to the Bermuda connecting factors that you relied

10  upon.  It's a question of judgement as to whether it is so weighty a factor that it would

11  justify reversing the decision altogether.

12

13  **DK:**  Again, we say, probably for the umpteenth time, that all we need to be able to

14  show at this stage is that it's arguable that that factor, if not the pre-existing factors, were

15  sufficient to justify the Court in allowing this case to proceed to trial.  And, we say the

16  pre-existing factors were sufficient as a matter of law, if a proper weight were attached to

17  them, but certainly now that the Winding-up Petition has been presented, the scales are

18  tipped even more heavily in favour of allowing the proceedings to continue, and that it is

19  sufficient, we say, for this Court to grant leave to appeal to the Court of Appeal, where

20  we would seek to introduce this new evidence.

21