UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>DILIGENCE, LLC, et. al<br><br>    Defendants. | Civil Action No.<br>1:06CV01109 (PLF) |

## ORDER

Upon consideration of the motion of Defendants Diligence LLC and Barbour Griffith & Rogers LLC for an Order to Show Cause Why a Stay Should Not Issue Pending Resolution of the Involuntary Winding-Up Petition Filed Against Plaintiff by the Government of Bermuda, the Amended Motion for the same relief, the Opposition thereto, and any argument, it is hereby

ORDERED that Defendants' Motion is DENIED.

DATED:_____     _____
                       PAUL L. FRIEDMAN
                       UNITED STATES DISTRICT JUDGE