UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DILIGENCE, LLC, and BARBOUR GRIFFITH & ROGERS, LLC, <br><br> Defendants. | Civil Action No. <br> 1:06CV01109 (PLF) (AK) |

## MOTION FOR ORDER AUTHORIZING REPORTER TO PROVIDE TO COUNSEL A TRANSCRIPT OF HEARING, INCLUDING PORTION CLOSED TO THE PUBLIC

Plaintiff IPOC International Growth Fund Limited ("IPOC"), by counsel, respectfully moves the Court for an order authorizing the court reporter to provide to counsel of record a transcript of the January 11, 2007 hearing before Magistrate Judge Kay, including the portion of the hearing that was closed to the public.

Defendants do not object to the relief sought in this motion, provided however that all parties agree to treat the portion of the transcript that covers the part of the hearing conducted when the courtroom was closed as "Confidential" under the terms of the Protective Order pending the parties having an opportunity to review the transcript to make formal confidentiality designations per the procedures set out in the Protective Order entered February 8, 2007.

| | |
|---|---|
| March 20, 2007 | IPOC INTERNATIONAL GROWTH FUND LIMITED |
| | /s/ Carol A. Joffe |
| OF COUNSEL: <br> W. Gordon Dobie <br> Kimball R. Anderson <br> WINSTON & STRAWN LLP <br> 35 W. Wacker Drive <br> Chicago, Illinois 60601 | Timothy M. Broas (D.C. Bar No. 391145) <br> Carol A. Joffe (D.C. Bar No. 351528) <br> Anne W. Stukes (D.C. Bar No. 469446) <br> WINSTON & STRAWN LLP |

Tel:    (312) 558-5600
Fax:    (312) 558-5700
wdobie@winston.com
kanderson@winston.com

1700 K Street, N.W.
Washington, D.C. 20006
Tel:    (202) 282-5000
Fax:    (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>        Plaintiff,<br>v.<br><br>DILIGENCE, LLC, and BARBOUR GRIFFITH & ROGERS, LLC,<br><br>        Defendants. | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

**MEMORANDUM IN SUPPORT OF MOTION FOR ORDER AUTHORIZING REPORTER TO PROVIDE TO COUNSEL A TRANSCRIPT OF HEARING, INCLUDING PORTION OF THE HEARING CLOSED TO THE PUBLIC**

IPOC International Growth Fund Limited ("IPOC"), by and through its counsel, submits this Memorandum in Support of IPOC's Motion for Order Authorizing Reporter to Provide to Counsel a Transcript of Hearing, Including Portion of the Hearing Closed to the Public. During a portion of the Plaintiffs' argument before the Honorable Magistrate Judge Alan Kay on January 11, 2007, the Court closed the courtroom to the public. While counsel has received notice through the court's electronic filing system that the transcript of proceedings has been filed, the court reporter and clerk's office have advised that an Order of Court is required before the reporter may release a transcript that includes the portion conducted while the courtroom was closed to the public.

    The basis for this request is that the undersigned counsel of record for Plaintiff is entitled to receive the transcript in connection with the ongoing representation of Plaintiff.

Respectfully submitted,

IPOC INTERNATIONAL GROWTH FUND LIMITED

OF COUNSEL:

W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700
wdobie@winston.com
kanderson@winston.com

/s/ Carol A. Joffe

Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

*Attorneys for IPOC International Growth Fund Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2007, a true copy of the foregoing Motion for Order Authorizing Reporter to Provide to Counsel A Transcript of Hearing, Including Portion Closed to the Public was served, via the Court's ECF system, on the following:

Michael Ross
Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant Diligence LLC*

    and

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
*Counsel for Defendant Barbour Griffith & Rogers LLC*

/s/
_____
Carol A. Joffe