IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>DILIGENCE, LLC, )<br>)<br>and )<br>)<br>BARBOUR GRIFFITH & ROGERS, LLC, )<br>)<br>    Defendants. )<br>) | Civil No. 06-1109<br>(PLF)/(AK) |

## MOTION FOR ORDER TO SHOW CAUSE WHY W. GORDON DOBIE, ESQUIRE SHOULD NOT BE HELD IN CONTEMPT

COMES NOW Barbour Griffith & Rogers, LLC, by counsel, and moves the Court to enter an Order that W. Gordon Dobie, Esquire, one of the plaintiff's attorneys of record in this matter, show cause why he should not be held in contempt of this Court. A Memorandum of Points and Authorities in Support of this Motion and a Proposed Order are filed herewith.

WHEREFORE, Barbour Griffith & Rogers, LLC, requests that the instant motion be granted.

BARBOUR GRIFFITH & ROGERS, LLC
By Counsel

/s/
_____
Edward B. MacMahon, Jr.
D.C. Bar No. 411165
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net
*Counsel for Defendant Barbour*
　　*Griffith & Rogers, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st of March, 2007, a true and correct copy of the foregoing to be served electronically, via the Court's electronic filing system, on:

　　Timothy M. Broas
　　Carol A. Joffe
　　Winston & Strawn
　　1700 K Street, N.W.
　　Washington, D.C.　20006
　　(202) 282-5000
　　(202) 282-5100 (Fax)
　　*Counsel for IPOC International Growth Fund Limited*

　　Paul C. Rauser
　　AEGIS Law Group LLP
　　Suite 500
　　901 F Street, N.W., Suite 500
　　Washington, D.C.　20004
　　(202) 737-3500
　　(202) 737-3330 (Fax)
　　*Counsel for Diligence LLC*

　　　　　　　　　　　　　　/s/
　　　　　　　　　　　_____
　　　　　　　　　　　Edward B. MacMahon, Jr.