## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **IPOC INTERNATIONAL GROWTH FUND LIMITED,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**DILIGENCE, LLC, et al.** )<br>)<br>Defendants. )<br>) | Civil No. 06-1109<br>(PLF)/(AK) |

### ORDER

Upon consideration of Barbour Griffith & Rogers, LLC's ("BGR") Motion for an Order to Show Cause Why W. Gordon Dobie, Esquire Should Not Be Held In Contempt, the Memorandum in Support thereof, and all other papers and proceedings submitted in this matter, and for good cause shown, it is hereby ORDERED:

That BGR's Motion for an Order to Show Cause Why W. Gordon Dobie, Esquire Should Not Be Held In Contempt be and is hereby GRANTED and a rule to Show Cause shall issue; and

IT IS HEREBY ORDERED THAT Mr. Dobie shall file his responsive pleadings within seven (7) days of this Order; and

IT IS ORDERED THAT Plaintiff and/or Mr. Dobie, shall, within five (5) days of the date of this Order, serve on Defendant Barbour Griffith & Rogers, LLC, the following discovery (1) written evidence of Mr. Dobie's interactions with the reporters from *Roll Call* and Politico.com. This would include any billing records or other correspondence that would show any contacts between Mr. Dobie and other attorney or agent of Winston & Strawn or IPOC

who contacted these reporters, or any other person or entity regarding the actual or attempted disclosure of sealed and protected information; and (2) any and all packages prepared for reporters by Mr. Dobie or other attorney or agent of Winston & Strawn or IPOC including the sealed or otherwise materials that he showed to certain reporters including but limited to Roll Call, Business Week and Politico.com.


Dated: _____    _____
                                        ALAN KAY
                                        United States Magistrate Judge