UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>    Plaintiff,<br>v.<br><br>DILIGENCE, LLC, and BARBOUR, GRIFFITH AND ROGERS, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:06CV01109<br>) (PLF) (AK)<br>)<br>)<br>) |

### ORDER

In consideration of Diligence Inc.'s ("Diligence") Emergency Motion for an Order Barring IPOC's Counsel from Further Dissemination of Information in Violation of this Court's Orders, the Opposition thereto, and any hearing thereon, it is hereby

ORDERED that the Motion is DENIED.

Dated:_____          _____
                                                                 ALAN KAY
                                                                 United States Magistrate Judge