UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>DILIGENCE, LLC, et. al )<br>)<br>Defendants. ) | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

**ORDER**

In consideration of the motion by IPOC International Growth Fund Ltd. ("IPOC") for leave to file a Sur-Reply in response to the Reply Memorandum filed by Defendants Diligence LLC and Barbour, Griffiths & Rogers, LLC in Support of their Motion For An Order To Show Cause Why A Stay Should Not Issue Pending Resolution Of The Involuntary Winding-Up Petition Filed Against Plaintiff By The Government Of Bermuda, it is hereby ORDERED that IPOC's Motion for Leave to File a Sur-Reply is GRANTED. The Clerk of Court is directed to accept the Sur-Reply Brief for filing as of this date.

Dated:_____        _____
                                     PAUL L. FRIEDMAN
                                     United States District Court Judge

-2-

Copies to:

        Timothy M. Broas
        Carol A. Joffe
        Anne W. Stukes
        WINSTON & STRAWN LLP
        1700 K Street, N.W.
        Washington, D.C. 20006
        (202) 282-5000
        (202) 282-5100 (FAX)
        *Attorneys for Plaintiff IPOC International Growth Fund Limited*


        Michael Ross
        Paul C. Rauser
        Oliver Garcia
        Aegis Law Group LLP
        901 F. Street, N.W., Suite 500
        Washington, DC 20004
        *Counsel for Defendant Diligence LLC*


        Edward B. MacMahon, Jr.
        P.O. Box 903
        107 East Washington Street
        Middleburg, VA 20118
        *Counsel for Defendant Barbour Griffith & Rogers LLC*