UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>DILIGENCE, LLC, et. al<br><br>    Defendants. | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

## ORDER

In consideration of the motion by IPOC International Growth Fund Ltd. ("IPOC") to Compel Defendant Diligence to Answer Plaintiff's First Set of Requests for Admission and First Set of Interrogatories it is hereby ORDERED that IPOC's Motion to Compel is GRANTED and Diligence is to answer, within five (5) days, IPOC's Requests for Admission and Interrogatories. Diligence is also directed to pay IPOC's costs incurred in connection with this motion.

Dated:_____        _____
                                    Alan Kay
                                    United States Magistrate Judge

-2-

Copies to:

        Timothy M. Broas
        Carol A. Joffe
        Anne W. Stukes
        WINSTON & STRAWN LLP
        1700 K Street, N.W.
        Washington, D.C. 20006
        (202) 282-5000
        (202) 282-5100 (FAX)
        *Attorneys for Plaintiff IPOC International Growth Fund Limited*

        Michael Ross
        Paul C. Rauser
        Oliver Garcia
        Aegis Law Group LLP
        901 F. Street, N.W., Suite 500
        Washington, DC 20004
        *Counsel for Defendant Diligence LLC*

        Edward B. MacMahon, Jr.
        P.O. Box 903
        107 East Washington Street
        Middleburg, VA 20118
        *Counsel for Defendant Barbour Griffith & Rogers LLC*