UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>        **Plaintiff,**<br>v.<br><br>DILIGENCE, LLC, and BARBOUR, GRIFFITH AND ROGERS, LLC,<br><br>        **Defendants.** | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

**PLAINTIFF IPOC INTERNATIONAL GROWTH FUND LTD.'S MOTION FOR CONTINUANCE OF APRIL 13, 2007 HEARING**

Plaintiff IPOC International Growth Fund Ltd. ("IPOC"), by counsel, files this Motion for Continuance of the April 13, 2007 Hearing on Diligence's Emergency Motion for an Order Barring Further Dissemination of Information. The reasons supporting this Motion are as follows:

On March 15, 2007, Defendant Diligence, LLC ("Diligence") filed an Emergency Motion for an Order Barring IPOC's Counsel From Further Dissemination of Information in Violation of This Court's Orders (Docket #103). The Court has set the Motion for hearing on April 13, 2007 before Magistrate Judge Kay.

Because Diligence's Motion seeks an order against IPOC's counsel, Winston & Strawn LLP's general counsel, Kimball Anderson, intends to appear on behalf of the firm at the hearing. Mr. Anderson is also counsel for IPOC in this case, and has been listed as counsel on all of IPOC's court filings.

In addition, as noted in IPOC's opposition to the Motion, attorney Gordon Dobie intends to appear at the hearing in the event that the Court has any questions for him concerning the allegations that Diligence has made.

Both Mr. Anderson and Mr. Dobie are unavailable to appear on April 13, 2007. Both could be available, however, at any time on April 25, 26, or 27, 2007.

IPOC notified counsel for Diligence and Defendant Barbour, Griffith and Rogers LLC ("BGR") of this motion for continuance. Diligence advises that its preference is to have the April 13, 2007 hearing go forward as scheduled, but if the hearing is rescheduled, April 25 or 26 are the best alternative dates. BGR advises that it takes no position on this motion, but BGR's counsel will be available on April 25 or 26.

For all of the foregoing reasons, IPOC respectfully requests that this Court continue the hearing currently scheduled for April 13, 2007.

April 4, 2007

OF COUNSEL:
W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700
wdobie@winston.com
kanderson@winston.com

IPOC INTERNATIONAL GROWTH FUND LIMITED

/s/ Carol A. Joffe
_____
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2007, I caused the foregoing Motion for Continuance of the April 13, 2007 Hearing on Diligence's Emergency Motion for an Order Barring Further Dissemination of Information to be served electronically, via the Court's electronic filing system, on:

>Michael Ross
>Paul C. Rauser
>Oliver Garcia
>Aegis Law Group LLP
>901 F. Street, N.W., Suite 500
>Washington, DC 20004
>*Counsel for Defendant Diligence LLC*
>
>and
>
>Edward B. MacMahon, Jr.
>P.O. Box 903
>107 East Washington Street
>Middleburg, VA 20118
>*Counsel for Defendant Barbour Griffith & Rogers LLC*

>\_\_\_/s/_____
>Carol A. Joffe