UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DILIGENCE, LLC, et. al<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.<br>　　1:06CV01109 (PLF) (AK) |

## ORDER

In consideration of the motion by IPOC International Growth Fund Ltd. ("IPOC") for Continuance of the April 13, 2007 Hearing on Diligence's Emergency Motion for an Order Barring Further Dissemination of Information, it is hereby

ORDERED that IPOC's Motion for Continuance is GRANTED. The Clerk of Court is hereby directed to reschedule the hearing currently scheduled for April 13, 2007 to any time on April 25 or 26, 2007, and to notify the parties of the new hearing date.

Dated:_____       _____
　　　　　　　　　　　　　　　　　　　　　　　　ALAN KAY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE