UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, and BARBOUR, GRIFFITH AND ROGERS, LLC, | ) ) ) ) | |
| Defendants. | | |

**PLAINTIFF IPOC INTERNATIONAL GROWTH FUND LIMITED'S OPPOSITION TO BARBOUR GRIFFITH & ROGERS, LLC'S MOTION FOR ORDER TO SHOW CAUSE WHY W. GORDON DOBIE SHOULD NOT BE HELD IN CONTEMPT**

# EXHIBIT 1

# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

CAROL A. JOFFE
(202) 282-5996
cjoffe@winston.com

November 16, 2006

**TRANSMITTED VIA EMAIL**

Paul C. Rauser, Esq.
Michael Ross, Esq.
Aegis Law Group LLP
901 F Street, N.W., Suite 500
Washington, D.C. 20004

Re:   IPOC International Growth Fund Limited v. Diligence, LLC, et al
      Civil Action No. 1:06 CV01109 (PLF)

Dear Paul and Mike:

I write to inform you that an anonymous typewritten note, with a seven page chart that purports to be Diligence's outstanding invoice list, has been received via facsimile transmission to my office. We have been unable to determine the source of the facsimile transmission, which contains no indication of same. A copy of the document is enclosed.

If this facsimile is what the sender suggests it to be, it is responsive to IPOC's document requests to Diligence in *IPOC v. Diligence*. We will, however, hold the document under "Confidential" designation as it purports to contain Diligence's client information.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Carol A. Joffe

CJ:tdd
enclosure
cc:   Edward B. MacMahon, Esq.
      Anne W. Stukes
      Timothy M. Broas
      Kimball R. Anderson