UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>    Plaintiff,<br>v.<br><br>DILIGENCE, LLC, et. al<br><br>    Defendants. | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

## ORDER

In consideration of the motion by Defendant Barbour, Griffith and Rogers LLC ("BGR") For Order To Show Cause Why W. Gordon Dobie, Esquire Should Not Be Held In Contempt, it is hereby

  ORDERED that BGR's Motion is DENIED.

Dated:_____     _____
                       ALAN KAY
                       UNITED STATES MAGISTRATE JUDGE