IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DILIGENCE, LLC, et al.<br><br>　　　Defendants. | Civil No. 06-1109<br>(PLF)/(AK) |

**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE WHY W. GORDON DOBIE SHOULD NOT BE HELD IN CONTEMPT**

# EXHIBIT B

HENRY A. WAXMAN, CALIFORNIA,
    CHAIRMAN

TOM LANTOS, CALIFORNIA
EDOLPHUS TOWNS, NEW YORK
PAUL E. KANJORSKI, PENNSYLVANIA
CAROLYN B. MALONEY, NEW YORK
ELIJAH E. CUMMINGS, MARYLAND
DENNIS J. KUCINICH, OHIO
DANNY K. DAVIS, ILLINOIS
JOHN F. TIERNEY, MASSACHUSETTS
WM. LACY CLAY, MISSOURI
DIANE E. WATSON, CALIFORNIA
STEPHEN F. LYNCH, MASSACHUSETTS
BRIAN HIGGINS, NEW YORK
JOHN A. YARMUTH, KENTUCKY
BRUCE L. BRALEY, IOWA
ELEANOR HOLMES NORTON,
    DISTRICT OF COLUMBIA
BETTY McCOLLUM, MINNESOTA
JIM COOPER, TENNESSEE
CHRIS VAN HOLLEN, MARYLAND
PAUL W. HODES, NEW HAMPSHIRE
CHRISTOPHER S. MURPHY, CONNECTICUT
JOHN P. SARBANES, MARYLAND
PETER WELCH, VERMONT

ONE HUNDRED TENTH CONGRESS

# Congress of the United States
## House of Representatives

COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM

2157 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515-6143

MAJORITY    (202) 225-5051
FACSIMILE   (202) 225-4784
MINORITY    (202) 225-5074
TTY         (202) 225-6852

http://oversight.house.gov

TOM DAVIS, VIRGINIA,
    RANKING MINORITY MEMBER

DAN BURTON, INDIANA
CHRISTOPHER SHAYS, CONNECTICUT
JOHN M. McHUGH, NEW YORK
JOHN L. MICA, FLORIDA
MARK E. SOUDER, INDIANA
TODD RUSSELL PLATTS, PENNSYLVANIA
CHRIS CANNON, UTAH
JOHN J. DUNCAN, JR., TENNESSEE
MICHAEL R. TURNER, OHIO
DARRELL E. ISSA, CALIFORNIA
KENNY MARCHANT, TEXAS
LYNN A. WESTMORELAND, GEORGIA
PATRICK T. McHENRY, NORTH CAROLINA
VIRGINIA FOXX, NORTH CAROLINA
BRIAN P. BILBRAY, CALIFORNIA
BILL SALI, IDAHO

March 22, 2007

Mr. Gordon Dobie
Winston & Strawn LLP
35 Wacker Drive
Chicago, IL 60601

Dear Mr. Dobie:

In a letter dated March 12, 2007, I requested that "you provide the Committee with any information and documents in your possession or control" relating to allegations involving Barbour Griffith & Rogers LLC, Diligence LLC, and IPOC International Growth Fund Ltd.

I am now writing to officially withdraw that document request. The March 12 letter was intended as a preliminary step to determine whether Committee resources should be expended upon investigating this matter. The letter was not released publicly by the Committee when it was sent to you and it was inappropriate for the letter to be characterized in the media as a Committee investigation.

If you have any questions regarding this letter, please contact David Rapallo or Steven Glickman with the Committee staff at (202) 225-5420.

Sincerely,

Henry A. Waxman
Chairman

cc:   Tom Davis
      Ranking Minority Member