UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>          Plaintiff,<br>v.<br><br>DILIGENCE, LLC, et. al<br><br>          Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No.<br>)   1:06CV01109 (PLF) (AK)<br>)<br>)<br>) |

### NOTICE OF FILING UNDER SEAL

Please take notice that on April 13, 2007, Plaintiff IPOC International Growth Fund Limited's Motion Pursuant To Protective Order To Remove Confidentiality Designations and Memorandum in Support, with Exhibits A-I, was filed under seal with the Clerk of the Court. A redacted, non-sealed version of the motion and memorandum was filed separately on this date, per the instructions of the Clerk's office.

April 16, 2007

OF COUNSEL:
W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700
wdobie@winston.com
kanderson@winston.com

IPOC INTERNATIONAL GROWTH FUND LIMITED

/s/ Carol A. Joffe
_____
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 16, 2007, a copy of the foregoing Notice of Filing Under Seal, was served electronically via the Court's electronic filing system, on:

>Michael Ross
>Paul C. Rauser
>Oliver Garcia
>Aegis Law Group LLP
>901 F. Street, N.W., Suite 500
>Washington, DC 20004
>*Counsel for Defendant Diligence LLC*
>
>Edward B. MacMahon, Jr.
>P.O. Box 903
>107 East Washington Street
>Middleburg, VA  20118
>*Counsel for Defendant Barbour Griffith & Rogers LLC*

On April 13, 2007, the Notice was served via hand-delivery on:

>Derek J.T. Adler, care of
>Roberta Koss
>Charles D. Reed
>Hughes, Hubbard & Reed LLP
>1775 I Street, N.W.
>Washington, D.C.  20006
>*Counsel for Non-Party KPMG Financial Advisory Services, Ltd.*

                                          /s/ Carol A. Joffe