UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,  <br><br>　　　　　　　Plaintiff,  <br><br>v.  <br><br>DILIGENCE, LLC, et al.,  <br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No.<br>　1:06CV01109 (PLF) (AK) |

**EMERGENCY MOTION FOR EXTENSION OF TIME**

　　　　Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Non-Party Hughes Hubbard & Reed LLP hereby moves for a one-week extension of time, until May 1, 2007, to respond to Plaintiff IPOC International Growth Fund Limited's Motion Pursuant to the Protective Order to Remove Confidentiality Designations. The background and grounds for this motion are set forth in the accompanying Declaration of Derek J.T. Adler, executed April 22, 2007.

　　　　Counsel for Non-Party Hughes Hubbard has conferred with Plaintiff's counsel, who has refused to agree to any extension of time.

　　　　Non-Party Hughes Hubbard seeks an extension of time because the knowledgeable attorney has professional scheduling conflicts that will prevent him from devoting the necessary time to responding to the motion within the time permitted. Hughes Hubbard's response will require substantial effort because it must enumerate the detailed basis for confidentiality designations on several hundred pages of material. It would be particularly appropriate to grant the courtesy of additional time to a non-party,

who should be protected from "undue burden" in responding to a subpoena.  See Fed. R. Civ. P. 45(c)(1).

Plaintiff will not suffer any prejudice as a result of a one-week extension of Hughes Hubbard's time to respond to the motion.  Discovery in this proceeding is at an early stage.  Plaintiff has already received Hughes Hubbard's complete production and does not seek any additional material.  At issue is only the designation of certain materials as confidential.  Thus a one-week delay will not hamper Plaintiff's ability to prosecute its action and proceed with appropriate party discovery.

Dated: District of Columbia
April 23, 2007

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: _____
Scott H. Christensen (D.C. Bar No. 476439)
Charles Reed (D.C. Bar No. 490833)
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone:  202-721-4600
Facsimile:  202-721-4646

Of Counsel:

Derek J.T. Adler
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Telephone:  212-837-6000
Facsimile:  212-422-4726

*Attorneys for Hughes Hubbard & Reed LLP*