UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DILIGENCE, LLC, et al., )<br>)<br>Defendants. ) | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

## ORDER

Upon consideration of Hughes Hubbard & Reed LLP's Emergency Motion for Extension of Time, and the accompanying Declaration of Derek J.T. Adler, it is hereby

ORDERED that the Motion is GRANTED and Hughes Hubbard & Reed LLP's deadline to respond to Plaintiff IPOC International Growth Fund Limited's Motion Pursuant to the Protective Order to Remove Confidentiality Designations is extended to and including May 1, 2007.

SO ORDERED

Dated:_____        By:_____
                                                    Hon. Alan Kay

DC 565818_1.DOC