UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) ) | |
| Defendants. | ) | |

**IPOC INTERNATIONAL GROWTH FUND LIMITED'S
REPLY MEMORANDUM IN SUPPORT OF IPOC'S MOTION TO COMPEL
DILIGENCE TO ANSWER PLAINTIFF'S FIRST SET OF REQUESTS FOR
ADMISSION AND FIRST SET OF INTERROGATORIES**

# EXHIBIT 2



**COMMITTEE ON**
# Oversight and Government Reform
Chairman Henry A. Waxman, 110th Congress

Investigations
Chronology
Legislation
About

Sch
He
Sut
Mir

Monday, March 12, 2007

# Documents Requested in Alleged Scheme to Misappropriate Taxpayer Dollars

Chairman Waxman requests documents related to an alleged scheme to misappropriate millions of dollars from the U.S. Treasury.

| Documents and Links |
|---|
| • Letter to Gordon Dobie |
| • March 22, 2007: Followup letter to Mr. Dobie withdrawing the document request |

## Latest Committee News

**New Evidence of Security Problems at the White House**

**Chairman Waxman Asks for Further Information on Halliburton Move**

**Committee to Consider Four Subpoenas to Further Investigations**

## Search

[_____] Search

(more search options)

## Updates

[_____] Subscribe

**About the Committee**
Rules and Jurisdiction
Subcommittees

**About the Members**
Chairman Waxman
Members

**Contact the Committee**
Mail and Phone
E-mail Correspondence
Whistleblower Hotlines
Press Office

**Receive Updates**
RSS Feeds
E-mail Newsletters

HENRY A. WAXMAN, CALIFORNIA
CHAIRMAN

TOM DAVIS, VIRGINIA
RANKING MINORITY MEMBER

ONE HUNDRED TENTH CONGRESS

# Congress of the United States
## House of Representatives
COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM
2157 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6143

Majority (202) 225-5051
Minority (202) 225-5074

March 12, 2007

Gordon Dobi
Winston & Strawn LLP
35 Wacker Drive
Chicago, IL 60601

Dear Mr. Dobi:

On February 26, 2007, *Business Week* published allegations that a company called the Alfa Group Consortium hired Barbour Griffith & Rogers LLC and Diligence LLC to obtain confidential business information about IPOC International Growth Fund Ltd.[1] The article alleges that Diligence engaged in corporate espionage against IPOC and its auditor, KPMG Financial Advisory Service Ltd., through an operation it referred to as "Project Yucca."

The article also notes that on June 15, 2006, IPOC sued Diligence and Barbour Griffith & Rogers in U.S. District Court in Washington. On February 7, 2007, your firm filed an Amended Complaint on behalf of IPOC in U.S. District Court for the Southern District of New York, which alleged that the Alfa Group conspired to "perpetrate a vast international scheme to misappropriate millions of dollars" from IPOC and the U.S. Treasury.[2]

I request that you provide the Committee with any information and documents in your possession or control relating to these allegations.

The Committee on Oversight and Government Reform is the principal oversight committee in the House of Representatives and has broad oversight jurisdiction as set forth in House Rule X. Under House Rule XI, clause 2(m), the Committee has the authority to subpoena the production of documents it considers necessary in carrying out its oversight functions. An

---

[1] *Spies, Lies & KPMG*, Business Week (Feb. 26, 2007).

[2] *IPOC International Growth Fund, Ltd. v. Leonid Rozhetskin, et al.*, Am. Compl., 06 Civ. 4338 (JVM) (S.D.N.Y. Feb. 7, 2007).

Gordon Dobi
March 12, 2007
Page 2

attachment to this letter provides additional information on how to respond to the Committee's request.

If you have any questions regarding this request, please contact John Williams or Steven Glickman with the Committee staff at (202) 225-5420.

Sincerely,

Henry A. Waxman
Chairman

Enclosure

cc.   Tom Davis
      Ranking Minority Member