IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED | ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1109 (PLF)(AK) |
| DILIGENCE LLC, et al. | ) ) ) | |
| *Defendants.* | ) ) | |

## DEFENDANTS' NOTICE
## OF WITHDRAWAL OF MOTIONS

Defendant Barbour Griffith & Rogers hereby gives notice that it withdraws its Motion to Show Cause Why W. Gordon Dobie, Esquire Should Not Be Held in Contempt.

Defendant Diligence, Inc. hereby gives notice that it withdraws its Motion for an Order Barring IPOC's Counsel from Further Dissemination of Information in Violation of this Court's Orders.

Respectfully submitted,


_____/s/ Edward B. MacMahon, Jr._____

Edward B. MacMahon, Jr.
D.C. Bar No. 411165
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
540-687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net

*Attorney for Defendant Barbour Griffith & Rogers, LLC.*


AEGIS LAW GROUP LLP

By:    _____/s/Paul C. Rauser_____

Paul C. Rauser (D.C. Bar No. 461722)
Oliver Garcia (D.C. Bar No. 456600)
Michael K. Ross (D.C. Bar No. 458573)
901 F Street, N.W., Suite 500
Washington, D.C. 20004
T: 202-737-3500/ F: 202-737-3330

Dated: April 26, 2007

*Attorneys for Defendant Diligence Inc.*