# WINSTON & STRAWN LLP

<table>
<tr><td>35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703</td><td>1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817</td><td>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543</td></tr>
<tr><td>43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND</td><td>(202) 282-5000</td><td>200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193</td></tr>
<tr><td>BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH</td><td>FACSIMILE (202) 282-5100<br><br>www.winston.com</td><td>21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE</td></tr>
<tr><td></td><td></td><td>101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894</td></tr>
</table>

ANNE W. STUKES
(202) 282-5856
astukes@winston.com

March 15, 2007

**BY E-MAIL**

Derek J.T. Adler, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

> Re:  **IPOC v. Diligence**
> **Subpoena to Hughes Hubbard & Reed LLP**

Dear Derek:

Thank you for your letter of March 12 and additional production which I received on March 13, 2007. Unfortunately, we still have unresolved issues regarding HHR's production.

1. Blank CD

Of the three (3) CDs enclosed in HHR's latest production, one CD was blank. Please send me a list of the files that HHR intended to produce on the CDs so that we may compare it with what we have received and rectify any omissions.

2. Unredacted Pleadings from *KPMG FAS v. Diligence*

Thank you for agreeing to our inspection and copying of unredacted copies of the *KPMG FAS v. Diligence* pleadings. We would like to copy them tomorrow. Please let me know when and where the pleadings are available for copying. I will happily arrange to send a document vendor to copy the pleadings at no expense to HHR.

3. Designations

It is disappointing that HHR refuses to de-designate documents in which neither HHR nor KPMG have a confidentiality interest. We once again ask HHR to remove confidentiality designations from documents that disclose Diligence and BGR's tortious actions but do not contain or reflect any of KPMG FAS' confidential information gathered or generated in the course of its investigation, including the documents that HHR produced this week. To the

**WINSTON & STRAWN** LLP

Derek J.T. Adler, Esq.
March 15, 2007
Page 2

extent that you have questions about which documents we request confidentiality designations be removed, please see Attachment A to this letter. On this issue, it appears that motion practice involving HHR may be unavoidable if HHR does not elect to de-designate, as Diligence has designated virtually all of the documents that HHR produced.

On HHR 00341-42, and HHR 00344-45, HHR 00610-12, HHR 01867-75 we are asking that HHR reduce the designation from "Attorneys Eyes Only" to "Confidential." For HHR 00425-43 and HHR 00495-506, we are asking HHR to remove any confidentiality designation, but we are open to discussing redaction of home addresses and telephone numbers from these documents. Likewise, we ask for removal of any confidentiality designation, but are open to discussing redaction of addresses from HHR 00621-22, HHR 00714, HHR 01343, HHR 01816-17, HHR 01861, and HHR 03500.

4.    Missing Page

HHR 01836 appears to be missing from the production, and its corresponding Diligence Bates number appears to be DB 03494.

5.    Investigative Material

HHR has not produced documents concerning KPMG FAS's investigation to determine the facts underlying its Complaint against Diligence. Please state whether such documents exist but were withheld, and if the documents were withheld, please provide a privilege log. We also renew our request for an itemization of those items sought in our Subpoena that HHR has not produced and the basis for withholding each such item.

6.    Congressional Subpoena

Finally, as you may be aware, the House Oversight and Government Reform Committee has directed Winston & Strawn to turn over any information and documents in its possession or control relating to the allegations in the February 26, 2007 BusinessWeek article, this lawsuit, and IPOC's case against Alfa Group pending in U.S. District Court for the Southern District of New York. Please be advised that all documents that HHR has produced in this case are responsive to the House Committee's document request. In light of the confidential designations that HHR and Diligence has placed on those documents, IPOC has little choice but to bring this matter before the Court.

Please let me know when you are available for a meet and confer on the confidentiality-designation matters.

Sincerely,

*Anne W. Stukes*

Anne W. Stukes

Derek J.T. Adler, Esq.
March 15, 2007
Page 3

ATTACHMENT A
DOCUMENTS FROM WHICH IPOC REQUESTS DILIGENCE AND HHR TO REMOVE
CONFIDENTIALITY DESIGNATIONS

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 1. | HHR 00001 | HHR 00015 | | | Confidential | Confidential |
| 2. | HHR 00016 | HHR 00044 | | | Confidential | Confidential |
| 3. | HHR 00045 | HHR 00077 | | | Confidential | Confidential |
| 4. | HHR 00078 | HHR 00081 | | | Confidential | Confidential |
| 5. | HHR 00084 | HHR 00084 | | | Confidential | Confidential |
| 6. | HHR 00085 | HHR 00085 | | | Confidential | Confidential |
| 7. | HHR 00087 | HHR 00088 | | | Confidential | Confidential |
| 8. | HHR 00089 | HHR 00089 | | | Confidential | Confidential |
| 9. | HHR 00090 | HHR 00091 | | | Confidential | Confidential |
| 10. | HHR 00093 | HHR 00096 | | | Confidential | Confidential |
| 11. | HHR 00097 | HHR 00098 | | | Confidential | Confidential |
| 12. | HHR 00100 | HHR 00104 | | | Confidential | Confidential |
| 13. | HHR 00105 | HHR 00106 | | | Confidential | Confidential |
| 14. | HHR 00107 | HHR 00107 | | | Confidential | Confidential |
| 15. | HHR 00114 | HHR 00115 | | | Confidential | Confidential |
| 16. | HHR 00339 | HHR 00340 | D 00267 | D 00268 | Confidential | Confidential |
| 17. | HHR 00341 | HHR 00343 | D 00692 | D 00693 | Confidential | AEO[1] |
| 18. | HHR 00344 | HHR 00348 | D 00694 | D 00695 | Confidential | AEO[2] |
| 19. | HHR 00349 | HHR 00350 | D 00293 | D 00294 | Confidential | Confidential |
| 20. | HHR 00351 | HHR 00352 | D 03755 | D 03756 | Confidential | Confidential |
| 21. | HHR 00353 | HHR 00353 | D 00295 | D 00295 | Confidential | Confidential |
| 22. | HHR 00354 | HHR 00357 | D 00551 | D 00651 | Confidential | Confidential |

[1] Please change designation to confidential.
[2] Please change designation to confidential.

Derek J.T. Adler, Esq.
March 15, 2007
Page 4

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|-----|----------|-----------|----------|----------|----------------------|-----------------|
| 23. | HHR 00358 | HHR 00359 | D 00652 | D 00653 | Confidential | Confidential |
| 24. | HHR 00360 | HHR 00361 | D 00654 | D 00655 | Confidential | Confidential |
| 25. | HHR 00362 | HHR 00364 | D 00656 | D 00658 | Confidential | Confidential |
| 26. | HHR 00365 | HHR 00365 | D 00659 | D 00659 | Confidential | Confidential |
| 27. | HHR 00366 | HHR 00366 | D 00660 | D 00660 | Confidential | Confidential |
| 28. | HHR 00367 | HHR 00372 | D 00661 | D 00666 | Confidential | Confidential |
| 29. | HHR 00373 | HHR 00374 | D 00667 | D 00668 | Confidential | Confidential |
| 30. | HHR 00381 | HHR 00381 | D 00675 | D 00675 | Confidential | Confidential |
| 31. | HHR 00385 | HHR 00385 | D 00679 | D 00679 | Confidential | Confidential |
| 32. | HHR 00407 | HHR 00408 | D 00701 | D 00702 | Confidential | Confidential |
| 33. | HHR 00421 | HHR 00424 | D 00715 | D 00718 | Confidential | Confidential |
| 34. | HHR 00425 | HHR 00443 | D 00719 | D 00730 | Confidential | AEO[3] |
| 35. | HHR 00444 | HHR 00455 | D 00731 | D 00742 | Confidential | Confidential |
| 36. | HHR 00456 | HHR 00467 | D 00743 | D 00754 | Confidential | Confidential |
| 37. | HHR 00468 | HHR 00479 | D 00755 | D 00766 | Confidential | Confidential |
| 38. | HHR 00480 | HHR 00491 | D 00767 | D 00778 | Confidential | Confidential |
| 39. | HHR 00492 | HHR 00492 | D 00898 | D 00898 | Confidential | Confidential |
| 40. | HHR 00493 | HHR 00493 | D 01139 | D 01139 | Confidential | Confidential |
| 41. | HHR 00494 | HHR 00494 | D 01140 | D 01140 | Confidential | Confidential |
| 42. | HHR 00494A | HHR 00494A | D 01140 | D 01140 | Confidential | Confidential |
| 43. | HHR 00495 | HHR 00506 | D 01141 | D 01152 | Confidential | AEO[4] |
| 44. | HHR 00507 | HHR 00515 | D 01287 | D 01295 | Confidential | Confidential |
| 45. | HHR 00516 | HHR 00521 | D 01296 | D 01301 | Confidential | Confidential |
| 46. | HHR 00523 | HHR 00528 | D 01303 | D 01308 | Confidential | Confidential |
| 47. | HHR 00540 | HHR 00542 | D 01320 | D 01322 | Confidential | Confidential |
| 48. | HHR 00543 | HHR 00543 | D 01323 | D 01323 | Confidential | Confidential |
| 49. | HHR 00544 | HHR 00544 | D 01324 | D 01324 | Confidential | Confidential |

---

[3] We are amenable to discussing redaction of address and telephone number.
[4] See prior footnote.

Derek J.T. Adler, Esq.
March 15, 2007
Page 5

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 50. | HHR 00558 | HHR 00558 | D 01338 | D 01338 | Confidential | Confidential |
| 51. | HHR 00560 | HHR 00560 | D 01340 | D 01340 | Confidential | Confidential |
| 52. | HHR 00598 | HHR 00609 | D 01594 | D 01605 | Confidential | Confidential |
| 53. | HHR 00610- | HHR 00612 | D 01606 | D 01608 | Confidential | AEO[5] |
| 54. | HHR 00613- | HHR 00614 | D 01609 | D 01610 | Confidential | Confidential |
| 55. | HHR 00620 | HHR 00620 | D 01731 | D 01731 | Confidential | Confidential |
| 56. | HHR 00621 | HHR 00622 | D 02215 (1) | D 02215 (2) | Confidential | AEO |
| 57. | HHR 00623 | HHR 00627 | D 02237 | D 02241 | Confidential | Confidential |
| 58. | HHR 00628 | HHR 00630 | D 02242 | D 02244 | Confidential | Confidential |
| 59. | HHR 00631 | HHR 00634 | D 02245 | D 02248 | Confidential | Confidential |
| 60. | HHR 00635 | HHR 00638 | D 02249 | D 02252 | Confidential | Confidential |
| 61. | HHR 00639 | HHR 00639 | D 02426 | D 02426 | Confidential | Confidential |
| 62. | HHR 00640 | HHR 00643 | D 02427 | D 02562 | Confidential | Confidential |
| 63. | HHR 00644 | HHR 00644 | D 02563 | D 02563 | Confidential | Confidential |
| 64. | HHR 00645 | HHR 00645 | D 02564 | D 02564 | Confidential | Confidential |
| 65. | HHR 00646 | HHR 00646 | D 02565 | D 02565 | Confidential | Confidential |
| 66. | HHR 00647 | HHR 00649 | D 02569 | D 02569 | Confidential | Confidential |
| 67. | HHR 00650 | HHR 00650 | D 02572 | D 02572 | Confidential | Confidential |
| 68. | HHR 00651 | HHR 00653 | D 02574 | D 02576 | Confidential | Confidential |
| 69. | HHR 00654 | HHR 00654 | D 02579 | D 02579 | Confidential | Confidential |
| 70. | HHR 00655 | HHR 00657 | D 02580 | D 02582 | Confidential | Confidential |
| 71. | HHR 00658 | HHR 00658 | D 02586 | D 02586 | Confidential | Confidential |
| 72. | HHR 00659 | HHR 00659 | D 02587 | D 02587 | Confidential | Confidential |
| 73. | HHR 00660 | HHR 00660 | D 02588 | D 02588 | Confidential | Confidential |
| 74. | HHR 00661 | HHR 00662 | D 02589 | D 02590 | Confidential | Confidential |
| 75. | HHR 00663 | HHR 00663 | D 02654 | D 02654 | Confidential | Confidential |
| 76. | HHR 00664 | HHR 00665 | D 02655 | D 02656 | Confidential | Confidential |
| 77. | HHR 00666 | HHR 00667 | D 02657 | D 02658 | Confidential | Confidential |

[5]Please change designation to confidential.

Derek J.T. Adler, Esq.
March 15, 2007
Page 6

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 78. | HHR 00668 | HHR 00674 | D 02659 | D 02666 | Confidential | Confidential |
| 79. | HHR 00675 | HHR 00675 | D 02667 | D 02667 | Confidential | Confidential |
| 80. | HHR 00676 | HHR 00677 | D 02668 | D 02669 | Confidential | Confidential |
| 81. | HHR 00678 | HHR 00678 | D 02670 | D 02670 | Confidential | Confidential |
| 82. | HHR 00679 | HHR 00679 | D 02671 | D 02671 | Confidential | Confidential |
| 83. | HHR 00680 | HHR 00680 | D 02672 | D 02672 | Confidential | Confidential |
| 84. | HHR 00681 | HHR 00681 | D 02673 | D 02673 | Confidential | Confidential |
| 85. | HHR 00682 | HHR 00682 | D 02674 | D 02674 | Confidential | Confidential |
| 86. | HHR 00683 | HHR 00686 | D 02675 | D 02678 | Confidential | Confidential |
| 87. | HHR 00687 | HHR 00687 | D 02679 | D 02679 | Confidential | Confidential |
| 88. | HHR 00688 | HHR 00690 | D 02814 | D 02816 | Confidential | Confidential |
| 89. | HHR 00691 | HHR 00691 | D 02817 | D 02817 | Confidential | Confidential |
| 90. | HHR 00692 | HHR 00694 | D 02818 | D 02820 | Confidential | Confidential |
| 91. | HHR 00695 | HHR 00696 | D 02821 | D 02822 | Confidential | Confidential |
| 92. | HHR 00697 | HHR 00697 | D 02823 | D 02823 | Confidential | Confidential |
| 93. | HHR 00698 | HHR 00701 | D 02824 | D 02827 | Confidential | Confidential |
| 94. | HHR 00702 | HHR 00705 | D 02828 | D 02831 | Confidential | Confidential |
| 95. | HHR 00706 | HHR 00706 | D 02832 | D 02832 | Confidential | Confidential |
| 96. | HHR 00707 | HHR 00708 | D 02833 | D 02834 | Confidential | Confidential |
| 97. | HHR 00709 | HHR 00709 | D 02835 | D 02835 | Confidential | Confidential |
| 98. | HHR 00710 | HHR 00711 | D 02836 | D 02837 | Confidential | Confidential |
| 99. | HHR 00712 | HHR 00712 | D 02840 | D 02840 | Confidential | Confidential |
| 100. | HHR 00713 | HHR 00713 | D 02841 | D 02841 | Confidential | Confidential |
| 101. | HHR 00714 | HHR 00714 | D 02842 | D 02842 | Confidential | AEO |
| 102. | HHR 00715 | HHR 00715 | D 02843 | D 02843 | Confidential | Confidential |
| 103. | HHR 00716 | HHR 00716 | D 02844 | D 02844 | Confidential | Confidential |
| 104. | HHR 00717 | HHR 00718 | D 02845 | D 02845 | Confidential | Confidential |
| 105. | HHR 00719 | HHR 00719 | D 02847 | D 02847 | Confidential | Confidential |
| 106. | HHR 00720 | HHR 00720 | D 02848 | D 02848 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 7

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 107. | HHR 00721 | HHR 00721 | D 02849 | D 02849 | Confidential | Confidential |
| 108. | HHR 00722 | HHR 00722 | D 02850 | D 02850 | Confidential | Confidential |
| 109. | HHR 00723 | HHR 00745 | D 02851 | D 02873 | Confidential | Confidential |
| 110. | HHR 00746 | HHR 00746 | D 02977 | D 02977 | Confidential | Confidential |
| 111. | HHR 00747 | HHR 00748 | D 02978 | D 02978 | Confidential | Confidential |
| 112. | HHR 00749 | HHR 00749 | D 02980 | D 02980 | Confidential | Confidential |
| 113. | HHR 00750 | HHR 00750 | D 02981 | D 02981 | Confidential | Confidential |
| 114. | HHR 00751 | HHR 00751 | D 02982 | D 02982 | Confidential | Confidential |
| 115. | HHR 00752 | HHR 00752 | D 02985 | D 02985 | Confidential | Confidential |
| 116. | HHR 00753 | HHR 00753 | D 02986 | D 02986 | Confidential | Confidential |
| 117. | HHR 00754 | HHR 00754 | D 02987 | D 02987 | Confidential | Confidential |
| 118. | HHR 00755 | HHR 00755 | D 02988 | D 02988 | Confidential | Confidential |
| 119. | HHR 00756 | HHR 00757 | D 02989 | D 02990 | Confidential | Confidential |
| 120. | HHR 00758 | HHR 00758 | D 02991 | D 02991 | Confidential | Confidential |
| 121. | HHR 00759 | HHR 00759 | D 02992 | D 02992 | Confidential | Confidential |
| 122. | HHR 00760 | HHR 00761 | D 02993 | D 02994 | Confidential | Confidential |
| 123. | HHR 00762 | HHR 00762 | D 02995 | D 02995 | Confidential | Confidential |
| 124. | HHR 00763 | HHR 00763 | D 02996 | D 02996 | Confidential | Confidential |
| 125. | HHR 00764 | HHR 00765 | D 02997 | D 02998 | Confidential | Confidential |
| 126. | HHR 00766 | HHR 00767 | D 02999 | D 03000 | Confidential | Confidential |
| 127. | HHR 00768 | HHR 00768 | D 03001 | D 03001 | Confidential | Confidential |
| 128. | HHR 00769 | HHR 00769 | D 03002 | D 03002 | Confidential | Confidential |
| 129. | HHR 00770 | HHR 00770 | D 03003 | D 03003 | Confidential | Confidential |
| 130. | HHR 00771 | HHR 00771 | D 03004 | D 03004 | Confidential | Confidential |
| 131. | HHR 00772 | HHR 00772 | D 03005 | D 03005 | Confidential | Confidential |
| 132. | HHR 00773 | HHR 00773 | D 03006 | D 03006 | Confidential | Confidential |
| 133. | HHR 00774 | HHR 00775 | D 03010 | D 03011 | Confidential | Confidential |
| 134. | HHR 00776 | HHR 00776 | D 03012 | D 03012 | Confidential | Confidential |
| 135. | HHR 00777 | HHR 00779 | D 03013 | D 03015 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 8

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|----|---------|-----------|----------|----------|----------------------|-----------------|
| 136. | HHR 00780 | HHR 00780 | D 03020 | D 03020 | Confidential | Confidential |
| 137. | HHR 00781 | HHR 00781 | D 03021 | D 03021 | Confidential | Confidential |
| 138. | HHR 00782 | HHR 00782 | D 03022 | D 03022 | Confidential | Confidential |
| 139. | HHR 00783 | HHR 00783 | D 03020 | D 03020 | Confidential | Confidential |
| 140. | HHR 00784 | HHR 00784 | D 03025 | D 03025 | Confidential | Confidential |
| 141. | HHR 00785 | HHR 00785 | D 03026 | D 03026 | Confidential | Confidential |
| 142. | HHR 00786 | HHR 00787 | D 03028 | D 03029 | Confidential | Confidential |
| 143. | HHR 00788 | HHR 00788 | D 03030 | D 03030 | Confidential | Confidential |
| 144. | HHR 00789 | HHR 00790 | D 03031 | D 03032 | Confidential | Confidential |
| 145. | HHR 00791 | HHR 00792 | D 03036 | D 03037 | Confidential | Confidential |
| 146. | HHR 00793 | HHR 00793 | D 03038 | D 03038 | Confidential | Confidential |
| 147. | HHR 00794 | HHR 00794 | D 03039 | D 03039 | Confidential | Confidential |
| 148. | HHR 00795 | HHR 00799 | D 03040 | D 03044 | Confidential | Confidential |
| 149. | HHR 00800 | HHR 00800 | D 03045 | D 03045 | Confidential | Confidential |
| 150. | HHR 00801 | HHR 00802 | D 03046 | D 03047 | Confidential | Confidential |
| 151. | HHR 00803 | HHR 00804 | D 03048 | D 03049 | Confidential | Confidential |
| 152. | HHR 00805 | HHR 00805 | D 03050 | D 03050 | Confidential | Confidential |
| 153. | HHR 00806 | HHR 00806 | D 03051 | D 03051 | Confidential | Confidential |
| 154. | HHR 00807 | HHR 00807 | D 03052 | D 03052 | Confidential | Confidential |
| 155. | HHR 00808 | HHR 00808 | D 03053 | D 03053 | Confidential | Confidential |
| 156. | HHR 00809 | HHR 00809 | D 03054 | D 03054 | Confidential | Confidential |
| 157. | HHR 00810 | HHR 00811 | D 03084 | D 03085 | Confidential | Confidential |
| 158. | HHR 00812 | HHR 00812 | D 03086 | D 03086 | Confidential | Confidential |
| 159. | HHR 00813 | HHR 00813 | D 03087 | D 03087 | Confidential | Confidential |
| 160. | HHR 00814 | HHR 00814 | D 03088 | D 03088 | Confidential | Confidential |
| 161. | HHR 00815 | HHR 00815 | D 03090 | D 03090 | Confidential | Confidential |
| 162. | HHR 00816 | HHR 00816 | D 03091 | D 03091 | Confidential | Confidential |
| 163. | HHR 00817 | HHR 00817 | D 03093 | D 03093 | Confidential | Confidential |
| 164. | HHR 00818 | HHR 00818 | D 03094 | D 03094 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 9

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|------|-----------|-----------|----------|----------|----------------------|-----------------|
| 165. | HHR 00819 | HHR 00821 | D 03095 | D 03097 | Confidential | Confidential |
| 166. | HHR 00822 | HHR 00822 | D 03098 | D 03098 | Confidential | Confidential |
| 167. | HHR 00823 | HHR 00823 | D 03099 | D 03099 | Confidential | Confidential |
| 168. | HHR 00824 | HHR 00824 | D 03100 | D 03100 | Confidential | Confidential |
| 169. | HHR 00825 | HHR 00825 | D 03101 | D 03101 | Confidential | Confidential |
| 170. | HHR 00826 | HHR 00826 | D 03103 | D 03103 | Confidential | Confidential |
| 171. | HHR 00827 | HHR 00827 | D 03104 | D 03104 | Confidential | Confidential |
| 172. | HHR 00828 | HHR 00828 | D 03105 | D 03105 | Confidential | Confidential |
| 173. | HHR 00829 | HHR 00829 | D 03106 | D 03106 | Confidential | Confidential |
| 174. | HHR 00830 | HHR 00833 | D 03107 | D 03110 | Confidential | Confidential |
| 175. | HHR 00834 | HHR 00835 | D 03111 | D 03112 | Confidential | Confidential |
| 176. | HHR 00836 | HHR 00836 | D 03113 | D 03113 | Confidential | Confidential |
| 177. | HHR 00837 | HHR 00839 | D 03117 | D 03119 | Confidential | Confidential |
| 178. | HHR 00840 | HHR 00840 | D 03120 | D 03120 | Confidential | Confidential |
| 179. | HHR 00841 | HHR 00842 | D 03121 | D 03122 | Confidential | Confidential |
| 180. | HHR 00843 | HHR 00843 | D 03123 | D 03123 | Confidential | Confidential |
| 181. | HHR 00844 | HHR 00846 | D 03124 | D 03126 | Confidential | Confidential |
| 182. | HHR 00847 | HHR 00849 | D 03127 | D 03129 | Confidential | Confidential |
| 183. | HHR 00850 | HHR 00851 | D 03130 | D 03131 | Confidential | Confidential |
| 184. | HHR 00852 | HHR 00853 | D 03132 | D 03133 | Confidential | Confidential |
| 185. | HHR 00854 | HHR 00854 | D 03134 | D 03134 | Confidential | Confidential |
| 186. | HHR 00855 | HHR 00855 | D 03135 | D 03135 | Confidential | Confidential |
| 187. | HHR 00856 | HHR 00856 | D 03136 | D 03136 | Confidential | Confidential |
| 188. | HHR 00857 | HHR 00858 | D 03137 | D 03138 | Confidential | Confidential |
| 189. | HHR 00859 | HHR 00860 | D 03139 | D 03140 | Confidential | Confidential |
| 190. | HHR 00861 | HHR 00865 | D 03141 | D 03145 | Confidential | Confidential |
| 191. | HHR 00866 | HHR 00867 | D 03146 | D 03147 | Confidential | Confidential |
| 192. | HHR 00868 | HHR 00869 | D 03143 | D 03149 | Confidential | Confidential |
| 193. | HHR 00870 | HHR 00871 | D 03150 | D 03151 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 10

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 194. | HHR 00872 | HHR 00873 | D 03152 | D 03153 | Confidential | Confidential |
| 195. | HHR 00874 | HHR 00875 | D 03154 | D 03155 | Confidential | Confidential |
| 196. | HHR 00876 | HHR 00877 | D 03156 | D 03157 | Confidential | Confidential |
| 197. | HHR 00878 | HHR 00879 | D 03158 | D 03159 | Confidential | Confidential |
| 198. | HHR 00880 | HHR 00881 | D 03160 | D 03161 | Confidential | Confidential |
| 199. | HHR 00882 | HHR 00882 | D 03162 | D 03162 | Confidential | Confidential |
| 200. | HHR 00883 | HHR 00883 | D 03163 | D 03163 | Confidential | Confidential |
| 201. | HHR 00884 | HHR 00885 | D 03164 | D 03165 | Confidential | Confidential |
| 202. | HHR 00886 | HHR 00886 | D 03166 | D 03166 | Confidential | Confidential |
| 203. | HHR 00887 | HHR 00933 | D 03408 | D 03466 | Confidential | Confidential |
| 204. | HHR 00934 | HHR 01098 | D 03499 | DB 02220 | Confidential | Confidential |
| 205. | HHR 01083 | HHR 01097 | DB 01707 | DB 01721 | Confidential | Confidential |
| 206. | HHR 01099 | HHR 01126 | DB 02237 | DB 02264 | Confidential | Confidential |
| 207. | HHR 01104 | HHR 01106 | DB 02242 | DB 02244 | Confidential | Confidential |
| 208. | HHR 01107 | HHR 01110 | DB 02245 | DB 02248 | Confidential | Confidential |
| 209. | HHR 01111 | HHR 01114 | DB 02249 | DB 02252 | Confidential | Confidential |
| 210. | HHR 01115 | HHR 01120 | DB 02253 | DB 02258 | Confidential | Confidential |
| 211. | HHR 01121 | HHR 01123 | DB 02259 | DB 02261 | Confidential | Confidential |
| 212. | HHR 01124 | HHR 01125 | DB 02262 | DB 02263 | Confidential | Confidential |
| 213. | HHR 01126 | HHR 01151 | DB 02264 | DB 02289 | Confidential | Confidential |
| 214. | HHR 01152 | HHR 01154 | DB 02290 | DB 02292 | Confidential | Confidential |
| 215. | HHR 01155 | HHR 01156 | DB 02293 | DB 02294 | Confidential | Confidential |
| 216. | HHR 01157 | HHR 01158 | DB 02295 | DB 02296 | Confidential | Confidential |
| 217. | HHR 01159 | HHR 01159 | DB 02297 | DB 02297 | Confidential | Confidential |
| 218. | HHR 01160 | HHR 01160 | DB 02298 | DB 02298 | Confidential | Confidential |
| 219. | HHR 01161 | HHR 01161 | DB 02299 | DB 02299 | Confidential | Confidential |
| 220. | HHR 01162 | HHR 01162 | DB 02300 | DB 02300 | Confidential | Confidential |
| 221. | HHR 01163 | HHR 01164 | DB 02301 | DB 02302 | Confidential | Confidential |
| 222. | HHR 01165 | HHR 01165 | DB 02303 | DB 02303 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 11

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 223. | HHR 01166 | HHR 01166 | DB 02304 | DB 02304 | Confidential | Confidential |
| 224. | HHR 01167 | HHR 01167 | DB 02305 | DB 02305 | Confidential | Confidential |
| 225. | HHR 01168 | HHR 01168 | DB 02306 | DB 02306 | Confidential | Confidential |
| 226. | HHR 01169 | HHR 01169 | DB 02307 | DB 02307 | Confidential | Confidential |
| 227. | HHR 01170 | HHR 01170 | DB 02308 | DB 02308 | Confidential | Confidential |
| 228. | HHR 01171 | HHR 01171 | DB 02309 | DB 02309 | Confidential | Confidential |
| 229. | HHR 01172 | HHR 01173 | DB 02310 | DB 02311 | Confidential | Confidential |
| 230. | HHR 01174 | HHR 01174 | DB 02312 | DB 02312 | Confidential | Confidential |
| 231. | HHR 01175 | HHR 01176 | DB 02313 | DB 02314 | Confidential | Confidential |
| 232. | HHR 01177 | HHR 01178 | DB 02315 | DB 02316 | Confidential | Confidential |
| 233. | HHR 01179 | HHR 01179 | DB 02317 | DB 02317 | Confidential | Confidential |
| 234. | HHR 01180 | HHR 01180 | DB 02318 | DB 02318 | Confidential | Confidential |
| 235. | HHR 01181 | HHR 01182 | DB 02319 | DB 02320 | Confidential | Confidential |
| 236. | HHR 01183 | HHR 01210 | DB 02321 | DB 02248 | Confidential | Confidential |
| 237. | HHR 01211 | HHR 01213 | DB 02349 | DB 02351 | Confidential | Confidential |
| 238. | HHR 01214 | HHR 01214 | DB 02356 | DB 02356 | Confidential | Confidential |
| 239. | HHR 01215 | HHR 01216 | DB 02357 | DB 02359 | Confidential | Confidential |
| 240. | HHR 01217 | HHR 01217 | DB 02360 | DB 02360 | Confidential | Confidential |
| 241. | HHR 01218 | HHR 01218 | DB 02361 | DB 02361 | Confidential | Confidential |
| 242. | HHR 01219 | HHR 01219 | DB 02364 | DB 02364 | Confidential | Confidential |
| 243. | HHR 01220 | HHR 01220 | DB 02365 | DB 02365 | Confidential | Confidential |
| 244. | HHR 01221 | HHR 01250 | DB 02366 | DB 02288 | Confidential | Confidential |
| 245. | HHR 01251 | HHR 01268 | DB 02289 | DB 02418 | Confidential | Confidential |
| 246. | HHR 01269 | HHR 01269 | DB 02426 | DB 02426 | Confidential | Confidential |
| 247. | HHR 01270 | HHR 01272 | DB 02427 | DB 02563 | Confidential | Confidential |
| 248. | HHR 01273 | HHR 01273 | DB 02564 | DB 02564 | Confidential | Confidential |
| 249. | HHR 01274 | HHR 01274 | DB 02505 | DB 02505 | Confidential | Confidential |
| 250. | HHR 01275 | HHR 01277 | DB 02569 | DB 02571 | Confidential | Confidential |
| 251. | HHR 01278 | HHR 01278 | DB 02572 | DB 02572 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 12

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 252. | HHR 01279 | HHR 01281 | DB 02574 | DB 02576 | Confidential | Confidential |
| 253. | HHR 01282 | HHR 01282 | DB 02579 | DB 02579 | Confidential | Confidential |
| 254. | HHR 01283 | HHR 01285 | DB 02580 | DB 02582 | Confidential | Confidential |
| 255. | HHR 01286 | HHR 01288 | DB 02586 | DB 02588 | Confidential | Confidential |
| 256. | HHR 01289 | HHR 01290 | DB 02589 | DB 02590 | Confidential | Confidential |
| 257. | HHR 01291 | HHR 01291 | DB 02654 | DB 02654 | Confidential | Confidential |
| 258. | HHR 01292 | HHR 01295 | DB 02655 | DB 02658 | Confidential | Confidential |
| 259. | HHR 01296 | HHR 01301 | DB 02659 | DB 02664 | Confidential | Confidential |
| 260. | HHR 01302 | HHR 01302 | DB 02665 | DB 02665 | Confidential | Confidential |
| 261. | HHR 01303 | HHR 01303 | DB 02666 | DB 02666 | Confidential | Confidential |
| 262. | HHR 01304 | HHR 01304 | DB 02667 | DB 02667 | Confidential | Confidential |
| 263. | HHR 01305 | HHR 01306 | DB 02668 | DB 02669 | Confidential | Confidential |
| 264. | HHR 01307 | HHR 01307 | DB 02670 | DB 02670 | Confidential | Confidential |
| 265. | HHR 01308 | HHR 01308 | DB 02671 | DB 02671 | Confidential | Confidential |
| 266. | HHR 01309 | HHR 01309 | DB 02672 | DB 02672 | Confidential | Confidential |
| 267. | HHR 01310 | HHR 01310 | DB 02673 | DB 02673 | Confidential | Confidential |
| 268. | HHR 01311 | HHR 01311 | DB 02674 | DB 02674 | Confidential | Confidential |
| 269. | HHR 01312 | HHR 01315 | DB 02675 | DB 02678 | Confidential | Confidential |
| 270. | HHR 01316 | HHR 01316 | DB 02679 | DB 02679 | Confidential | Confidential |
| 271. | HHR 01317 | HHR 01319 | DB 02814 | DB 02816 | Confidential | Confidential |
| 272. | HHR 01320 | HHR 01320 | DB 02817 | DB 02817 | Confidential | Confidential |
| 273. | HHR 01321 | HHR 01323 | DB 02818 | DB 02820 | Confidential | Confidential |
| 274. | HHR 01324 | HHR 01325 | DB 02821 | DB 02822 | Confidential | Confidential |
| 275. | HHR 01326 | HHR 01326 | DB 02823 | DB 02823 | Confidential | Confidential |
| 276. | HHR 01327 | HHR 01334 | DB 02824 | DB 02831 | Confidential | Confidential |
| 277. | HHR 01335 | HHR 01335 | DB 02832 | DB 02832 | Confidential | Confidential |
| 278. | HHR 01336 | HHR 01337 | DB 02833 | DB 02834 | Confidential | Confidential |
| 279. | HHR 01338 | HHR 01338 | DB 02835 | DB 02835 | Confidential | Confidential |
| 280. | HHR 01339 | HHR 01340 | DB 02836 | DB 02837 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 13

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 281. | HHR 01341 | HHR 01341 | DB 02640 | DB 02640 | Confidential | Confidential |
| 282. | HHR 01342 | HHR 01342 | DB 02641 | DB 02641 | Confidential | Confidential |
| 283. | HHR 01343 | HHR 01343 | DB 02842 | DB 02842 | Confidential | AEO |
| 284. | HHR 01344 | HHR 01344 | DB 02843 | DB 02843 | Confidential | Confidential |
| 285. | HHR 01345 | HHR 01345 | DB 02844 | DB 02844 | Confidential | Confidential |
| 286. | HHR 01346 | HHR 01347 | DB 02845 | DB 02846 | Confidential | Confidential |
| 287. | HHR 01348 | HHR 01348 | DB 02847 | DB 02847 | Confidential | Confidential |
| 288. | HHR 01349 | HHR 01349 | DB 02848 | DB 02848 | Confidential | Confidential |
| 289. | HHR 01350 | HHR 01351 | DB 02849 | DB 02850 | Confidential | Confidential |
| 290. | HHR 01352 | HHR 01374 | DB 02851 | DB 02873 | Confidential | Confidential |
| 291. | HHR 01375 | HHR 01378 | DB 02874 | DB 02877 | Confidential | Confidential |
| 292. | HHR 01379 | HHR 01381 | DB 02885 | DB 02890 | Confidential | Confidential |
| 293. | HHR 01382 | HHR 01382 | DB 02891 | DB 02891 | Confidential | Confidential |
| 294. | HHR 01383 | HHR 01387 | DB 02892 | DB 02896 | Confidential | Confidential |
| 295. | HHR 01388 | HHR 01389 | DB 02897 | DB 02898 | Confidential | Confidential |
| 296. | HHR 01390 | HHR 01390 | DB 02899 | DB 02900 | Confidential | Confidential |
| 297. | HHR 01391 | HHR 01391 | DB 02900 | DB 02900 | Confidential | Confidential |
| 298. | HHR 01392 | HHR 01392 | DB 02913 | DB 02913 | Confidential | Confidential |
| 299. | HHR 01393 | HHR 01395 | DB 02914 | DB 02916 | Confidential | Confidential |
| 300. | HHR 01396 | HHR 01396 | DB 02921 | DB 02921 | Confidential | Confidential |
| 301. | HHR 01397 | HHR 01400 | DB 02922 | DB 02925 | Confidential | Confidential |
| 302. | HHR 01401 | HHR 01404 | DB 02931 | DB 02934 | Confidential | Confidential |
| 303. | HHR 01405 | HHR 01409 | DB 02935 | DB 02939 | Confidential | Confidential |
| 304. | HHR 01410 | HHR 01413 | DB 02940 | DB 02943 | Confidential | Confidential |
| 305. | HHR 01414 | HHR 01414 | DB 02944 | DB 02944 | Confidential | Confidential |
| 306. | HHR 01415 | HHR 01419 | DB 02945 | DB 02949 | Confidential | Confidential |
| 307. | HHR 01420 | HHR 01423 | DB 02950 | DB 02953 | Confidential | Confidential |
| 308. | HHR 01424 | HHR 01425 | DB 02954 | DB 02955 | Confidential | Confidential |
| 309. | HHR 01426 | HHR 01426 | DB 02956 | DB 02956 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 14

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 310. | HHR 01427 | HHR 01428 | DB 02957 | DB 02958 | Confidential | Confidential |
| 311. | HHR 01429 | HHR 01431 | DB 02965 | DB 02967 | Confidential | Confidential |
| 312. | HHR 01432 | HHR 01432 | DB 02972 | DB 02972 | Confidential | Confidential |
| 313. | HHR 01433 | HHR 01436 | DB 02973 | DB 02976 | Confidential | Confidential |
| 314. | HHR 01437 | HHR 01437 | DB 02977 | DB 02977 | Confidential | Confidential |
| 315. | HHR 01438 | HHR 01438 | DB 02978 | DB 02978 | Confidential | Confidential |
| 316. | HHR 01439 | HHR 01439 | DB 02979 | DB 02979 | Confidential | Confidential |
| 317. | HHR 01440 | HHR 01440 | DB 02980 | DB 02980 | Confidential | Confidential |
| 318. | HHR 01441 | HHR 01441 | DB 02981 | DB 02981 | Confidential | Confidential |
| 319. | HHR 01442 | HHR 01442 | DB 02982 | DB 02982 | Confidential | Confidential |
| 320. | HHR 01443 | HHR 01444 | DB 02985 | DB 02986 | Confidential | Confidential |
| 321. | HHR 01445 | HHR 01445 | DB 02987 | DB 02987 | Confidential | Confidential |
| 322. | HHR 01446 | HHR 01446 | DB 02988 | DB 02988 | Confidential | Confidential |
| 323. | HHR 01447 | HHR 01448 | DB 02989 | DB 02990 | Diligence | Confidential |
| 324. | HHR 01449 | HHR 01450 | DB 02991 | DB 02992 | Confidential | Confidential |
| 325. | HHR 01451 | HHR 01454 | DB 02993 | DB 02996 | Confidential | Confidential |
| 326. | HHR 01455 | HHR 01458 | DB 02997 | DB 03000 | Confidential | Confidential |
| 327. | HHR 01459 | HHR 01460 | DB 03001 | DB 03002 | Confidential | Confidential |
| 328. | HHR 01461 | HHR 01461 | DB 03003 | DB 03003 | Confidential | Confidential |
| 329. | HHR 01462 | HHR 01462 | DB 03004 | DB 03004 | Confidential | Confidential |
| 330. | HHR 01463 | HHR 01463 | DB 03005 | DB 03005 | Confidential | Confidential |
| 331. | HHR 01464 | HHR 01464 | DB 03006 | DB 03006 | Confidential | Confidential |
| 332. | HHR 01465 | HHR 01468 | DB 03007 | DB 03009 | Confidential | Confidential |
| 333. | HHR 01469 | HHR 01470 | DB 03010 | DB 03011 | Confidential | Confidential |
| 334. | HHR 01471 | HHR 01471 | DB 03012 | DB 03012 | Confidential | Confidential |
| 335. | HHR 01472 | HHR 01474 | DB 03013 | DB 03015 | Confidential | Confidential |
| 336. | HHR 01475 | HHR 01478 | DB 03016 | DB 03019 | Confidential | Confidential |
| 337. | HHR 01479 | HHR 01479 | DB 03020 | DB 03020 | Confidential | Confidential |
| 338. | HHR 01480 | HHR 01482 | DB 03021 | DB 03023 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 15

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 339. | HHR 01483 | HHR 01483 | DB 03024 | DB 03024 | Confidential | Confidential |
| 340. | HHR 01484 | HHR 01484 | DB 03025 | DB 03025 | Confidential | Confidential |
| 341. | HHR 01485 | HHR 01485 | DB 03026 | DB 03026 | Confidential | Confidential |
| 342. | HHR 01486 | HHR 01486 | DB 03027 | DB 03027 | Confidential | Confidential |
| 343. | HHR 01487 | HHR 01488 | DB 03028 | DB 03029 | Confidential | Confidential |
| 344. | HHR 01489 | HHR 01489 | DB 03030 | DB 03030 | Confidential | Confidential |
| 345. | HHR 01490 | HHR 01491 | DB 03031 | DB 03032 | Confidential | Confidential |
| 346. | HHR 01492 | HHR 01492 | DB 03033 | DB 03033 | Confidential | Confidential |
| 347. | HHR 01493 | HHR 01494 | DB 03034 | DB 03035 | Confidential | Confidential |
| 348. | HHR 01495 | HHR 01496 | DB 03036 | DB 03037 | Confidential | Confidential |
| 349. | HHR 01497 | HHR 01497 | DB 03038 | DB 03038 | Confidential | Confidential |
| 350. | HHR 01498 | HHR 01498 | DB 03039 | DB 03039 | Confidential | Confidential |
| 351. | HHR 01499 | HHR 01503 | DB 03040 | DB 03044 | Confidential | Confidential |
| 352. | HHR 01504 | HHR 01504 | DB 03045 | DB 03045 | Confidential | Confidential |
| 353. | HHR 01505 | HHR 01508 | DB 03046 | DB 03049 | Confidential | Confidential |
| 354. | HHR 01509 | HHR 01509 | DB 03050 | DB 03050 | Confidential | Confidential |
| 355. | HHR 01510 | HHR 01510 | DB 03051 | DB 03051 | Confidential | Confidential |
| 356. | HHR 01511 | HHR 01511 | DB 03052 | DB 03052 | Confidential | Confidential |
| 357. | HHR 01512 | HHR 01512 | DB 03053 | DB 03053 | Confidential | Confidential |
| 358. | HHR 01513 | HHR 01513 | DB 03054 | DB 03054 | Confidential | Confidential |
| 359. | HHR 01513.01 | HHR 01513.01 | DB 03084 | DB 03084 | Confidential | Confidential |
| 360. | HHR 01514 | HHR 01514 | DB 03085 | DB 03085 | Confidential | Confidential |
| 361. | HHR 01515 | HHR 01515 | DB 03086 | DB 03086 | Confidential | Confidential |
| 362. | HHR 01516 | HHR 01516 | DB 03087 | DB 03087 | Confidential | Confidential |
| 363. | HHR 01517 | HHR 01517 | DB 03088 | DB 03088 | Confidential | Confidential |
| 364. | HHR 01518 | HHR 01518 | DB 03089 | DB 03089 | Confidential | Confidential |
| 365. | HHR 01519 | HHR 01519 | DB 03090 | DB 03090 | Confidential | Confidential |
| 366. | HHR 01520 | HHR 01520 | DB 03091 | DB 03091 | Confidential | Confidential |
| 367. | HHR 01521 | HHR 01521 | DB 03093 | DB 03093 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 16

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 368. | HHR 01522 | HHR 01522 | DB 03094 | DB 03094 | Confidential | Confidential |
| 369. | HHR 01523 | HHR 01525 | DB 03095 | DB 03097 | Confidential | Confidential |
| 370. | HHR 01526 | HHR 01526 | DB 03098 | DB 03098 | Confidential | Confidential |
| 371. | HHR 01527 | HHR 01528 | DB 03099 | DB 03100 | Confidential | Confidential |
| 372. | HHR 01529 | HHR 01529 | DB 03101 | DB 03101 | Confidential | Confidential |
| 373. | HHR 01530 | HHR 01531 | DB 03103 | DB 03104 | Confidential | Confidential |
| 374. | HHR 01532 | HHR 01532 | DB 03105 | DB 03105 | Confidential | Confidential |
| 375. | HHR 01533 | HHR 01533 | DB 03106 | DB 03106 | Confidential | Confidential |
| 376. | HHR 01534 | HHR 01535 | DB 03107 | DB 03108 | Confidential | Confidential |
| 377. | HHR 01536 | HHR 01540 | DB 03109 | DB 03113 | Confidential | Confidential |
| 378. | HHR 01541 | HHR 01543 | DB 03117 | DB 03119 | Confidential | Confidential |
| 379. | HHR 01544 | HHR 01544 | DB 03120 | DB 03120 | Confidential | Confidential |
| 380. | HHR 01545 | HHR 01546 | DB 03121 | DB 03122 | Confidential | Confidential |
| 381. | HHR 01547 | HHR 01547 | DB 03123 | DB 03123 | Confidential | Confidential |
| 382. | HHR 01548 | HHR 01559 | DB 03124 | DB 03135 | Confidential | Confidential |
| 383. | HHR 01560 | HHR 01569 | DB 03136 | DB 03145 | Confidential | Confidential |
| 384. | HHR 01570 | HHR 01573 | DB 03146 | DB 03149 | Confidential | Confidential |
| 385. | HHR 01574 | HHR 01575 | DB 03150 | DB 03151 | Confidential | Confidential |
| 386. | HHR 01576 | HHR 01585 | DB 03152 | DB 03161 | Confidential | Confidential |
| 387. | HHR 01586 | HHR 01586 | DB 03162 | DB 03162 | Confidential | Confidential |
| 388. | HHR 01587 | HHR 01587 | DB 03163 | DB 03163 | Confidential | Confidential |
| 389. | HHR 01588 | HHR 01594 | DB 03164 | DB 03170 | Confidential | Confidential |
| 390. | HHR 01595 | HHR 01595 | DB 03178 | DB 03178 | Confidential | Confidential |
| 391. | HHR 01596 | HHR 01597 | DB 03179 | DB 03180 | Confidential | Confidential |
| 392. | HHR 01598 | HHR 01598 | DB 03181 | DB 03181 | Confidential | Confidential |
| 393. | HHR 01599 | HHR 01599 | DB 03183 | DB 03183 | Confidential | Confidential |
| 394. | HHR 01600 | HHR 01601 | DB 03185 | DB 03186 | Confidential | Confidential |
| 395. | HHR 01602 | HHR 01607 | DB 03187 | DB 03192 | Confidential | Confidential |
| 396. | HHR 01608 | HHR 01611 | DB 03193 | DB 03196 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 17

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|------|-----------|-----------|----------|----------|----------------------|-----------------|
| 397. | HHR 01612 | HHR 01615 | DB 03197 | DB 03200 | Confidential | Confidential |
| 398. | HHR 01616 | HHR 01619 | DB 03201 | DB 03204 | Confidential | Confidential |
| 399. | HHR 01620 | HHR 01621 | DB 03205 | DB 03206 | Confidential | Confidential |
| 400. | HHR 01622 | HHR 01629 | DB 03207 | DB 03214 | Confidential | Confidential |
| 401. | HHR 01630 | HHR 01633 | DB 03215 | DB 03218 | Confidential | Confidential |
| 402. | HHR 01634 | HHR 01639 | DB 03219 | DB 03224 | Confidential | Confidential |
| 403. | HHR 01640 | HHR 01645 | DB 03225 | DB 03230 | Confidential | Confidential |
| 404. | HHR 01646 | HHR 01647 | DB 03231 | DB 03232 | Confidential | Confidential |
| 405. | HHR 01648 | HHR 01648 | DB 03233 | DB 03233 | Confidential | Confidential |
| 406. | HHR 01649 | HHR 01651 | DB 03235 | DB 03239 | Confidential | Confidential |
| 407. | HHR 01652 | HHR 01652 | DB 03241 | DB 03241 | Confidential | Confidential |
| 408. | HHR 01653 | HHR 01653 | DB 03242 | DB 03242 | Confidential | Confidential |
| 409. | HHR 01654 | HHR 01654 | DB 03243 | DB 03243 | Confidential | Confidential |
| 410. | HHR 01655 | HHR 01657 | DB 03244 | DB 03246 | Confidential | Confidential |
| 411. | HHR 01658 | HHR 01659 | DB 03249 | DB 03250 | Confidential | Confidential |
| 412. | HHR 01660 | HHR 01661 | DB 03253 | DB 03254 | Confidential | Confidential |
| 413. | HHR 01662 | HHR 01662 | DB 03255 | DB 03255 | Confidential | Confidential |
| 414. | HHR 01663 | HHR 01663 | DB 03256 | DB 03256 | Confidential | Confidential |
| 415. | HHR 01664 | HHR 01664 | DB 03257 | DB 03257 | Confidential | Confidential |
| 416. | HHR 01665 | HHR 01670 | DB 03258 | DB 03263 | Confidential | Confidential |
| 417. | HHR 01671 | HHR 01674 | DB 03268 | DB 03271 | Confidential | Confidential |
| 418. | HHR 01675 | HHR 01675 | DB 03272 | DB 03272 | Confidential | Confidential |
| 419. | HHR 01676 | HHR 01677 | DB 03279 | DB 03280 | Confidential | Confidential |
| 420. | HHR 01678 | HHR 01678 | DB 03284 | DB 03284 | Confidential | Confidential |
| 421. | HHR 01679 | HHR 01679 | DB 03295 | DB 03295 | Confidential | Confidential |
| 422. | HHR 01680 | HHR 01680 | DB 03296 | DB 03296 | Confidential | Confidential |
| 423. | HHR 01681 | HHR 01681 | DB 03297 | DB 03297 | Confidential | Confidential |
| 424. | HHR 01682 | HHR 01682 | DB 03298 | DB 03298 | Confidential | Confidential |
| 425. | HHR 01683 | HHR 01683 | DB 03299 | DB 03299 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 18

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|-----|---------|-----------|----------|----------|----------------------|-----------------|
| 426. | HHR 01684 | HHR 01684 | DB 03300 | DB 03300 | Confidential | Confidential |
| 427. | HHR 01685 | HHR 01685 | DB 03301 | DB 03301 | Confidential | Confidential |
| 428. | HHR 01686 | HHR 01687 | DB 03302 | DB 03303 | Confidential | Confidential |
| 429. | HHR 01688 | HHR 01688 | DB 03304 | DB 03304 | Confidential | Confidential |
| 430. | HHR 01689 | HHR 01690 | DB 03305 | DB 03306 | Confidential | Confidential |
| 431. | HHR 01691 | HHR 01691 | DB 03307 | DB 03307 | Confidential | Confidential |
| 432. | HHR 01692 | HHR 01692 | DB 03309 | DB 03309 | Confidential | Confidential |
| 433. | HHR 01693 | HHR 01693 | DB 03310 | DB 03310 | Confidential | Confidential |
| 434. | HHR 01694 | HHR 01694 | DB 03311 | DB 03311 | Confidential | Confidential |
| 435. | HHR 01695 | HHR 01695 | DB 03316 | DB 03316 | Confidential | Confidential |
| 436. | HHR 01696 | HHR 01696 | DB 03323 | DB 03323 | Confidential | Confidential |
| 437. | HHR 01697 | HHR 01698 | DB 03324 | DB 03325 | Confidential | Confidential |
| 438. | HHR 01699 | HHR 01700 | DB 03326 | DB 03327 | Confidential | Confidential |
| 439. | HHR 01701 | HHR 01702 | DB 03328 | DB 03329 | Confidential | Confidential |
| 440. | HHR 01703 | HHR 01704 | DB 03330 | DB 03331 | Confidential | Confidential |
| 441. | HHR 01705 | HHR 01708 | DB 03333 | DB 03337 | Confidential | Confidential |
| 442. | HHR 01709 | HHR 01722 | DB 03338 | DB 03351 | Confidential | Confidential |
| 443. | HHR 01723 | HHR 01724 | DB 03356 | DB 03357 | Confidential | Confidential |
| 444. | HHR 01725 | HHR 01728 | DB 03358 | DB 03361 | Confidential | Confidential |
| 445. | HHR 01729 | HHR 01729 | DB 03362 | DB 03362 | Confidential | Confidential |
| 446. | HHR 01730 | HHR 01730 | DB 03363 | DB 03363 | Confidential | Confidential |
| 447. | HHR 01731 | HHR 01732 | DB 03366 | DB 03367 | Confidential | Confidential |
| 448. | HHR 01733 | HHR 01734 | DB 03368 | DB 03369 | Confidential | Confidential |
| 449. | HHR 01735 | HHR 01736 | DB 03370 | DB 03371 | Confidential | Confidential |
| 450. | HHR 01737 | HHR 01738 | DB 03372 | DB 03373 | Confidential | Confidential |
| 451. | HHR 01739 | HHR 01740 | DB 03374 | DB 03375 | Confidential | Confidential |
| 452. | HHR 01741 | HHR 01742 | DB 03376 | DB 03377 | Confidential | Confidential |
| 453. | HHR 01743 | HHR 01745 | DB 03378 | DB 03380 | Confidential | Confidential |
| 454. | HHR 01746 | HHR 01747 | DB 03381 | DB 03382 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 19

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 455. | HHR 01748 | HHR 01750 | DB 03384 | DB 03386 | Confidential | Confidential |
| 456. | HHR 01751 | HHR 01752 | DB 03387 | DB 03388 | Confidential | Confidential |
| 457. | HHR 01753 | HHR 01754 | DB 03389 | DB 03390 | Confidential | Confidential |
| 458. | HHR 01755 | HHR 01756 | DB 03391 | DB 03392 | Confidential | Confidential |
| 459. | HHR 01757 | HHR 01758 | DB 03393 | DB 03394 | Confidential | Confidential |
| 460. | HHR 01759 | HHR 01760 | DB 03395 | DB 03396 | Confidential | Confidential |
| 461. | HHR 01761 | HHR 01761 | DB 03398 | DB 03398 | Confidential | Confidential |
| 462. | HHR 01762 | HHR 01762 | DB 03399 | DB 03399 | Confidential | Confidential |
| 463. | HHR 01763 | HHR 01768 | DB 03340 | DB 03405 | Confidential | Confidential |
| 464. | HHR 01769 | HHR 01769 | DB 03408 | DB 03408 | Confidential | Confidential |
| 465. | HHR 01770 | HHR 01770 | DB 03409 | DB 03409 | Confidential | Confidential |
| 466. | HHR 01771 | HHR 01771 | DB 03410 | DB 03410 | Confidential | Confidential |
| 467. | HHR 01772 | HHR 01773 | DB 03411 | DB 03412 | Confidential | Confidential |
| 468. | HHR 01774 | HHR 01775 | DB 03413 | DB 03414 | Confidential | Confidential |
| 469. | HHR 01776 | HHR 01779 | DB 03415 | DB 03418 | Confidential | Confidential |
| 470. | HHR 01780 | HHR 01780 | DB 03419 | DB 03419 | Confidential | Confidential |
| 471. | HHR 01781 | HHR 01782 | DB 03420 | DB 03421 | Confidential | Confidential |
| 472. | HHR 01783 | HHR 01783 | DB 03422 | DB 03422 | Confidential | Confidential |
| 473. | HHR 01784 | HHR 01784 | DB 03429 | DB 03429 | Confidential | Confidential |
| 474. | HHR 01785 | HHR 01785 | DB 03430 | DB 03430 | Confidential | Confidential |
| 475. | HHR 01786 | HHR 01787 | DB 03431 | DB 03432 | Confidential | Confidential |
| 476. | HHR 01788 | HHR 01788 | DB 03434 | DB 03434 | Confidential | Confidential |
| 477. | HHR 01789 | HHR 01789 | DB 03435 | DB 03447 | Confidential | Confidential |
| 478. | HHR 01790 | HHR 01790 | DB 03436 | DB 03436 | Confidential | Confidential |
| 479. | HHR 01791 | HHR 01791 | DB 03437 | DB 03437 | Confidential | Confidential |
| 480. | HHR 01792 | HHR 01792 | DB 03438 | DB 03438 | Confidential | Confidential |
| 481. | HHR 01793 | HHR 01793 | DB 03439 | DB 03439 | Confidential | Confidential |
| 482. | HHR 01794 | HHR 01794 | DB 03440 | DB 03440 | Confidential | Confidential |
| 483. | HHR 01795 | HHR 01795 | DB 03441 | DB 03441 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 20

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 484. | HHR 01796 | HHR 01796 | DB 03442 | DB 03442 | Confidential | Confidential |
| 485. | HHR 01797 | HHR 01799 | DB 03443 | DB 03445 | Confidential | Confidential |
| 486. | HHR 01800 | HHR 01800 | DB 03446 | DB 03446 | Confidential | Confidential |
| 487. | HHR 01801 | HHR 01801 | DB 03447 | DB 03447 | Confidential | Confidential |
| 488. | HHR 01802 | HHR 01802 | DB 03453 | DB 03453 | Confidential | Confidential |
| 489. | HHR 01803 | HHR 01803 | DB 03454 | DB 03454 | Confidential | Confidential |
| 490. | HHR 01804 | HHR 01805 | DB 03455 | DB 03456 | Confidential | Confidential |
| 491. | HHR 01806 | HHR 01807 | DB 03457 | DB 03458 | Confidential | Confidential |
| 492. | HHR 01808 | HHR 01808 | DB 03459 | DB 03459 | Confidential | Confidential |
| 493. | HHR 01809 | HHR 01809 | DB 03460 | DB 03460 | Confidential | Confidential |
| 494. | HHR 01810 | HHR 01810 | DB 03461 | DB 03461 | Confidential | Confidential |
| 495. | HHR 01811 | HHR 01813 | DB 03462 | DB 03464 | Confidential | Confidential |
| 496. | HHR 01814 | HHR 01814 | DB 03465 | DB 03465 | Confidential | Confidential |
| 497. | HHR 01815 | HHR 01815 | DB 03466 | DB 03466 | Confidential | Confidential |
| 498. | HHR 01816[6] | HHR 01816 | DB 03470 | DB 03471 | Confidential | AEO |
| 499. | HHR 01818 | HHR 01822 | DB 03472 | DB 03476 | Confidential | Confidential |
| 500. | HHR 01823 | HHR 01824 | DB 03477 | DB 03478 | Confidential | Confidential |
| 501. | HHR 01825 | HHR 01825 | DB 03481 | DB 03481 | Confidential | Confidential |
| 502. | HHR 01826 | HHR 01826 | DB 03482 | DB 03482 | Confidential | Confidential |
| 503. | HHR 01827 | HHR 01827 | DB 03483 | DB 03483 | Confidential | Confidential |
| 504. | HHR 01828 | HHR 01828 | DB 03484 | DB 03484 | Confidential | Confidential |
| 505. | HHR 01829 | HHR 01830 | DB 03485 | DB 03486 | Confidential | Confidential |
| 506. | HHR 01831 | HHR 01831 | DB 03487 | DB 03487 | Confidential | Confidential |
| 507. | HHR 01832 | HHR 01832 | DB 03488 | DB 03488 | Confidential | Confidential |
| 508. | HHR 01833 | HHR 01833 | DB 03491 | DB 03491 | Confidential | Confidential |
| 509. | HHR 01834 | HHR 01834 | DB 03492 | DB 03492 | Confidential | Confidential |
| 510. | HHR 01835 | HHR 01835 | DB 03493 | DB 03493 | Confidential | Confidential |
| 511. | HHR 01837 | HHR 01840 | DB 03495 | DB 03498 | Confidential | Confidential |

---

[6] We are open to discussing redaction of addresses.

Derek J.T. Adler, Esq.
March 15, 2007
Page 21

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 512. | HHR 01841 | HHR 01856 | DB 03499 | DB 03514 | Confidential | Confidential |
| 513. | HHR 01857 | HHR 01857 | DB 03515 | DB 03515 | Confidential | Confidential |
| 514. | HHR 01858 | HHR 01858 | DB 03516 | DB 03516 | Confidential | Confidential |
| 515. | HHR 01859 | HHR 01859 | DB 03517 | DB 03517 | Confidential | Confidential |
| 516. | HHR 01860 | HHR 01860 | DB 03518 | DB 03518 | Confidential | Confidential |
| 517. | HHR 01861 | HHR 01861 | DB 03519 | DB 03519 | Confidential | AEO |
| 518. | HHR 01863 | HHR 01863 | DB 03521 | DB 03521 | Confidential | Confidential |
| 519. | HHR 01864 | HHR 01865 | DB 03522 | DB 03523 | Confidential | Confidential |
| 520. | HHR 01866 | HHR 01866 | DB 03524 | DB 03524 | Confidential | Confidential |
| 521. | HHR 01867 | HHR 01875 | DB 03526 | DB 03533 | Confidential | AEO[7] |
| 522. | HHR 01876 | HHR 01883 | DB 03542 | DB 03549 | Confidential | Confidential |
| 523. | HHR 01884 | HHR 01900 | DB 03550 | DB 03566 | Confidential | Confidential |
| 524. | HHR 01901 | HHR 01916 | DB 03567 | DB 03582 | Confidential | Confidential |
| 525. | HHR 01917 | HHR 01922 | DB 03583 | DB 03588 | Confidential | Confidential |
| 526. | HHR 01923 | HHR 01923 | DB 03589 | DB 03589 | Confidential | Confidential |
| 527. | HHR 01924 | HHR 01926 | DB 03590 | DB 03592 | Confidential | Confidential |
| 528. | HHR 01927 | HHR 01933 | DB 03761 | DB 03767 | Confidential | Confidential |
| 529. | HHR 01934 | HHR 01935 | DB 03768 | DB 03769 | Confidential | Confidential |
| 530. | HHR 01936 | HHR 01938 | DB 03770 | DB 03772 | Confidential | Confidential |
| 531. | HHR 01939 | HHR 01941 | DB 03773 | DB 03775 | Confidential | Confidential |
| 532. | HHR 01941.01 | HHR 01942 | DB 03780 | DB 03781 | Confidential | Confidential |
| 533. | HHR 01943 | HHR 01943 | DB 03782 | DB 03782 | Confidential | Confidential |
| 534. | HHR 01944 | HHR 01959 | DB 03918 | DB 03933 | Confidential | Confidential |
| 535. | HHR 01960 | HHR 01977 | DB 03934 | DB 03951 | Confidential | Confidential |
| 536. | HHR 01978 | HHR 02001 | DB 03952 | DB 03975 | Confidential | Confidential |
| 537. | HHR 02009 | HHR 02009 | DB 03976 | DB 03996 | Confidential | Confidential |
| 538. | HHR 02023 | HHR 02220 | | | Confidential | Confidential |
| 539. | HHR 02224 | HHR 02226 | D 03521 | D 03523 | Confidential | Confidential |

---

[7] Please change designation to Confidential.

Derek J.T. Adler, Esq.
March 15, 2007
Page 22

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 540. | HHR 02227 | HHR 02227 | D 01287 | D 01287 | Confidential | Confidential |
| 541. | HHR 02228 | HHR 02230 | D 00662 | D 00664 | Confidential | Confidential |
| 542. | HHR 02231 | HHR 02282 | D 01320 | D 01376 | Confidential | Confidential |
| 543. | HHR 02283 | HHR 02284 | P 00021 | P 00003 | Confidential | Confidential |
| 544. | HHR 02285 | HHR 02287 | D 01303 | D 01305 | Confidential | Confidential |
| 545. | HHR 02288 | HHR 02289 | D 01306 | D 01307 | Confidential | Confidential |
| 546. | HHR 02290 | HHR 02302 | D 00715 | D 00730 | Confidential | Confidential |
| 547. | HHR 02303 | HHR 02303 | P 00001 | P 00001 | Confidential | Confidential |
| 548. | HHR 02304 | HHR 02304 | DB 02934 | DB 02934 | Confidential | Confidential |
| 549. | HHR 02305 | HHR 02305 | D 01758 | D 01758 | Confidential | Confidential |
| 550. | HHR 02306 | HHR 02306 | D 02849 | D 02849 | Confidential | Confidential |
| 551. | HHR 02307 | HHR 02307 | DB 03362 | DB 03362 | Confidential | Confidential |
| 552. | HHR 02308 | HHR 02309 | DB 03360 | DB 03361 | Confidential | Confidential |
| 553. | HHR 02310 | HHR 02311 | DB 03201 | DB 03202 | Confidential | Confidential |
| 554. | HHR 02312 | HHR 02314 | DB 03225 | DB 03227 | Confidential | Confidential |
| 555. | HHR 02315 | HHR 02316 | DB 03215 | DB 03216 | Confidential | Confidential |
| 556. | HHR 02317 | HHR 02320 | DB 03211 | DB 03214 | Confidential | Confidential |
| 557. | HHR 02321 | HHR 02321 | D 02840 | D 02840 | Confidential | Confidential |
| 558. | HHR 02322 | HHR 02323 | D 02841 | D 028423 | Confidential | Confidential |
| 559. | HHR 02324 | HHR 02325 | D 02215(1) | D 02215(2) | Confidential | Confidential |
| 560. | HHR 02326 | HHR 02326 | DB 03205 | DB 03205 | Confidential | Confidential |
| 561. | HHR 02326.01 | HHR 02326.04 | P 00012 | P 00011 | Confidential | Confidential |
| 562. | HHR 02326.05 | HHR 02326.06 | DB 03193 | DB 03194 | Confidential | Confidential |
| 563. | HHR 02327 | HHR 02327 | DB 03328 | DB 03328 | Confidential | Confidential |
| 564. | HHR 02328 | HHR 02328 | DB 03323 | DB 03323 | Confidential | Confidential |
| 565. | HHR 02329 | HHR 02329 | DB 03324 | DB 03324 | Confidential | Confidential |
| 566. | HHR 02330 | HHR 02330 | DB 03181 | DB 03181 | Confidential | Confidential |
| 567. | HHR 02331 | HHR 02336 | D 01296 | D 01296 | Confidential | Confidential |
| 568. | HHR 02337 | HHR 02337 | DB 03178 | DB 03178 | Confidential | Confidential |

Derek J.T. Adler, Esq.
March 15, 2007
Page 23

| No | BEGBATE | BATES END | DBATEBEG | DBateEnd | Diligence designation | HHR Designation |
|---|---|---|---|---|---|---|
| 569. | HHR 02338 | HHR 02339 | P 00006 | P 00007 | Confidential | Confidential |
| 570. | HHR 02340 | HHR 02341 | P 00009 | P 00010 | Confidential | Confidential |
| 571. | HHR 02342 | HHR 02343 | DB 03477 | DB 03478 | Confidential | Confidential |
| 572. | HHR 02343.01 | HHR 02343.02 | D 00293 | D 00294 | Confidential | Confidential |
| 573. | HHR 02344 | HHR 02344 | D 02832 | D 02832 | Confidential | Confidential |
| 574. | HHR 02345 | HHR 02345 | DB 03301 | DB 03301 | Confidential | Confidential |
| 575. | HHR 02346 | HHR 02346 | DB 03302 | DB 03302 | Confidential | Confidential |
| 576. | HHR 02347 | HHR 02347 | D 03163 | D 03163 | Confidential | Confidential |
| 577. | HHR 02348 | HHR 02353 | D 03039 | D 03044 | Confidential | Confidential |
| 578. | HHR 02354 | HHR 02356 | D 02818 | D 02820 | Confidential | Confidential |
| 579. | HHR 02357 | HHR 02361 | P 00016 | P 00020 | Confidential | Confidential |
| 580. | HHR 02362 | HHR 02362 | P 00002 | P 00002 | Confidential | Confidential |
| 581. | HHR 02363 | HHR 02364 | D 02677 | D 02678 | Confidential | Confidential |
| 582. | HHR 02365 | HHR 02365 | D 02986 | D 02986 | Confidential | Confidential |
| 583. | HHR 02366 | HHR 02369 | D 02579 | D 02582 | Confidential | Confidential |
| 584. | HHR 03495 | HHR 03599 | | | Confidential | Confidential |
| 585. | HHR 03500 | HHR 03500.01 | D 02215 | no end bates | Confidential | Confidential |