UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) | |
| Defendants. | ) | |

**IPOC INTERNATIONAL GROWTH FUND LIMITED'S MOTION TO COMPEL DEFENDANT DILIGENCE, LLC TO PRODUCE DOCUMENTS IN RESPONSE TO <u>PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

# EXHIBIT A

**From:** M Ross [mailto:mross@aegislawgroup.com]
**Sent:** Friday, October 27, 2006 3:16 PM
**To:** Broas, Timothy
**Cc:** Joffe, Carol; P Rauser (E-mail); David Thompson (E-mail); Anderson, Kimball; Stukes, Anne
**Subject:** RE: IPOC Diligence BGR

Tim:

The dates you propose are fine with Diligence.  As Paul and Carol have previously discussed, a Protective Order of course needs to be in place prior to the parties' respective productions.  To avoid any delays, we will circulate a draft P.O. for your review and comment no later than next Wednesday.

Best regards,

Mike

On Fri, 2006-10-27 at 15:06 -0400, Broas, Timothy wrote:
Mike:  thanks for your response.   We don't want to quibble over a day here or a day there, but we would prefer to have the benefit of the weekend of November 11-12 before we serve our responses.  Please let us know if you would be willing to modify your proposal--ever so slightly--to require plaintiff's responses to be served on Monday, November 13, and Diligence's responses to be served on November 16, 2006.

David, I know you are withdrawing on BGR's behalf, and we have been trying--unsuccessfully--to reach Mr. MacMahon, but we will assume from your pre-withdrawal notice proposal that BGR and IPOC will exchange responses on November 13.

Mike, please let us know today if our modification is acceptable to you and your client.

Thanks.  Tim



-----Original Message-----
**From:** M Ross [mailto:mross@aegislawgroup.com]
**Sent:** Friday, October 27, 2006 2:33 PM
**To:** Broas, Timothy
**Cc:** Joffe, Carol; P Rauser (E-mail); David Thompson (E-mail); Anderson, Kimball; Stukes, Anne
**Subject:** RE: IPOC Diligence BGR

Tim,

Thank you for the email.

Having reviewed the file to ascertain the order of service of discovery, it appears that we served our written discovery (1st set of document requests and 1st set of interrogatories) on IPOC on

July 14, 2006. IPOC, in turn, served its 1st set of document requests on Diligence on July 17, 2006. In light of the timing and order of service of the parties' respective discovery, we are agreeable to the following timetable for discovery exchange between IPOC and Diligence:

IPOC's document production and verified interrogatory responses due 11/10/06 (Friday)

Diligence's document production due 11/13/06 (Monday).

We trust that this will be acceptable to you. Please confirm at your earliest convenience.

As always, please call should you care to discuss.

Best regards,

Mike

On Fri, 2006-10-27 at 12:54 -0400, Broas, Timothy wrote:
```
Paul and Michael:  please let us know your position on this (see Carol's
email below) before COB today, failing which we will file a motion with the
court.  We know BGR's position but would like to have your agreement that
the responses are due on or before November 13, 2006.

Thanks.  Tim


Timothy M. Broas
Winston & Strawn LLP
1700 K St., N.W.
Washington, D.C. 20006-3817
(202) 282-5750 (direct)
(202) 282-5100 (fax)
Email:  tbroas@winston.com

>   -----Original Message-----
> From:       Joffe, Carol
> Sent:   Thursday, October 26, 2006 3:04 PM
> To:   P Rauser (E-mail); M Ross (E-mail); David Thompson (E-mail)
> Cc:   Anderson, Kimball; Broas, Timothy; Stukes, Anne
> Subject:      IPOC Diligence BGR
>
> Gentlemen:
>
> We haven't discussed when the outstanding written discovery between the
parties will be due.  Prior to Cooper & Kirk's withdrawal, BGR asked to agree
on 30 days from the October 13 Magistrate's order.  Shall we agree on that
date?
>
> Carol A. Joffe
> Winston & Strawn LLP
> 1700 K Street, N.W.
> Washington, DC  20006
> (202) 282-5996
> (202) 282-5100 (Fax)
```

```
> cjoffe@winston.com
>
>


The contents of this message may be privileged and confidential. Therefore,
if this message has been received in error, please delete it without reading
it. Your receipt of this message is not intended to waive any applicable
privilege. Please do not disseminate this message without the permission of
the author.
************************************************************************
*
Any tax advice contained in this email was not intended to be used, and
cannot be used, by you (or any other taxpayer) to avoid penalties under the
Internal Revenue Code of 1986, as amended.
```

Michael K. Ross
ægis law group LLP
901 F Street, N.W.
Suite 500
Washington, D.C. 20004
T: 202 737 3373
F: 202 737 3330
E: mross@aegislawgroup.com

NOTICE: This communication from Aegis Law Group LLP may contain information that is legally privileged, confidential, or exempt from disclosure. If you are not the intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please notify the sender immediately by telephone or by return e-mail and delete all copies.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
************************************************************************
*

Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

Michael K. Ross
ægis law group LLP
901 F Street, N.W.
Suite 500
Washington, D.C. 20004
T: 202 737 3373
F: 202 737 3330
E: mross@aegislawgroup.com

NOTICE: This communication from Aegis Law Group LLP may contain information that is legally privileged, confidential, or exempt from disclosure. If you are not the intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please notify the sender immediately by telephone or by return e-mail and delete all copies.