UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) )  Civil Action No. )  1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) |
| **Defendants.** | ) |

## ORDER

In consideration of the motion by IPOC International Growth Fund Ltd. ("IPOC") to Compel Defendant Diligence to Produce Documents in Response to Plaintiff's First Request for the Production of Documents, it is hereby ORDERED that IPOC's Motion to Compel is GRANTED and Diligence is required to produce all documents responsive to Document Request Nos. 8, 11-13, 16-20, 23-30, 32-33, 35-37, 39-44, 47-50, and 54-56 in IPOC's First Set of Requests for Production of Documents within _____ days. Diligence is also directed to pay IPOC's costs incurred in connection with this motion.

Dated:_____    _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Alan Kay
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge