UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) | |
| Defendants. | ) | |

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION PURSUANT
TO PROTECTIVE ORDER TO REMOVE CONFIDENTIALITY DESIGNATIONS**

# EXHIBIT 2

Montvale Documents

| | BATESBEG | BATESEND | DOCDATE | DOCTYPE | HHR DESIGNATION | DILIGENCE DESIGNATION | TITLE |
|---|---|---|---|---|---|---|---|
| 1 | HHR 00078 | HHR 00081 | 11/9/2005 | Declaration | Confidential | Confidential | Declaration of [KPMG London Employee re Montvale Documents] |
| 2 | HHR 00082 | HHR 00082 | 00/00/0000 | Map | none | none | [Map] |
| 3 | HHR 00083 | HHR 00083 | 00/00/0000 | Map | none | none | [Back of Map] |
| 4 | HHR 00084 | HHR 00084 | 5/9/2005 | Email | none | Confidential | Re: Conference |
| 5 | HHR 00085 | HHR 00085 | 00/00/0000 | Report | Confidential | Confidential | Financial Advisory Services Limited |
| 6 | HHR 00086 | HHR 00086 | 4/27/2005 | Website | none | none | Office Locations |
| 7 | HHR 00087 | HHR 00088 | 7/10/2005 | Email | Confidential | Confidential | Project Tasking following meeting with Keith |
| 8 | HHR 00089 | HHR 00089 | 7/10/2005 | Email | none | Confidential | Conference |
| 9 | HHR 00090 | HHR 00091 | 00/00/0000 | Report | Confidential | Confidential | Project Yucca - General Tasks |
| 10 | HHR 00092 | HHR 00092 | 00/00/0000 | Website | none | none | The Broadband Phone Company |
| 11 | HHR 00093 | HHR 00096 | 6/17/2005 | Fascimile | Confidential | Confidential | Revised Synopsis of the Report-comments that you can make |
| 12 | HHR 00097 | HHR 00098 | 00/00/0000 | Notes | none | Confidential | Notes |
| 13 | HHR 00099 | HHR 00099 | 00/00/0000 | Notes | none | none | Skinner/Forrest Interview |
| 14 | HHR 00100 | HHR 00104 | 00/00/0000 | Report | Confidential | Confidential | Project Yucca Tasks and Action Items |
| 15 | HHR 00105 | HHR 00106 | 00/00/0000 | Notes | none | Confidential | Conference Correspondence |
| 16 | HHR 00107 | HHR 00107 | 4/28/2005 | Email | none | Confidential | RE: Conference |
| 17 | HHR 00108 | HHR 00113 | 5/9/2005 | Website | none | none | KPMG Graduate Recruitment Website print-off |
| 18 | HHR 00114 | HHR 00115 | 5/11/2005 | Website | none | Confidential | Enright's personal appointments with limited companies |
| 19 | HHR 00116 | HHR 00207 | 5/16/2005 | Pleading | none | none | Further Particulars of CT-Mobile's Additional Defence |
| 20 | HHR 00208 | HHR 00243 | 5/16/2005 | Pleading | none | none | Further Particulars of CT-Mobile's Additional Defence |
| 21 | HHR 00244 | HHR 00338 | 5/16/2005 | Pleading | none | none | Further Particulars of CT-Mobile's Additional Defence |