UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) | |
| Defendants. | ) | |

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION PURSUANT TO PROTECTIVE ORDER TO REMOVE CONFIDENTIALITY DESIGNATIONS**

# EXHIBIT 3

From: prauser@aegislawgroup.com [mailto:prauser@aegislawgroup.com]
Sent: Tuesday, May 01, 2007 11:49 AM
To: Joffe, Carol
Cc: Michael Ross
Subject: RE: Rescheduling of Teleconference

Carol -

I am out of the office but noted your e-mail below.  You apparently misundertood my remark concerning your motion to remove confidentiality designations.  When you asked if we had anything to talk about concerning that motion, I replied that we did not.  You made your motion after unsuccessful meet-and-confer efforts to resolve the issues.  We believe that the motion is untimely and should be withdrawn, but (assuming you do not agree) there is simply nothing further to discuss at this point.

Best,
Paul

-----Original Message-----
From: "Joffe, Carol" <CJoffe@winston.com>
To: "Michael K. Ross" <mross@aegislawgroup.com>
Cc: "prauser" <prauser@aegislawgroup.com>; "Stukes, Anne" <AStukes@winston.com>
Sent: 5/1/2007 10:41 AM
Subject: RE: Rescheduling of Teleconference


Mike,


I left you a v.m. message last Wednesday but you have not returned the call Paul Rauser, for whom I also left a v.m. did return my call (when we connected after playing several rounds of telephone tag) and I specifically told him that I wanted to discuss our motion to remove the designations.  He advised me that I would need to speak to you regarding all discovery issues but that you would be out of the office until today.  That afternoon, you and Anne set-up a telephone call for 11:30 am today.


We are available for the telephone call at 11:30 am today but cannot force you to attend.  We also are willing to move the call to this afternoon.  We suggest 3 pm but are amenable to other times this afternoon.  However, if you refuse to talk at either 11:30 or anytime today, we will inform the

[truncated by sender]