### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) | |
| Defendants. | ) | |

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION PURSUANT TO PROTECTIVE ORDER TO REMOVE CONFIDENTIALITY DESIGNATIONS**

# EXHIBIT 4

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (202) 282-5100<br><br>www.winston.com | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| | | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

CAROL A. JOFFE
(202) 282-5996
cjoffe@winston.com

March 28, 2007

**Hand Delivery and Email**
Michael K. Ross, Esq.
Aegis Law Group LLP
901 F Street, N.W., Suite 500
Washington, DC 20004

> Re:  *IPOC International Growth Fund Limited v.*
> *Diligence, LLC, et al.;* Civil Action No 1:06CV01109 (PLF)(AK)

Dear Mike:

Your letter dated today, by which Diligence designates as "Confidential Subject to Protective Order" ("Confidential Designation") each and every document and disk in the Supplemental HHR Production, was received by facsimile this morning.

Pursuant to Paragraph 17 of the Protective Order, IPOC hereby requests that Diligence remove the Confidential Designation from each of the documents in the Supplemental HHR Production. The documents are identified by the following Bate ranges:

1.    HHR03500-HHR03500.01

2.    HHR00620

3.    HHR01083-01126

4.    HHR03495-HHR03499

5.    HHR03500 and HHR03501 (two DVD computer disks)

Additionally, enclosed please find one DVD, numbered HHR03502, received from HHR as a replacement for one of the two prior disks produced by HHR that was blank. Pursuant to Paragraph 17 of the Protective Order, we hereby request that you remove any Confidential Designation from this replacement disk numbered HHR0502 as well.

WINSTON & STRAWN LLP

Michael K. Ross, Esq.
March 28, 2007
Page 2

If you fail or refuse to remove the Confidentiality Designation from any one or more of the documents or disks identified in this letter, please provide us with a written statement of the reasons for your refusal to remove each such designation as required by the Protective Order. Protective Order, ¶17 (the designating party "shall state the reasons for this refusal [to remove the designation].") Your statement of reasons should include the basis for each designation pursuant to Federal Rule of Civil Procedure 26 (c).

If you fail or refuse to remove any one or more of the Confidential Designations as requested in this letter, then we propose to meet and confer on April 4 at 4:00 or 5:00 pm or April 5 at 10:00 or 10:30 a.m.

Sincerely,

Carol A. Joffe

CAJ: tdd
cc: Edward B. MacMahon, Jr., Esq.
        (with enclosure by overnight delivery)