UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DILIGENCE, LLC, et. al <br><br> Defendants. | Civil Action No. <br> 1:06CV01109 (PLF) (AK) |

**IPOC'S REPLY TO NON-PARTY HUGHES HUBBARD & REED LLP'S OPPOSITION TO IPOC'S MOTION PURSUANT TO PROTECTIVE ORDER TO <u>REMOVE CONFIDENTIALITY DESIGNATIONS</u>**

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>    Plaintiff,<br>v.<br><br>DILIGENCE, LLC, et. al<br><br>    Defendants. | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that a Sealed Attachment was filed in paper format with the Court. This document is not available for public viewing.

May 11, 2007

OF COUNSEL:
W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700
wdobie@winston.com
kanderson@winston.com

IPOC INTERNATIONAL GROWTH FUND LIMITED

/s/ Carol A. Joffe
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com