UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>        Plaintiff,<br><br>        v.<br><br>DILIGENCE, LLC, et al.,<br><br>        Defendants. | Civil Action No. 06-1109 (PLF) |

## ORDER

This matter is before the Court on (1) Defendant Barbour Griffith & Rogers LLC's Motion for Reconsideration of Magistrate Judge's Ruling Denying Motion to Stay Written Discovery; (2) IPOC International Growth Fund Limited's Motion for Reconsideration of the Magistrate Judge's Ruling on Motions for Protective Order; and (3) Defendants' Motion for an Order to Show Cause Why a Stay Should Not Issue Pending Resolution of the Involuntary Winding-Up Petition Filed Against Plaintiff by the Government of Bermuda. Upon consideration of the parties' arguments and the record in this case, it is hereby

ORDERED that Defendant Barbour Griffith & Rogers LLC's Motion for Reconsideration of Magistrate Judge's Ruling Denying Motion to Stay Written Discovery [47] is DENIED; it is

FURTHER ORDERED that IPOC International Growth Fund Limited's Motion for Reconsideration of the Magistrate Judge's Ruling on Motions for Protective Order [91] is DENIED; and it is

FURTHER ORDERED that Defendants' Amended Motion for an Order to Show Cause Why a Stay Should Not Issue Pending Resolution of the Involuntary Winding-Up Petition Filed Against Plaintiff by the Government of Bermuda [95] is DENIED without prejudice.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 15, 2007