UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>        Plaintiff,<br>v.<br><br>DILIGENCE, LLC, et. al<br><br>        Defendants. | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

## NOTICE OF FILING UNDER SEAL

Please take notice that on May 15, 2007, Plaintiff IPOC International Growth Fund Limited's Emergency Motion For Partial Expedited Consideration Of Fully Briefed Motion To Remove Confidentiality Designations From Documents Related To Defendants' Conspiracy To Corrupt Officials And Proceedings In The British Virgin Islands And Bermuda, With Exhibits 1 and 2, was filed under seal with the Clerk of the Court.

May 15, 2007

OF COUNSEL:
W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700
wdobie@winston.com
kanderson@winston.com

IPOC INTERNATIONAL GROWTH FUND
LIMITED

/s/ Carol A. Joffe
_____
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

## CERTIFICATE OF SERVICE

     I hereby certify that on May 15, 2007, a copy of the foregoing Notice of Filing Under Seal, was served electronically via the Court's electronic filing system, on:

>Michael Ross
>Paul C. Rauser
>Oliver Garcia
>Aegis Law Group LLP
>901 F. Street, N.W., Suite 500
>Washington, DC 20004
>*Counsel for Defendant Diligence LLC*
>
>Edward B. MacMahon, Jr.
>P.O. Box 903
>107 East Washington Street
>Middleburg, VA 20118
>*Counsel for Defendant Barbour Griffith & Rogers LLC*
>
>Charles D. Reed
>Scott H. Christensen
>Hughes, Hubbard & Reed LLP
>1775 I Street, N.W.
>Washington, D.C. 20006
>*Counsel for Non-Party KPMG Financial Advisory Services, Ltd.*

                                             /s/ Carol A. Joffe