UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) ) | |
| Defendants. | ) | |

### PLAINTIFF'S NOTICE REGARDING FILING OF REDACTED MATERIAL

Please take notice that attached hereto as Exhibit 1 is a *redacted* version, for the public court file, of Plaintiff IPOC International Growth Fund Limited's Reply to Diligence's Opposition to IPOC's Motion to Compel Diligence to Produce Documents in Response to Plaintiff's First Request for Production of Documents (Docket # 135).

On May 29, 2007, a Sealed *unredacted* version of this pleading was filed in paper format under seal with the Clerk of the Court. The unredacted document is not available for public viewing.

May 29, 2007

OF COUNSEL:
W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700
wdobie@winston.com
kanderson@winston.com

IPOC INTERNATIONAL GROWTH FUND
LIMITED

/s/ Carol A. Joffe
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I caused the foregoing Notice Regarding Filing of Redacted Material to be served, via the Court's electronic filing system, upon the following:

Michael Ross
Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant Diligence LLC*

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA  20118
*Counsel for Defendant Barbour Griffith & Rogers LLC*

Charles D. Reed
Scott H. Christensen
Hughes Hubbard and Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
*Counsel for Non-Party Subpoena Recipient Hughes, Hubbard & Reed LLP*

___/s/_____
Carol A. Joffe