**FILED UNDER SEAL PURSUANT TO COURT ORDER**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DILIGENCE, LLC, et. al )<br>)<br>Defendants. ) | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION TO COMPEL DILIGENCE TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**EXHIBIT A**

## Joffe, Carol

| | |
|---|---|
| **From:** | Joffe, Carol |
| **Sent:** | Thursday, October 26, 2006 3:04 PM |
| **To:** | P Rauser (E-mail); M Ross (E-mail); David Thompson (E-mail) |
| **Cc:** | Anderson, Kimball; Broas, Timothy; Stukes, Anne |
| **Subject:** | IPOC Diligence BGR |

Gentlemen:

We haven't discussed when the outstanding written discovery between the parties will be due. Prior to Cooper & Kirk's withdrawal, BGR asked to agree on 30 days from the October 13 Magistrate's order. Shall we agree on that date?

Carol A. Joffe
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5996
(202) 282-5100 (Fax)
cjoffe@winston.com