UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DILIGENCE, LLC, et. al )<br>)<br>Defendants. ) | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION TO COMPEL DILIGENCE TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**EXHIBIT B**

Joffe, Carol

| | |
|---|---|
| From: | Broas, Timothy |
| Sent: | Friday, October 27, 2006 12:54 PM |
| To: | Joffe, Carol; 'P Rauser (E-mail)'; 'M Ross (E-mail)'; 'David Thompson (E-mail)' |
| Cc: | Anderson, Kimball; Stukes, Anne |
| Subject: | RE: IPOC Diligence BGR |

Paul and Michael: please let us know your position on this (see Carol's email below) before COB today, failing which we will file a motion with the court. We know BGR's position but would like to have your agreement that the responses are due on or before November 13, 2006.

Thanks. Tim


**Timothy M. Broas**
**Winston & Strawn LLP**
**1700 K St., N.W.**
**Washington, D.C. 20006-3817**
**(202) 282-5750 (direct)**
**(202) 282-5100 (fax)**
**Email: tbroas@winston.com**

-----Original Message-----
| | |
|---|---|
| From: | Joffe, Carol |
| Sent: | Thursday, October 26, 2006 3:04 PM |
| To: | P Rauser (E-mail); M Ross (E-mail); David Thompson (E-mail) |
| Cc: | Anderson, Kimball; Broas, Timothy; Stukes, Anne |
| Subject: | IPOC Diligence BGR |

Gentlemen:

We haven't discussed when the outstanding written discovery between the parties will be due. Prior to Cooper & Kirk's withdrawal, BGR asked to agree on 30 days from the October 13 Magistrate's order. Shall we agree on that date?

Carol A. Joffe
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5996
(202) 282-5100 (Fax)
cjoffe@winston.com

1