UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IPOC INTERNATIONAL GROWTH FUND        )
LIMITED,                              )
                                      )
            Plaintiff,                )
v.                                    )        Civil Action No.
                                      )        1:06CV01109 (PLF) (AK)
DILIGENCE, LLC, et. al                )
                                      )
            Defendants.               )

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION TO COMPEL
DILIGENCE TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS**

**EXHIBIT C**

## Joffe, Carol

| | |
|---|---|
| **From:** | M Ross [mross@aegislawgroup.com] |
| **Sent:** | Friday, October 27, 2006 2:33 PM |
| **To:** | Broas, Timothy |
| **Cc:** | Joffe, Carol; P Rauser (E-mail); David Thompson (E-mail); Anderson, Kimball; Stukes, Anne |
| **Subject:** | RE: IPOC Diligence BGR |

Tim,

Thank you for the email.

Having reviewed the file to ascertain the order of service of discovery, it appears that we served our written discovery (1st set of document requests and 1st set of interrogatories) on IPOC on July 14, 2006. IPOC, in turn, served its 1st set of document requests on Diligence on July 17, 2006. In light of the timing and order of service of the parties' respective discovery, we are agreeable to the following timetable for discovery exchange between IPOC and Diligence:

IPOC's document production and verified interrogatory responses due 11/10/06 (Friday)

Diligence's document production due 11/13/06 (Monday).

We trust that this will be acceptable to you. Please confirm at your earliest convenience.

As always, please call should you care to discuss.

Best regards,

Mike

On Fri, 2006-10-27 at 12:54 -0400, Broas, Timothy wrote:

> Paul and Michael: please let us know your position on this (see Carol's email
>
> Thanks. Tim
>
>
> Timothy M. Broas
> Winston & Strawn LLP
> 1700 K St., N.W.
> Washington, D.C. 20006-3817
> (202) 282-5750 (direct)
> (202) 282-5100 (fax)
> Email: tbroas@winston.com
>
> -----Original Message-----
> From:        Joffe, Carol
> Sent: Thursday, October 26, 2006 3:04 PM
> To:    P Rauser (E-mail); M Ross (E-mail); David Thompson (E-mail)
> Cc:    Anderson, Kimball; Broas, Timothy; Stukes, Anne
> Subject:        IPOC Diligence BGR
>

5/25/2007

```
> Gentlemen:
>
> We haven't discussed when the outstanding written discovery between the parti
>
> Carol A. Joffe
> Winston & Strawn LLP
> 1700 K Street, N.W.
> Washington, DC  20006
> (202) 282-5996
> (202) 282-5100 (Fax)
> cjoffe@winston.com
>
>


The contents of this message may be privileged and confidential. Therefore, if
*****************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot
```

Michael K. Ross
ægis law group LLP
901 F Street, N.W.
Suite 500
Washington, D.C. 20004
T: 202 737 3373
F: 202 737 3330
E: mross@aegislawgroup.com

NOTICE: This communication from Aegis Law Group LLP may contain information that is legally privileged, confidential, or exempt from disclosure. If you are not the intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please notify the sender immediately by telephone or by return e-mail and delete all copies.

5/25/2007