UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DILIGENCE, LLC, et. al )<br>)<br>Defendants. ) | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION TO COMPEL DILIGENCE TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**EXHIBIT D**

## Joffe, Carol

**From:** Broas, Timothy
**Sent:** Friday, October 27, 2006 3:06 PM
**To:** 'M Ross'
**Cc:** Joffe, Carol; P Rauser (E-mail); David Thompson (E-mail); Anderson, Kimball; Stukes, Anne
**Subject:** RE: IPOC Diligence BGR

Mike: thanks for your response. We don't want to quibble over a day here or a day there, but we would prefer to have the benefit of the weekend of November 11-12 before we serve our responses. Please let us know if you would be willing to modify your proposal--ever so slightly--to require plaintiff's responses to be served on Monday, November 13, and Diligence's responses to be served on November 16, 2006.

David, I know you are withdrawing on BGR's behalf, and we have been trying--unsuccessfully-- to reach Mr. MacMahon, but we will assume from your pre-withdrawal notice proposal that BGR and IPOC will exchange responses on November 13.

Mike, please let us know today if our modification is acceptable to you and your client.

Thanks. Tim


-----Original Message-----
**From:** M Ross [mailto:mross@aegislawgroup.com]
**Sent:** Friday, October 27, 2006 2:33 PM
**To:** Broas, Timothy
**Cc:** Joffe, Carol; P Rauser (E-mail); David Thompson (E-mail); Anderson, Kimball; Stukes, Anne
**Subject:** RE: IPOC Diligence BGR

>   Tim,
>
>   Thank you for the email.
>
>   Having reviewed the file to ascertain the order of service of discovery, it appears that we served our written discovery (1st set of document requests and 1st set of interrogatories) on IPOC on July 14, 2006. IPOC, in turn, served its 1st set of document requests on Diligence on July 17, 2006. In light of the timing and order of service of the parties' respective discovery, we are agreeable to the following timetable for discovery exchange between IPOC and Diligence:
>
>   IPOC's document production and verified interrogatory responses due 11/10/06 (Friday)
>
>   Diligence's document production due 11/13/06 (Monday).
>
>   We trust that this will be acceptable to you. Please confirm at your earliest convenience.
>
>   As always, please call should you care to discuss.

5/16/2007

Best regards,

Mike

On Fri, 2006-10-27 at 12:54 -0400, Broas, Timothy wrote:

>       Paul and Michael:  please let us know your position on this (see Carol's e
>
>       Thanks.  Tim
>
>
>       Timothy M. Broas
>       Winston & Strawn LLP
>       1700 K St., N.W.
>       Washington, D.C. 20006-3817
>       (202) 282-5750 (direct)
>       (202) 282-5100 (fax)
>       Email:  tbroas@winston.com
>
>       -----Original Message-----
>       From:        Joffe, Carol
>       Sent: Thursday, October 26, 2006 3:04 PM
>       To:   P Rauser (E-mail); M Ross (E-mail); David Thompson (E-mail)
>       Cc:   Anderson, Kimball; Broas, Timothy; Stukes, Anne
>       Subject:     IPOC Diligence BGR
>
>       Gentlemen:
>
>       We haven't discussed when the outstanding written discovery between the
>
>       Carol A. Joffe
>       Winston & Strawn LLP
>       1700 K Street, N.W.
>       Washington, DC  20006
>       (202) 282-5996
>       (202) 282-5100 (Fax)
>       cjoffe@winston.com
>
>
>       The contents of this message may be privileged and confidential. Therefore
>       ****************************************************************
>       Any tax advice contained in this email was not intended to be used, and ca

Michael K. Ross
ægis law group LLP
901 F Street, N.W.
Suite 500
Washington, D.C. 20004
T: 202 737 3373
F: 202 737 3330
E: mross@aegislawgroup.com

NOTICE: This communication from Aegis Law Group LLP may contain information that is legally privileged, confide or exempt from disclosure. If you are not the intended recipient, please note that any disclosure, copying, distribution, of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, pleas notify the sender immediately by telephone or by return e-mail and delete all copies.

5/16/2007