UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, ) ) ) Plaintiff, ) ) v. ) ) DILIGENCE, LLC, et. al ) ) Defendants. ) | Civil Action No. 1:06CV01109 (PLF) (AK) |

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION TO COMPEL DILIGENCE TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**EXHIBIT F**

# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

CAROL A. JOFFE
(202) 282-5996
cjoffe@winston.com

February 22, 2007

**VIA EMAIL AND FIRST CLASS MAIL**

Michael Ross, Esq.
Paul C. Rauser, Esq.
Aegis Law Group LLP
901 F Street, N.W.
Suite 500
Washington, DC 20004

Edward B. MacMahon, Jr., Esq.
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118

      Re:   *IPOC International Growth Fund Limited v. Diligence, LLC, et al.*
             Civil Action No 1:06CV01109 (PLF)(AK)

Gentlemen:

     In your respective responses to IPOC's First Requests for Production of Documents, both Diligence and BGR promised to produce responsive documents. The stay on written discovery was lifted on October 13, 2006, but to date neither Diligence nor BGR have produced any documents to IPOC. Please provide us with copies of your respective document productions or advise by close of business today a time and place when we may inspect and copy your responsive documents.

     We note that a substantial number of the documents produced by Hughes, Hubbard and Reed LLP on February 13, 2007 were produced by Diligence in *KPMG v. Diligence* in heavily redacted form. Please send us Diligence's privilege log itemizing all documents that were withheld or produced to KPMG in redacted form on a claim of privilege or work product. In addition, virtually all documents on which Diligence bates numbers are stamped are designated confidential, notwithstanding that most, if not all, of the documents contain public information or other material that is not entitled to protection under Rule 26.

WINSTON & STRAWN LLP

Michael Ross, Esq.
Paul C. Rauser, Esq.
Edward B. MacMahon, Jr., Esq.
February 22, 2007
Page 2

    Please also be advised that in this case, we expect Diligence and BGR to produce documents that have not been redacted for any reason other than a good faith claim of privilege or attorney work product and which are accompanied by a privilege log as required. We also expect that designation of documents as "confidential" or "attorneys' eyes only" will be limited to documents that are entitled to such protection under Rule 26.

    We look forward to hearing from you by the close of business today.

Sincerely,

Carol A. Joffe

CAJ:tdd
Enclosures

DC:501154.3