UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DILIGENCE, LLC, et. al )<br>)<br>Defendants. ) | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION TO COMPEL DILIGENCE TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**EXHIBIT H**

## Joffe, Carol

**From:** Michael K. Ross [mross@aegislawgroup.com]
**Sent:** Tuesday, March 27, 2007 4:15 PM
**To:** Joffe, Carol
**Cc:** prauser
**Subject:** Meet-and-Confer Request

Carol,

Thank you for your voice mail message requesting a meet-and-confer regarding Diligence's objections, served almost four weeks ago on March 1, 2007, to IPOC's First Set of Interrogatories to Diligence and IPOC's First Set of Requests for Admissions.

I am unavailable tomorrow but am free any time on Thursday to discuss our objections with you by telephone or in person. Just let me know what time works for you and I will mark it on my calendar.

During the meet-and-confer, we also want to discuss IPOC's failure to produce any Initial Disclosure materials even though it is the plaintiff in this action and has the burden of proof. You will recall that your Initial Disclosures were due July 28, 2006--almost eight (8) months ago.

Best regards,

Mike

Michael K. Ross
ægis law group LLP
901 F Street, N.W.
Suite 500
Washington, D.C. 20004
T: 202 737 3373
F: 202 737 3330
E: mross@aegislawgroup.com

NOTICE: This communication from Aegis Law Group LLP may contain information that is legally privi
-mail and delete all copies.

5/16/2007