UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) ) | |
| Defendants. | ) | |

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION TO COMPEL DILIGENCE TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**EXHIBIT I**

----- Original Message -----
From: "Carol Joffe" <CJoffe@winston.com>
To: mross@aegislawgroup.com
Cc: "Anne Stukes" <AStukes@winston.com>
Sent: Tuesday, March 27, 2007 4:35:41 PM (GMT-0500) America/New_York
Subject: IPOC - motion to compel

Mike --

I have attempted to set up a brief meet and confer today regarding Diligence's failure to provide any substantive response whatsoever to IPOC's interrogatories 1-4 or requests for admission 1-4. Instead of returning my call you emailed me seeking to set-up a different call on Thursday to pursue your own agenda. It is inappropriate for you to link my reasonable request for a meet and confer to your own request for a different conference call on Thursday.

The meet and confer will take only a few minutes of your time. Diligence did not provide any substantive response to any of IPOC's interrogatories or requests for admissions. We believe all Diligence's objections are inappropriate and that Diligence msut respond to each interrogatory and request for admission.

Please let me know today if you intend to provide a full and complete substantive response to each of our interrogatories and requests for admission or stand merely stand on your objections previously served.

I will continue to be available all afternoon at 202-282-5996.

Best regards,

Carol A. Joffe
Winston & Strawn LLP
1700 K Street, NW
Washington, D.C. 20006
(202) 282-5996
cjoffe@winston.com

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
****************************************************************

5/16/2007