UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) ) | |
| Defendants. | ) | |

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION TO COMPEL DILIGENCE TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**EXHIBIT J**

**Joffe, Carol**

| | |
|---|---|
| **From:** | Michael K. Ross [mross@aegislawgroup.com] |
| **Sent:** | Tuesday, March 27, 2007 4:47 PM |
| **To:** | Joffe, Carol |
| **Cc:** | Stukes, Anne |
| **Subject:** | Re: IPOC - motion to compel |

Carol,

Thank you for the follow-up email. I am actually on a call as I write but I wanted to get back to you as soon as possible. Because I was on vacation last week my schedule is hectic for the remainder of the day today and tomorrow as well. Given that you waited four weeks after we served our objections to contact us to set up a meet and confer, it simply is not reasonable for you to refuse to wait a mere two additional days to meet-and-confer but instead demand a meet-and-confer the same afternoon. I must also point out that although you suggest the meet-and-confer will take just a few minutes, you will recall that our meet-and-confer teleconferences last November on the terms of the Protective Order lasted well over an hour -- and, in one instance, over 90 minutes. I am not as sanguine as you that we can discuss and resolve our extensive objections to what we view as improperly drafted discovery requests in just a few minutes.

Given that Judge Kay has specifically admonished the parties to communicate as much as possible so as to minimize the number of discovery disputes brought before the Court, we believe it is especially important that the parties devote ample time to meet-and-confers.

Lastly, contrary to your suggestion, there is nothing improper about Diligence raising during the same meet-and-confer the issue of IPOC's persistent failure to produce its Initial Disclosures, despite Defendants having raised this issue well over a dozen times in letters to you and in pleadings filed with the Court. IPOC has simply failed to articulate any reason for its failure to comply with Rule 26(a) even though it is the plaintiff in this action and has the burden of proof.

Again, if you will let me know what time works best for you on Thursday, I will reserve as much time as needed on my calendar for us to fully discuss all of these issues. In the meantime, should IPOC precipitously file a motion to compel, we will move to strike it for failure to comply with this Court's meet-and-confer obligations. I trust you will avoid burdening the Court with such unnecessary motions practice.

Best regards,

Mike

Michael K. Ross
ægis law group LLP
901 F Street, N.W.
Suite 500
Washington, D.C. 20004
T: 202 737 3373
F: 202 737 3330
E: mross@aegislawgroup.com


5/16/2007