UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br><br>          Plaintiff, )<br>v. )<br> )<br>DILIGENCE, LLC, et. al )<br> )<br>          Defendants. ) | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION TO COMPEL DILIGENCE TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**EXHIBIT K**

# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

CAROL A. JOFFE
(202) 282-5996
cjoffe@winston.com

March 27, 2007

**VIA EMAIL AND FIRST CLASS MAIL**
Michael Ross, Esq.
Paul C. Rauser, Esq.
Aegis Law Group LLP
901 F Street, N.W., Suite 500
Washington, DC 20004

Edward B. MacMahon, Jr., Esq.
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118

    Re:    *IPOC International Growth Fund Limited v. Diligence, LLC, et al.*
            Civil Action No 1:06CV01109 (PLF)(AK)

Gentlemen:

    Enclosed is a copy of Plaintiff's Rule 26(a)(1) Initial Disclosures. Although no scheduling order has been entered setting a date for the parties to exchange initial disclosures, IPOC serves these Initial Disclosures to respond to your repeated charges that IPOC is delinquent for not providing them. We note that neither Diligence nor BGR have served their initial disclosures. Indeed, Diligence has simply refused to respond substantively to any of IPOC's interrogatories or requests for admissions.

    We are serving these in with the good faith belief that both Diligence and BGR will serve their 26(a) disclosures without delay.

                                          Sincerely,

                                          Carol A. Joffe

CAJ:tdd

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DILIGENCE, LLC, and BARBOUR GRIFFITH & ROGERS, LLC, <br><br> Defendants. | Civil Action No. <br> 1:06CV01109 (PLF) (AK) |

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

IPOC International Growth Fund Limited ("IPOC"), by and through its counsel, hereby makes its Rule 26(a)(1) initial disclosures as follows:

(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**DISCLOSURE:** IPOC discloses the following individuals:

1. Malcolm Morrison, Michael Butterfield, Lee Griffin and Guy Enright, current and/or former employees of KPMG Financial Advisory Services ("KPMG FAS"), addresses and telephone number unknown c/o KPMG Financial Advisory Services, Bermuda, 4 Par-la-Ville Road, Hamilton HM 08, Bermuda, contact through the law firm Hughes, Hubbard & Reed, LLP, have knowledge of the factual allegations of the Complaint related to the actions of Diligence, BGR, Alfa, LVFG, KPMG FAS, the confidentiality of the KPMG FAS investigation, the theft of confidential information, the amount paid by IPOC to KPMG FAS in connection with the investigation and the facts underlying the lawsuit captioned *KPMG Financial Advisory Services v. Diligence*, filed in the U.S. District Court for the District of Columbia.

2. Ed Rogers and Andrew Asher, contact information known by BGR and Diligence, have knowledge of the factual allegations related to the actions of Diligence, BGR, Alfa, LVFG, KPMG FAS, the amounts paid to BGR and Diligence in connection with Project Yucca and the facts underlying the lawsuit captioned *KPMG Financial Advisory Services v. Diligence*, filed in the U.S. District Court for the District of Columbia.

3. Keith Schuette, contact information unknown, has knowledge of the factual allegations related to the actions of Diligence, BGR, Alfa, LVFG, KPMG FAS, the amounts paid to BGR and Diligence in connection with Project Yucca and the facts underlying the lawsuit captioned *KPMG Financial Advisory Services v. Diligence*, filed in the U.S. District Court for the District of Columbia.

4. Richard Burt, Nada Biore, Ian Caswell, Nick Day, Gretchen King, Snezana Petreska, Brian Smith, Glenn Ware, contact information known by Diligence, can be reached c/o Diligence, have knowledge of the factual allegations of the Complaint concerning the actions of Diligence, BGR, Alfa, LVFG, KPMG FAS, the amounts paid to Diligence in connection with Project Yucca and the facts underlying the lawsuit captioned *KPMG Financial Advisory Services v. Diligence*, filed in the U.S. District Court for the District of Columbia.

5. Igor Alexeev, address and telephone number unknown, has knowledge of the factual allegations of the Complaint related to the alleged actions of Diligence, BGR, Alfa, LVFG, KPMG and the amounts paid to Diligence in connection with Project Yucca.

6. Yuri Koshkin, David Marchant and Norton Rose (lawyers for the KPMG Inspectors), contact information known to BGR and/or Diligence, have knowledge related to the stolen information and the disclosure of the stolen information.

7. Alex Plavsic, KPMG London, has knowledge of the factual allegations of the Complaint related to the actions of Diligence, BGR, Alfa, LVFG and KPMG FAS, and KPMG's investigation of the actions of BGR and Diligence.

8. IPOC International Growth Fund, Ltd., has knowledge of IPOC's damages, the agreement with KPMG FAS regarding the confidentiality of interviews and documents provided to KPMG FAS, IPOC's expectancies that (a) the Zurich arbitration in which it sought to enforce its rights would be conducted without malicious interference and would not be tainted by improper or illegal activities calculated to corrupt the Zurich arbitration for the benefit of IPOC's litigation adversaries; (b) the Investigation would be conducted in a evenhanded and impartial manner and in accord with the requirements imposed upon KPMG FAS in its position as investigator; (c) the materials and information provided by IPOC to KPMG FAS would be held in strict confidence, used solely in connection with the Investigation and would not be utilized to further the interests of IPOC's litigation adversaries; and (d) IPOC's charter would not be attacked by improper or illegal means, including bribery, fraud and deception.

(B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**DISCLOSURE**: IPOC states that it is presently aware of the following categories of documents upon which it may rely to support its claims:

2

1. The following categories of documents are believed to be in the possession, custody or control of Diligence, BGR, HHR, KPMG, KPMG London, KPMG FAS, Aegis Law Group LLP and the sealed Court files in the United States District Court for the District of Columbia in *KPMG Financial Advisory Services, Inc. v. Diligence*.
    a. Documents related to plans made by Diligence and/or BGR in connection with Project Yucca;
    b. Documents related to payments made or received by Diligence and/or BGR for work performed in connection with Project Yucca;
    c. Documents related to the infiltration of KPMG FAS by Diligence;
    d. Documents related to the theft of documents and information from KPMG FAS by Diligence and BGR;
    e. Documents related to the impersonation of government agents by Diligence;
    f. Documents related to investigations of the illegal and tortious actions of Diligence and BGR as alleged in the Complaint;
    g. Documents related to the identity and relevant conduct of Diligence's client for Project Yucca;
2. Documents related to the amounts received by KPMG FAS for its conduct of the investigation of IPOC for the Bermuda Minister of Finance are in the possession, custody and control of KPMG FAS and HHR.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**DISCLOSURE**: IPOC's damages claim includes the amount paid to KPMG FAS by IPOC for the Investigation. IPOC will produce documents sufficient to identify the amount of these payments; disgorgement of the amounts paid to Defendants Diligence and/or BGR to conduct the tortious activities alleged in the Complaint and costs of investigation of the Computer Fraud and Abuse Act violations. IPOC is at this time unaware of the total amounts earned by Defendants for committing torts against IPOC; Discovery is continuing and IPOC will supplement this response as additional information becomes available to it through discovery to BGR, Diligence and third parties.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**DISCLOSURE**: Not applicable.

Respectfully submitted,

IPOC INTERNATIONAL GROWTH FUND LIMITED

OF COUNSEL:

W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700
wdobie@winston.com
kanderson@winston.com

/s/ Carl A. Joffe

Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

*Attorneys for IPOC International Growth Fund Limited*

4

## Certificate of Service

I hereby certify that on this 27th day of March, 2007, a true copy of the foregoing Plaintiff's Rule 26(a)(1) Initial Disclosures was mailed first-class mail, postage prepaid, and transmitted by e-mail to each of the following:

Michael Ross
Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant Diligence LLC*

    and

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
*Counsel for Defendant Barbour Griffith & Rogers LLC*

_____
Carol A. Joffe