UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>) <br>       Plaintiff,       )<br>v.                             )<br>                                )<br>DILIGENCE, LLC, et. al          )<br>                                )<br>       Defendants.              ) | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

**IPOC'S REPLY TO DILIGENCE'S OPPOSITION TO IPOC'S MOTION TO COMPEL DILIGENCE TO PRODUCE DOCUMENTS IN RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**EXHIBIT M**

## WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703<br><br>43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND<br><br>BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817<br><br>(202) 282-5000<br><br>FACSIMILE (202) 282-5100<br><br>www.winston.com | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543<br><br>200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193<br><br>21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE<br><br>101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

CAROL A. JOFFE
(202) 282-5996
cjoffe@winston.com

April 23, 2007

**HAND DELIVERY**

Michael K. Ross, Esquire
Aegis Law Group LLP
901 F Street, N.W.
Suite 500
Washington, DC 20004

**VIA FEDERAL EXPRESS**

Edward B. MacMahon, Jr., Esquire
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118

      Re:   *IPOC International Growth Fund Limited v.*
             *Diligence, LLC, et al.*
             Civil Action No 1:06CV01109 (PLF)(AK)

Gentlemen:

      Enclosed please find one copy of each of the following:

      1.   IPOC's Supplemental Objections and Responses to BGR's First Set of Interrogatories;

      2.   IPOC's documents produced in response to Diligence's First Document Requests and BGR's First Document Requests (and in accord with the Court's Memorandum order issued April 6 2007). These documents have been labeled with Bates stamps IPOC 000001 - 000304;

      Please note that a limited number of IPOC's documents have been marked confidential pursuant to Bermuda law and Protective Order in accordance with the "Strictly Private and Confidential" notation made on the document by KPMG Financial Advisory Services during its

WINSTON & STRAWN LLP

Michael K. Ross, Esq.
Edward B. MacMahon, Jr., Esq.
April 23, 2007
Page 2

investigation. However, any substantive information regarding the investigation has been redacted.

  We have not received a document production from either Diligence or BGR although both have stated that documents will be produced. Please forward your respective document productions to us forthwith.

            Sincerely,

            Carol A. Joffe

CAJ:tdd
Enclosures

DC:511415.1