UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>       Plaintiff,<br>v.<br><br>DILIGENCE, LLC, et. al<br><br>       Defendants. | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

## ORDER

Upon consideration of IPOC International Growth Fund Limited's ("IPOC") Motion to Compel Diligence to Produce Documents in Response to Plaintiff's First Request for Production of Documents (the "Motion") and it appearing that IPOC's First Request for Production of Documents ("IPOC's First RFP") was duly served upon Diligence on July 17, 2006, that the stay on written discovery was lifted on October 13, 2006, that Diligence served its response to IPOC's First RFP ("Diligence's Response") on November 16, 2006 and that Diligence's Response stated that it would produce documents, the Court finds that Diligence has failed and refused to produce documents as required by Rule 34, it is therefore this ____ day of June, 2007,

ORDERED that IPOC's Motion to Compel Diligence to Produce Documents in Response to Plaintiff's First Request for Production of Documents is hereby granted; and it is further

ORDERED that within three days of entry of this order Diligence shall produce to IPOC all documents responsive to Plaintiff's First Request for Production of Documents, and it is further

ORDERED that Diligence shall pay to IPOC the costs incurred in connection with this Motion, including reasonable attorney's fees, within 30 days after IPOC files its statement of fees and expenses incurred in connection with this Motion.

Dated: _____

                                                                                          Alan Kay
                                                                                          United States Magistrate Judge

Copies to:

                 Timothy M. Broas
                 Carol A. Joffe
                 Anne W. Stukes
                 WINSTON & STRAWN LLP
                 1700 K Street, N.W.
                 Washington, D.C. 20006
                 (202) 282-5000
                 (202) 282-5100 (FAX)
                 *Attorneys for Plaintiff IPOC International Growth Fund Limited*

                 Michael Ross
                 Paul C. Rauser
                 Oliver Garcia
                 Aegis Law Group LLP
                 901 F. Street, N.W., Suite 500
                 Washington, DC 20004
                 *Counsel for Defendant Diligence LLC*

                 Edward B. MacMahon, Jr.
                 P.O. Box 903
                 107 East Washington Street
                 Middleburg, VA 20118
                 *Counsel for Defendant Barbour Griffith & Rogers LLC*

                 Charles D. Reed
                 Scott H. Christensen
                 Hughes Hubbard and Reed LLP
                 1775 I Street, N.W.
                 Washington, D.C. 20006-2401
                 *Counsel for Non-Party Subpoena Recipient Hughes, Hubbard & Reed LLP*