UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>Plaintiff,<br>v.<br><br>DILIGENCE, LLC, et. al<br><br>Defendants. | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

## ORDER

In consideration of Diligence Inc.'s Motion to Compel IPOC to Produce Documents (Docket #134), the Opposition thereto, and any hearing thereon, it is hereby

ORDERED that the Motion is DENIED.


Dated:_____           _____
                                         ALAN KAY
                                         United States Magistrate Judge