UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>      Plaintiff,<br><br>  v.<br><br>DILIGENCE LLC, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.:<br>) 1:06CV01109(PLF)(AK)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

  Pursuant to Local Civil Rule 83.2(d), Charles D. Reed, a member in good standing of the bar of this Court, hereby moves the admission of Derek J.T. Adler to represent non-party subpoena recipient Hughes Hubbard & Reed LLP in this matter. The parties have conferred and this motion is not opposed. It is accompanied by a proposed order.

  Permission for this motion should be granted based upon the grounds set forth below and in the accompanying Declaration of Derek J.T. Adler:

  1.  Derek J.T. Adler is an attorney practicing with the law firm of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York, 10004.

  2.  Charles D. Reed is an attorney with Hughes Hubbard & Reed LLP, 1775 I Street, N.W., Washington, D.C. 20006. Mr. Reed is actively associated with Mr. Adler in the above-captioned action.

  3.  Mr. Adler is a member in good standing of the bar of New York. Mr. Adler has been admitted to practice before the United States Court of Appeals for the District of Columbia

Circuit and the United States District Courts for the Southern, Eastern, and Northern Districts of New York.  Mr. Adler has appeared *pro hac vice* before this Court once within the preceding two years in the related matter of *KPMG Financial Advisory Services Limited, et al. v. Diligence LLC*, Civil Action No.: 05-2204(PLF).

4. Mr. Adler has not been previously subjected to discipline in any jurisdiction and there are no disciplinary proceedings pending against Mr. Adler.

5. Mr. Adler does not engage in the practice of law from an office located within the District of Columbia, and he is neither a member of the District of Columbia Bar nor does he have an application for membership to that bar pending.

For the foregoing reasons, Charles D. Reed respectfully requests that this Motion be granted.

Dated: District of Columbia
       June 4, 2007

HUGHES HUBBARD & REED LLP

By:   /s/ Charles D. Reed
      Charles D. Reed
      D.C. Bar No. 490833
      1775 I Street, N.W.
      Washington, D.C.  20006-2401
      Tel: 202-721-4600
      Fax: 202-721-4646

      Counsel for Subpoena Recipient
      Hughes Hubbard & Reed LLP