# ORDER

IT IS HEREBY ORDERED counsel's motion for the admission *pro hac vice* of Derek J.T. Adler is granted.

Dated: _____           _____
                                    United States District Court Judge

cc:   Charles D. Reed
      Hughes Hubbard & Reed LLP
      1775 I Street, N.W.
      Washington, DC 20006
      *Counsel for Subpoena Recipient Hughes Hubbard & Reed LLP*

      Timothy M. Broas
      Carol A. Joffe
      Anne W. Stukes
      Winston & Strawn LLP
      1700 K Street, N.W.
      Washington, DC 20006
      *Counsel for Plaintiff IPOC International Growth Fund Limited*

      Michael Ross
      Paul C. Rauser
      Oliver Garcia
      Aegis Law Group LLP
      901 F. Street, N.W., Suite 500
      Washington, DC 20004
      *Counsel for Defendant Diligence LLC*

      Edward B. MacMahon, Jr.
      P.O. Box 903
      107 East Washington Street
      Middleburg, VA 20118
      *Counsel for Defendant Barbour Griffith & Rogers LLC*