## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DILIGENCE LLC, et al., <br><br> Defendants. | Civil Action No.: <br> 1:06CV01109(PLF)(AK) |

## <u>DECLARATION OF DEREK J.T. ADLER</u>

I, Derek J.T. Adler, declare and certify as follows:

1.      I am a partner at the law firm of Hughes Hubbard & Reed LLP, which has been served with a subpoena in this action, and am representing the firm with respect to that subpoena. I respectfully submit this declaration, pursuant to Local Civil Rule 83.2(d), in support of the Motion for Admission *Pro Hac Vice*, filed contemporaneously herewith.  I make this declaration based upon my own personal knowledge and if called as a witness could testify competently to the facts stated herein.

2.      My office address is Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004.  My office telephone number is (212) 837-6000.

3.      The courts to which I have been admitted to practice are: the United States Court of Appeals for the District of Columbia Circuit, the United States District Courts for the Southern, Eastern, and Northern Districts of New York, and the Supreme Court of the State of

New York, Appellate Division, Second Judicial Department.  I am a member in good standing to practice before each of the courts listed above.

5.      I have not been subjected to any discipline by any bar of any jurisdiction.

6.      I have appeared *pro hac vice* before this Court once within the preceding two years, in the related matter of *KPMG Financial Advisory Services Limited, et al. v. Diligence LLC*, Civil Action No.: 05-2204(PLF).

7.      I do not engage in the practice of law from an office located within the District of Columbia, and I am neither a member of the District of Columbia Bar nor to I have an application for membership to that bar pending.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at New York, New York, on May 31, 2007.


Derek J.T. Adler
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York   10004
Tel: (212) 837-6000

DC Adler IPOC pro hac (2).DOC