UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DILIGENCE, LLC, and BARBOUR GRIFFITH & ROGERS, LLC, | ) ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| Defendants. | ) ) | |

## IPOC INTERNATIONAL GROWTH FUND LIMITED'S NOTICE REGARDING FILING OF REDACTED MATERIAL

Please take notice that attached hereto as Exhibit 1 is a *redacted* version, for the public court file, of Plaintiff IPOC International Growth Fund Limited's Motion to Compel Defendant Barbour Griffith & Rogers to Produce Unredacted Documents.

On July 6, 2007, a Sealed *unredacted* version of this pleading will be filed in paper format under seal with the clerk of the court. The unredacted document will not available for public viewing.

July 6, 2007

OF COUNSEL:
W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700
wdobie@winston.com
kanderson@winston.com

IPOC INTERNATIONAL GROWTH FUND LIMITED

/s/ Carol A. Joffe
_____
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2007, a true copy of the foregoing Notice Regarding Filing of Redacted Material to be served, via the court's electronic filing system, upon the following:

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA  20118
*Counsel for Defendant Barbour Griffith & Rogers LLC*

Michael Ross
Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant Diligence LLC*


_____/s/_____
Carol A. Joffe