UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DILIGENCE, LLC, et. al | ) ) |
| Defendants. | ) ) |

Civil Action No.
1:06CV01109 (PLF) (AK)

**IPOC INTERNATIONAL GROWTH FUND LIMITED'S MOTION TO COMPEL BARBOUR GRIFFITH & ROGERS TO PRODUCE UNREDACTED DOCUMENTS**

**EXHIBIT A**

**FILED UNDER SEAL**