UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, et. al | ) ) ) | |
| Defendants. | ) | |

**IPOC INTERNATIONAL GROWTH FUND LIMITED'S MOTION TO COMPEL BARBOUR GRIFFITH & ROGERS TO PRODUCE UNREDACTED DOCUMENTS**

**EXHIBIT C**

**FILED UNDER SEAL**