UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, </br></br>             Plaintiff, </br>v. </br></br>DILIGENCE, LLC, et. al </br></br>             Defendants. | )))))))))) </br></br> Civil Action No. </br> 1:06CV01109 (PLF) (AK) |

## ORDER

Upon consideration of IPOC International Growth Fund Limited's Motion to Compel Barbour, Griffith & Rogers to Produce Unredacted Documents, it is hereby ORDERED that IPOC's Motion to Compel is GRANTED and BGR is required to produce unredacted hard copies of BGR 00330, BGR 00332, BGR 00333 and BGR 00334 within five (5) days of entry of this order. BGR is also directed to pay IPOC's costs incurred in connection with this motion.

Dated:_____          _____
                                                                                    Alan Kay
                                                                                    United States Magistrate Judge