IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil No. 06-1109 (PLF)/(AK) |
| DILIGENCE, LLC, et al. | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT BARBOUR GRIFFITH & ROGERS LLC'S OPPOSITION TO
IPOC'S MOTION TO COMPEL BARBOUR, GRIFFITH & ROGERS LLC
TO PRODUCE UNREDACTED DOCUMENTS**

# EXHIBIT A

**Global Technology Forum**
business strategies for the digital age

**Economist Intelligence Unit**  The Economist

## Russia telecoms: Disputed stake pits an oligarch against a Putin ally

21 Jul 2006

FROM FINANCIAL TIMES

By Stephen Fidler in London, and Arkady Ostrovsky and Neil Buckley in Moscow

Venue: a suite in London's Ritz Hotel. Time: 8.11pm on September 6 2004. On one side is a Danish lawyer called Jeffrey Galmond, by his account a self-made man who owns stakes estimated to be worth more than $1bn in Russian businesses; on the other James Hatt, a British former telecommunications executive.

Mr Hatt seats his guest so that he faces a hidden camera, which records their 142-minute conversation about one of Russia's most notorious business disputes. The two light cigarettes. They have plenty to talk about. The pair worked together on telecommunications projects in St Petersburg in the 1990s.

From those beginnings, Mr Galmond claims to have built up a significant investment in Russian telecoms held through companies linked to the Bermuda-based Ipoc International Growth Fund.

As they get down to business, it becomes clear that Mr Galmond is at the centre of a bitter battle with Mikhail Fridman, chairman of Alfa Group and one of the few oligarchs of the Boris Yeltsin years still doing business under President Vladimir Putin.

Their conversation and its subject matter cast light on the robust tactics still being used in Russian business - a sometimes murky world of offshore bank accounts, secretive trusts and private investigators. They also raise questions about why Mr Fridman, almost alone among the 1990s oligarchs, has escaped the wrath of Mr Putin's Kremlin.

Most of his peers have been pushed out of the country or jailed after failing to heed Mr Putin's 2000 edict to stick to business and stay out of politics. But Mr Fridman has prospered. He is a principal shareholder in TNK-BP, the Anglo-Russian oil joint venture; Alfa is an important force in Russian banking and is creating the country's biggest supermarket chain. In telecoms it holds a 33 per cent stake in Vimpelcom, the second largest mobile phone company.

In this dispute - over a 25 per cent stake in MegaFon, the third-ranking mobile phone operator and valued as a company at more than $5bn - his group is raising allegations against a minister with close ties to Mr Putin. The wrangle has also spawned a series of lawsuits, arbitration proceedings and official investigations that have extended way beyond Russia's borders.

At its heart are two agreements, dating to 2001, in which Ipoc took out options to buy the MegaFon stake from Leonid Rozhetskin, a Russian businessman. Ipoc says it was illegally thwarted in its attempt to exercise these options. Mr Rozhetskin then sold the same shares to Mr Fridman in 2003 and has said he signed the options agreements at uneconomic terms under duress.

As Ipoc started arbitration proceedings to claim the shares, Mr Fridman set private detectives to work, hiring Kroll, the corporate investigative agency, to look into Ipoc's affairs. Alfa has since placed evidence before courts that it maintains support its claims that Ipoc is used for money laundering - and that Mr Galmond is not the real owner of Ipoc. The true owner of Ipoc and its telecoms properties is, it says, Leonid Reiman, Russia's telecommunications minister since November 1999.

Mr Reiman is well-connected. He and Mr Putin go back to St Petersburg, where both worked in the 1990s. Mr

Reiman was one of the first Mr Putin took to Moscow when he became prime minister in 1999. Though Mr Reiman was then only deputy general-director of the Petersburg Telephone Network, Mr Putin made him head of the State Committee for Telecommunications. A few months later it became a ministry and he a minister.

Through his spokesman, Mr Reiman repeats his consistent denial of Alfa's claims: "I never owned any shares or any other assets in Ipoc. I was never a direct or indirect owner of the shares in this fund." Mr Galmond echoes this: "Reiman does not hold any shares, directly or indirectly, or trustee arrangements or God knows what other arrangements in Ipoc."

Among the evidence Alfa has used to support its claims is the transcript of the video-taped conversation in the Ritz Hotel now in its hands. The transcript was submitted in evidence last year to the UK's Privy Council, the final appeals court for the British Virgin Islands where one aspect of the case was being tried.

Mr Hatt was from 1994 until about 2000 chief executive of a company that held a big stake in a St Petersburg telephone enterprise. He and Mr Galmond spent a lot of time together. Now, according to what he says on the video-tape, these connections to Mr Galmond and others mean he has information that would interest official investigators and private detectives. "I've never been so popular," he says.

Mr Hatt, who says he is training as a psychotherapist in the US, states eventually that he wants a deal. Leaving little doubt he is referring to Mr Reiman, he asks: "So my question to Uncle Leonid is very simple: do you want me to take Alfa's money?"

To which Mr Galmond replies: "No, I simply, we don't. Neither Leonid nor I want you to take Alfa's money. No." He says Mr Hatt will be compensated "dollar for dollar" but that he needs "a facilitator" so that it can be done.

Earlier, Mr Hatt had asked whether Mr Reiman had wanted a settlement with Alfa. Mr Galmond responded with a host of references to former oligarchs who have suffered diverging fates in the Putin years (see below).

"He doesn't want fucking Alfa in MegaFon. That's it. And if Fridman doesn't understand the music he should have a word with Mr Khodorkovsky, and he should have a word with Mr Potanin and he should have a word with some of the other guys sitting outside Russia. One who owns a football club and another who is sitting in Marbella enjoying the sun, not coming back to Russia and another one sitting here in London playing the political clown. Fridman and Potanin are the last two oligarchs in place and if they don't understand the music, then they will have to face the music. They don't want Alfa in MegaFon."

Eighteen months later, Mr Galmond is talking to two reporters in his office just off Moscow's elegant Boulevard Ring. A second world war machine gun is displayed in the foyer and outside stand two bodyguards with earpieces.

Like many rich people in Russia, Mr Galmond pays a security company to look after him. "I have six bodyguards altogether. One goes with me in my car," he says, "and there is another car with four or five guys driving behind me all the time".

He recalls the 2004 meeting with Mr Hatt, whom he has known since January 1995, in front of a hotel in London's Albemarle Street that was being renovated. "He told me, 'We have to go to speak somewhere quiet'. I suggested a café but he said no, we'll go to the Ritz Hotel, where he had booked a suite.

"On the way he was massaging this whole subject of compensation and claims etc. It was rather unpleasant. But when we came into the room, he became very nice. He asked me if I spoke to Mr Leonid. I was playing along because I wanted to know what Kroll was up to."

Mr Galmond says he did not know he was being taped. But he adds that, with a microphone hidden in a watchstrap, he made a secret tape himself of a meeting with Mr Hatt and his lawyer at the nearby Baglioni Hotel a day later. There they discussed a "consultancy agreement" to buy Mr Hatt's co-operation.

Mr Galmond says his comments at the Ritz about Mr Reiman referred to the minister's views as a regulator rather than as a participant in the industry. He neither spoke on behalf of Mr Reiman nor discussed the conversation with him, he adds. "It is common knowledge in Russia that there should be competition in telecoms and there are three main competitors. And I think that is what the regulator wants and that is common knowledge. This is Reiman's view."

On June 3 2005, Mr Galmond says he met Mr Fridman in Moscow, where the Alfa chief offered a settlement. But Mr Galmond says he responded: "Give me back my [MegaFon] shares first and then we can talk. I can't negotiate with a gun against my head." A few days later, according to Mr Galmond, Alfa reported a series of money laundering allegations to German investigators.

For its part, Ipoc has sought injunctions in the Bahamas and the British Virgin Islands to stop Alfa disposing of the shares: neither effort was successful, the attempt in the BVI failing on appeal at the Privy Council.

Ipoc is under investigation in Bermuda, where the finance ministry in March 2004 appointed Malcolm Butterfield and Michael Morrison of KPMG Financial Advisory Services to investigate the affairs of Ipoc and 11 associated entities - including the source of its funds. A draft of the report is being shown to those cited before it is finalised.

That investigation has spawned a lawsuit in Washington DC, where the KPMG inspectors are suing Diligence, a well-connected investigative agency, for obtaining confidential documents and information "through wrongful means that include fraud and bribery". Some of these documents were submitted on behalf of LV Finance, the BVI vehicle that made the options agreement with Alfa, in arbitration proceedings in Zurich.

Diligence, which faces a damages claim for $11m, strongly denies the allegations. According to someone familiar with its position, Diligence says it obtained information from a whistle-blower worried that the inquiry might bury some uncomfortable facts. Apparently responding to such suggestions, Paula Cox, the Bermuda finance minister, said in February: "There will be no form of cover-up."

Arbitration proceedings have begun in Geneva as well as Zurich between Ipoc and LV Finance. The Zurich tribunal has yet to rule but the one in Geneva, covering 23 per cent of the disputed MegaFon shares, was resolved in Ipoc's favour - although Alfa claims new evidence may lead it to be reopened.

The Geneva tribunal decided in August 2004 that the options agreement was legal and Ipoc had carried out its undertakings. It said Mr Rozhetskin had "not come close" to proving the agreement was signed under duress - and that evidence before the tribunal "falls far short of establishing money laundering or any other impropriety".

Since then, however, evidence has come to light to generate potential discomfort for Mr Galmond - much of it from a German money-laundering investigation. That probe has already led to police raids in Germany, Denmark, Liechtenstein and Cyprus.

According to Doris Moeller-Scheu of the Frankfurt prosecutors' office, the German investigation is to see whether the Moscow branch of Commerzbank, the German banking giant, helped to launder criminal proceeds from Russia. She says the investigation is also seeking to establish whether funds under the control of a Frankfurt company called Eurokapital played a role in laundering millions of dollars originating in Russia.

Eurokapital is run by Michael North, a former Commerzbank executive who left in mid-2002 and became president of Ipoc in November 2003. Mr North denies any wrongdoing.

Casting doubt on Mr Galmond's claim that the timing of the probe related to his conversation with Mr Fridman, a Commerzbank spokesman has said the investigation followed an auditors' report commissioned by BaFin, the German financial regulator, into some of the bank's activities in Russia.

Between 1996 and 2002, Commerzbank held through intermediary companies - apparently on Mr Galmond's behalf - an investment in Telecominvest, whose assets included a separate 31.3 per cent stake in MegaFon.

Telecominvest was founded by Mr Reiman and others in St Petersburg in 1994. Mr Putin's wife Ludmila briefly headed its Moscow office in 1998-99.

The holding in Telecominvest grew as the shares held by Russian state entities were diluted. The Commerzbank sale-and-buy-back arrangement, not in itself illegal, hid from public view those behind the growing stake. In 2002, the 58.9 per cent holding in Telecominvest was transferred out of Commerzbank to Ipoc Capital Partners, the Bermuda company owned by Mr Galmond that also owns Ipoc International Growth Fund.

The associated raids have yielded material that has raised uncomfortable questions for Ipoc. Documents were seized by the Liechtenstein authorities from the offices of Bank von Ernst and two law firms. These suggested Mr Reiman might be the ultimate beneficial owner of Ipoc and the economic beneficiary of some associated funds.

In an affidavit to the Privy Council, David Hauenstein, an Ipoc director, says that in the light of such documents its board has concluded "that the point has come where it can no longer maintain that Mr Galmond is the sole beneficial owner of Ipoc". But the board could not resolve who was the actual owner.

Documents put before the Privy Council by Alfa suggest, Mr Fridman's group claims, that some transactions cited by Ipoc and associated companies as sources of funds were sham.

Among the transactions cited were a $550,000 loan from Castle Ventures, a Connecticut-based company. But Alfa produced a letter from the company's lawyer saying it knew nothing of the transaction and was not in the business of making loans. Alfa also cited $804,000 in payments from a UK company named Advanta that did not trade at the time of transactions.

Mr Galmond rejects claims of bogus transactions. "To brand something as money laundering, you have to have a crime and we did not commit any crime." He says such accusations are part of Alfa's strategy "to create the cover-up for the fraud it has committed. They are putting so many stumbling blocks in our way that we can't defend ourselves."

Mr Galmond says Mr Reiman was named as primary beneficiary of a Liechtenstein trust, Fiduciare Commerce Trust, under a "letter of wishes" that Mr Galmond signed in 1997. FCT held a stake in First National Holding, which in turn held the Telecominvest shares. Mr Reiman was cited as a beneficiary to reward his role in building up Telecominvest, after FNH was sold in 1998. But the sale fell through and Mr Reiman received nothing, Mr Galmond says.

But FCT continued to exist as an empty vehicle in Liechtenstein, with Mr Reiman still appearing as beneficiary. Mr Galmond says it was used, in 2000, to transfer funds from Ipoc in Bermuda to capitalise Eurokapital, which was being set up by Mr North and former Commerzbank bankers as an asset management company in Germany. It was to act as a, supposedly independent, consultancy to Ipoc.

Some $5m in a BVI subsidiary of Ipoc was channelled via FCT to Eurokapital. Mr Galmond says it was done this way for two reasons: to avoid tax and to prevent Eurokapital having to seek a licence in Germany. But so as not to raise questions from FCT's bank in Liechtenstein about the source of the funds transfer, the beneficiary of Ipoc was declared by Mr Galmond's office in Copenhagen to be the same as the beneficiary of FCT: Mr Reiman.

Mr Galmond says the declaration was a fabrication but one he knew nothing of. "Bookkeeping [in Copenhagen] wrote a letter to the bank saying it's the same beneficiary paying as receiving. It's one entity. And the payment went through. Otherwise [the bank] would have gone through the whole due diligence process and, in order to circumvent that, they made this letter - which was extremely stupid, but they have done that, and it was without my knowledge."

Mr Galmond's adversaries paint him as a man who is increasingly cornered by disclosures that undermine his claims to be Ipoc's sole owner. If money laundering is proved, Ipoc's MegaFon options agreements would be invalid because they would have been financed using illegal means. Mr Galmond depicts himself as the victim of

a clever and persistent campaign to distract attention from the central issue: that Alfa bought shares in MegaFon that had already been pledged to Ipoc.

Whatever side ends up on top, the saga raises questions about why Mr Fridman has so far got away with public attacks on a close ally of the president. After all, the downfall of Mikhail Khodorkovsky began with his assertion at a meeting with Mr Putin in 2003 that a state oil company closely linked to the Kremlin had acquired private assets at a questionable price.

Perhaps the answer lies in Mr Fridman's decision to stay out of politics; or in the fact that telecoms, unlike oil, is not regarded as a strategic industry. Perhaps Mr Putin simply wants to keep his underlings guessing. Or perhaps it reflects the difficulty of justifying Kremlin intervention against a Russian businessman on behalf of a Danish lawyer.

FROM MARBELLA TO SIBERIA: JEFFREY GALMOND'S GUIDE TO THE OLIGARCHS

In his Ritz Hotel conversation, lawyer and investor Jeffrey Galmond refers to oligarchs whose experiences he says should provide lessons for Mikhail Fridman, chairman of Alfa Group. Those he mentions are:

Mikhail Khodorkovsky. Formerly chief executive of Yukos and once Russia's richest man. Serving eight years in a Siberian prison camp for fraud and tax evasion.

Vladimir Potanin. Still in business in Russia. Controls Norilsk Nickel, the world's largest nickel and palladium producer. Sold various assets recently.

Roman Abramovich. Owner of Chelsea Football Club. Sold oil producer Sibneft to Gazprom last year. Took richest-man title from Mr Khodorkovsky. Remains on good terms with the Kremlin and is governor of Chukotka in the Russian far east.

Vladimir Gusinsky. Creator of the Media-Most empire including NTV. Fled Russia in 2000 after falling out with President Vladimir Putin. Owned a villa near Marbella, Spain.

Boris Berezovsky. Parlayed a car dealership into a business empire spanning interests in Aeroflot, Sibneft and television. Fled Russia in 2000 after falling out with Mr Putin. Fraud charges are outstanding against him in Russia, which he says are politically motivated. Has political asylum in the UK and continues vocal opposition to Mr Putin. (c) 2006 Financial Times Information Limited.
Source: Financial Times

legal terms :: about us :: contact us

Copyright © 2007. The Economist Intelligence Unit Limited. All rights reserved