## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **IPOC INTERNATIONAL GROWTH FUND LIMITED,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **vs.** ) ) | Civil No. 06-1109 (PLF)/(AK) |
| **DILIGENCE, LLC, et al.** ) ) ) | |
| **Defendants.** ) ) | |

### DEFENDANT BARBOUR GRIFFITH & ROGERS LLC'S OPPOSITION TO IPOC'S MOTION TO COMPEL BARBOUR, GRIFFITH & ROGERS LLC TO PRODUCE UNREDACTED DOCUMENTS

# EXHIBIT C

# WINSTON & STRAWN
## LONDON

Bucklersbury House
3 Queen Victoria Street
London EC4N 8NH
Telephone: 44 (0) 20 7429 0000
Facsimile: 44 (0) 20 7429 0100

www.winston.com

October 10, 2005

Mike Morrison Esq
Malcolm Butterfield Esq.
KPMG Financial Advisory Services Limited
Crown House
4 Par-la-Ville Road
Hamilton HM 08
Bermuda

**By email**

Dear Mr. Morrison,

**IPOC International Growth Fund Limited ("IPOC")**
**Gamma Capital Fund Limited**
**Convergence Capital Limited**
**Com Tel Eastern Limited**
**First National Telecommunications Fund Limited**
**Convergence Capital Management Limited**
**IPOC Capital Partners Limited**
**Augmentation Investments Limited**
**Augmentation Holdings Limited**
**Versatile Action Investment Limited**
**Telco Overseas Limited**
**Leasing Telecom Limited (collectively the "Companies")**

We refer to our letter of October 6, 2005 and the recent meeting in London attended by Messrs Benz, Vitou and Anderson of Winston & Strawn London, Counsel for IPOC, and Messrs Thompson, Plavsic and Smith of KPMG, representatives of the inspectors, in connection with the s. 132 inspection into the Companies.

The meeting was very useful and we express our thanks to those who participated. This letter is sent to memorialise that which we discussed and also to note the items flowing from the meeting and to the extent possible to provide feedback from the Companies and Mr. Galmond following our report to them of the meeting.

**Redacted Pursuant to Bermuda Law**

| Zoë J. Asheroft | Lori A. Bean | Thomas J. Benz | Jamie Harrison | Neil James | John Longdon | Barry S. Vitou | Graham Wedlake |
|---|---|---|---|---|---|---|---|
| Solicitor, England & Wales | Attorney, New York & Washington, D.C. | Attorney, New York | Solicitor, England & Wales | Solicitor, England & Wales | Solicitor, England & Wales | Solicitor, England & Wales | Solicitor, England & Wales |

**Winston & Strawn LLP** Chicago • Geneva • Los Angeles • New York • Paris • San Francisco • Washington, D.C.

*A multi national partnership of Solicitors & Registered Foreign Lawyers, regulated by The Law Society of England & Wales.*
*Vat No. 815 5105 54*

IPOC000036

# WINSTON & STRAWN
## LONDON

Mike Morrison, Esq
October 10, 2005
Page 2



Redacted Pursuant to Bermuda Law

**Misuse of Confidential Information**

Our client was alarmed to learn that the extent of the leak is unknown and is thought by KPMG to have been wider than just the leak of the material which emerged in the written brief signed by Weil Gotshal & Manges in the Zurich arbitration.

As per our October 6, 2005 letter, we look forward to receiving the detailed information that we have requested relating to the leak.

At the meeting it was suggested that correspondence between the inspectors and their agents, namely Norton Rose and Weil Gotshal & Manges (and perhaps others) relating to the leak was confidential between the inspectors and Weil Gotshal & Manges. We do not see how this can be so when the subject matter of the correspondence is the leakage of confidential information relating to the Companies.

Our client is very concerned that information provided to KPMG or the Bermuda Ministry of Finance in confidence has found its way into the hands of IPOC's opponents in litigation and that the extent of the leak is currently unknown. This has the obvious possible consequence that such leaks

IPOC000037

# WINSTON & STRAWN
## LONDON

Mike Morrison, Esq
October 10, 2005
Page 3

have tainted the litigation proceedings and in particular the Zurich arbitration with the risk that IPOC's prospects of success in relation to the same may have been irretrievably prejudiced. Our client reserves all rights in these respects.

You asked if we would ask our client if it was able to assist KPMG in identifying the nature of the leak and its cause based on information that had come to its attention. Our client has informed us that at the present time it does not have any information which would be helpful.



Redacted Pursuant to Bermuda Law

Finally, as agreed we believe it would be useful to have a further meeting to discuss the matters referred to above. In this regard we propose October 21 for a follow up meeting.

We look forward to hearing from you.

Yours faithfully,

*Winston & Strawn London*

**Winston & Strawn London**

encs.

cc.    Tony Thompson
       Jeffrey Galmond
       The Hon. Paula Cox JP MP, Minister of Finance

IPOC000038