**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IPOC INTERNATIONAL GROWTH FUND LIMITED,**  )<br>)<br>        **Plaintiff,**  )<br>)<br>vs.  )<br>)<br>**DILIGENCE, LLC, et al.**  )<br>)<br>        **Defendants.**  )<br>) | Civil No. 06-1109<br>(PLF)/(AK) |

## **ORDER**

This matter came before the Court on plaintiff IPOC's Motion to Compel Barbour Griffith & Rogers, LLC to Produce Unredacted Documents. It appearing to the Court that the Motion to Compel is not proper, it is hereby ORDERED

That IPOC's Motion to Compel Barbour Griffith & Rogers, LLC to Produce Unredacted Documents be and is hereby DENIED.


Dated:_____          _____
                                 Hon. Alan Kay
                                 United States Magistrate Judge