UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DILIGENCE, LLC, and BARBOUR GRIFFITH & ROGERS, LLC, | ) ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| Defendants. | ) ) ) | |

**MOTION FOR ORDER AUTHORIZING REPORTER TO PROVIDE
TO COUNSEL A TRANSCRIPT OF JUNE 13, 2007 HEARING,
INCLUDING PORTION CLOSED TO THE PUBLIC**

Plaintiff IPOC International Growth Fund Limited ("IPOC"), by counsel, respectfully moves the Court for an order authorizing the court reporter to provide to counsel of record a transcript of the June 13, 2007 hearing before Magistrate Judge Kay, including the portion of the hearing that was closed to the public.

Defendants were given prior notice of this motion and raised no objection.

July 20, 2007

OF COUNSEL:
W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700
wdobie@winston.com
kanderson@winston.com

IPOC INTERNATIONAL GROWTH FUND
LIMITED

/s/ Carol A. Joffe
_____
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> DILIGENCE, LLC, and BARBOUR GRIFFITH & ROGERS, LLC, <br><br> Defendants. | Civil Action No. <br> 1:06CV01109 (PLF) (AK) |

**MEMORANDUM IN SUPPORT OF MOTION FOR ORDER AUTHORIZING REPORTER TO PROVIDE TO COUNSEL A TRANSCRIPT OF JUNE 13, 2007 HEARING, INCLUDING PORTION CLOSED TO THE PUBLIC**

IPOC International Growth Fund Limited ("IPOC"), by and through its counsel, submits this Memorandum in Support of IPOC's Motion For Order Authorizing Reporter to Provide to Counsel a Transcript of June 13, 2007 Hearing, Including Portion Closed to the Public. During a portion of the argument before the Honorable Magistrate Judge Alan Kay on June 13, 2007, the Court closed the courtroom to the public. The court reporter and clerk's office previously have advised that an Order of Court is required before the reporter may release a transcript that includes the portion conducted while the courtroom was closed to the public.

The basis for this request is that the undersigned counsel of record for Plaintiff is entitled to receive the transcript in connection with the ongoing representation of Plaintiff. Therefore, Plaintiff requests that the Court order a complete and unredacted transcript of the June 13, 2007 hearing be released to counsel of record.

Respectfully submitted,

IPOC INTERNATIONAL GROWTH FUND LIMITED

OF COUNSEL:

W. Gordon Dobie
Kimball R. Anderson
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel:   (312) 558-5600
Fax:   (312) 558-5700
wdobie@winston.com
kanderson@winston.com

/s/ Carol A. Joffe
_____
Timothy M. Broas (D.C. Bar No. 391145)
Carol A. Joffe (D.C. Bar No. 351528)
Anne W. Stukes (D.C. Bar No. 469446)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:   (202) 282-5000
Fax:   (202) 282-5100
tbroas@winston.com
cjoffe@winston.com
astukes@winston.com

*Attorneys for IPOC International Growth Fund Limited*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2007, a true copy of the foregoing Motion for Order Authorizing Reporter to Provide to Counsel A Transcript of Hearing, Including Portion Closed to the Public was served, via the Court's ECF system, on the following:

Michael Ross
Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant Diligence LLC*

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
*Counsel for Defendant Barbour Griffith & Rogers LLC*

Charles D. Reed
Scott H. Christensen
Hughes Hubbard and Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
*Counsel for Non-Party Subpoena Recipient Hughes, Hubbard & Reed LLP*

/s/
_____
Carol A. Joffe

3