UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br> v. <br><br> DILIGENCE, LLC, et. al <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:06CV01109 <br> ) (PLF) (AK) <br> ) <br> ) <br> ) |

## ORDER

In consideration of Plaintiff IPOC International Growth Fund Ltd.'s ("IPOC") Motion For Order Authorizing Reporter to Provide to Counsel a Transcript of June 13, 2007 Hearing, Including Portion Closed to the Public ( the "Motion"), and it appearing that counsel is entitled to receive the requested transcript, it is hereby

ORDERED that the court reporter be, and hereby is, authorized to immediately release to counsel of record for each party in this case a complete and unredacted transcript of the hearing held on June 13, 2007, including the portion of the hearing that was closed to the public, provided however that the parties treat the portion of the transcript that covers the part of the hearing conducted when the courtroom was closed as "Confidential" under the terms of the Protective Order, entered February 8, 2007, pending the parties having an opportunity to review the transcript to make formal confidentiality designations per the procedures set out in the Protective Order.

Dated:_____      _____
                                         ALAN KAY
                                         United States Magistrate Judge

Copies to:
Timothy M. Broas
Carol A. Joffe
Anne W. Stukes
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
*Attorneys for Plaintiff IPOC International Growth Fund Limited*

Michael Ross
Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant Diligence LLC*

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
*Counsel for Defendant Barbour Griffith & Rogers LLC*

Charles D. Reed
Scott H. Christensen
Hughes Hubbard and Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
*Counsel for Non-Party Subpoena Recipient Hughes, Hubbard & Reed LLP*