IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, ) ) ) Plaintiff, ) ) vs. ) ) DILIGENCE, LLC, et al. ) ) Defendants. ) | Civil No. 06-1109 (PLF)/(AK) |

**BARBOUR GRIFFITH & ROGERS, LLC'S NOTICE REGARDING
FILING OF REDACTED MATERIALS**

Please take notice that attached hereto as Exhibit 1 is a redacted version of Defendant Barbour Griffith & Rogers, LLC's Motion to Quash Subpoenas Duces Tecum issued to Wachovia Bank, N.A. and Citibank, F.S.B.

On July 27, 2007, a Sealed unredacted version of this pleading will be filed in paper format under seal with the Clerk of the Court. The unredacted document will not be available for public viewing.

BARBOUR GRIFFITH & ROGERS, LLC
By Counsel

/s/
_____
Edward B. MacMahon, Jr.
D.C. Bar No. 411165
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net
*Counsel for Defendant Barbour
    Griffith & Rogers, LLC*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 27th day of July, 2007, a true and correct copy of the foregoing to be served electronically, via the Court's electronic filing system, on:

     Carol A. Joffe
     Timothy M. Broas
     Winston & Strawn
     1700 K Street, N.W.
     Washington, D.C.   20006
     (202) 282-5000
     (202) 282-5100 (Fax)
     *Counsel for IPOC International Growth Fund Limited*

     Paul C. Rauser
     Michael Ross
     AEGIS Law Group LLP
     Suite 500
     901 F Street, N.W., Suite 500
     Washington, D.C.   20004
     (202) 737-3500
     (202) 737-3330 (Fax)
     *Counsel for Diligence LLC*

and a copy of the same via facsimile transmission and U.S. Mail, first-class mail, postage prepaid to:

     Wachovia Bank, N.A.
     Market Square Financial Center
     801 Pennsylvania Ave., NW
     Washington, DC   20004

     Citibank, FSB
     Farragut North Office
     1000 Connecticut Ave, NW
     Washington, DC   20036

     /s/
     _____
     Edward B. MacMahon, Jr.