REDACTED VERSION FOR PUBLIC VIEWING

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, <br><br> Plaintiff, <br><br> vs. <br><br> DILIGENCE, LLC, et al. <br><br> Defendants. | Civil No. 06-1109 <br> (PLF)/(AK) |

**BARBOUR GRIFFITH AND ROGERS, LLC'S MOTION TO QUASH SUBPOENA DUCES TECUM TO WACHOVIA BANK, N.A. AND CITIBANK F.S.B.**

# EXHIBIT B

# FILED UNDER SEAL