REDACTED VERSION FOR PUBLIC VIEWING

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED,<br><br>     Plaintiff,<br><br>vs.<br><br>DILIGENCE, LLC, et al.<br><br>     Defendants. | Civil No. 06-1109<br>(PLF)/(AK) |

**BARBOUR GRIFFITH AND ROGERS, LLC'S MOTION TO QUASH SUBPOENA DUCES TECUM TO WACHOVIA BANK, N.A. AND CITIBANK F.S.B.**

# EXHIBIT C

# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA SWITZERLAND

38 GRESHAM STREET
LONDON EC2V 7NG

DAVID E. MOLLON
(212) 294-4748
dmollon@winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES CALIFORNIA 90071-1543

25 AVENUE MARCEAU
75116 PARIS FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO CALIFORNIA 94111-5894

1700 K STREET N W
WASHINGTON D C 20006-3817

May 24, 2007

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5-25-07

**VIA FACSIMILE**

The Honorable Victor Marrero
United States District Court
 for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1312

Re:    *IPOC Int'l Growth Fund, Ltd. v. Rozhetskin, et al.*, No. 06 CV 4338

Dear Judge Marrero:

On behalf of IPOC, we submit this short response to Alfa's letter dated May 23, 2007.

First, Alfa engages in sheer speculation as to the merits of (1) the winding-up petition; and (2) IPOC's strike-out application and or other judicial challenge to it. Alfa has not even seen the petition, and IPOC's challenge to it has yet to be fully litigated. This process, as the Court is now aware, will take a considerable amount of time—2-3 years in the estimation of the judge presiding over the winding-up. The prejudice to IPOC in the interim is manifest, and Alfa merely assumes without support that (a.) a liquidator would be appointed before the winding-up trial and (b) even at the end of the proceedings a liquidator will not pursue this case, a valuable asset of the estate. As this Court is aware, affirmative claims in Bermuda, as in the U.S., can and do proceed in the course of a liquidation.

Alfa also mischaracterizes IPOC's May 18 letter with respect to this Court's review of the amended winding-up petition. As IPOC stated clearly in that letter, IPOC has no objection to *in camera* review of that petition in connection with lifting the stay in this matter. However, at the March 23 hearing in this case, the Court emphasized, in light of international comity concerns relating to review of a petition sealed under Bermuda statute, a formal order should issue in this regard. IPOC, consistent with this Court's view, believes such an order should issue before *in camera* review.

IPOC reiterates its request that this Court schedule a Rule 26(f) conference at which time the parties can set a discovery schedule, and address the any of the above issues the court desires.

05-24-2007  04:19pm  From-WINSTON&STRAWN                    +2122944700         T-479  P 003/003  F-604

**WINSTON & STRAWN** LLP

Hon. Victor Marrero
May 24, 2007
Page 2

Respectfully submitted,

David E. Mollón

cc:   Counsel of record

---

> Plaintiff IPOC International Growth Fund Ltd. is directed to submit to the Court by 5-30-07 for in camera review a true copy of the amended winding-up petition filed against IPOC in the proceedings now pending in the Courts of Bermuda.
>
> **SO ORDERED:**
>
> 5-25-07
> **DATE**      **VICTOR MARRERO, U.S.D.J.**

CHI:1917882.1