IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DILIGENCE, LLC, et al. )<br>)<br>Defendants. )<br>) | Civil No. 06-1109<br>(PLF)/(AK) |

## ORDER

Upon consideration of Barbour Griffith & Rogers, LLC's ("BGR") Motion to Quash Subpoena Duces Tecum to Wachovia Bank, N.A. and Citibank, F.S.B., and all other papers and proceedings submitted in this matter, and for good cause shown, it is hereby ORDERED

That BGR's Motion to Quash Subpoena Duces Tecum to Wachovia Bank, N.A. and Citibank, F.S.B. be and is hereby GRANTED

Dated: _____          _____
                                              ALAN KAY
                                              United States Magistrate Judge