## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

IPOC INTERNATIONAL GROWTH FUND )
LIMITED, )
                                      )
          **Plaintiff,** )    **Civil Action No.**
v.                             )    **1:06CV01109 (PLF) (AK)**
                                       )
DILIGENCE, LLC, et. al )
                                       )
          **Defendants.** )

### STIPULATION AND ORDER

    This Stipulation is made by and between the Plaintiff IPOC International Growth Fund, Limited ("IPOC") and Defendants Diligence LLC ("Diligence") and Barbour Griffith & Rogers LLC ("BGR") (collectively the "Parties"),

    NOW THEREFORE, the Parties hereby stipulate as follows

    1.    All activity in this case shall be held in abeyance as of Friday, July 27, 2007 and shall continue to be held in abeyance until further order of the Court.

    2.    The Parties hereby withdraw all pending motions, without prejudice to re-filing said motions should the case be reactivated, provided that, if the case is reactivated:

        a.    All motions papers (including all motions and briefs) previously filed ("Motions Papers") shall be reinstated as previously filed;

        b.    No new Motions Papers shall be filed, except that the following may be filed (i) any brief that was due but had not yet been filed as of July 27, 2007, the effective date of this Stipulation; and (ii) a supplemental supporting or opposition memorandum solely to bring the Court's attention to new authority that significantly impacts a pending motion or opposition and a response brief to any such supplemental memorandum.

SO ORDERED.


DATED: _____    _____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

IPOC INTERNATIONAL GROWTH FUND
LIMITED, Plaintiff

OF COUNSEL:                          /s/ Carol A. Joffe
W. Gordon Dobie
Kimball R. Anderson                  Timothy M. Broas (D.C. Bar No. 391145)
WINSTON & STRAWN LLP                 Carol A. Joffe (D.C. Bar No. 351528)
35 W. Wacker Drive                   Anne W. Stukes (D.C. Bar No. 469446)
Chicago, Illinois 60601              WINSTON & STRAWN LLP
Tel:    (312) 558-5600               1700 K Street, N.W.
Fax:    (312) 558-5700               Washington, D.C. 20006
wdobie@winston.com                   Tel:    (202) 282-5000
kanderson@winston.com                Fax:    (202) 282-5100
                                     tbroas@winston.com
                                     cjoffe@winston.com
                                     astukes@winston.com


                                     DILIGENCE LLC

                                     /s/ Paul C. Rauser

                                     Paul C. Rauser
                                     Michael Ross
                                     Oliver Garcia
                                     AEGIS LAW GROUP LLP
                                     901 F. Street, N.W., Suite 500
                                     Washington, DC 20004
                                     Tel:  (202) 737-3500
                                     Fax:  (202) 737-3330
                                     prauser@aegislawgroup.com
                                     mross@aegislawgroup.com
                                     ogarcia@aegislawgroup.com


                                     BARBOUR GRIFFITH & ROGERS LLC,

                                     /s/ Edward B. MacMahon, Jr.

                                     Edward B. MacMahon, Jr.
                                     P.O. Box 903
                                     107 East Washington Street
                                     Middleburg, VA  20118
                                     Tel:  (540) 687-3902
                                     Fax:  (540) 687-6366
                                     ebmjr@verizon.net

3