UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil Action No. 06-1109 (PLF) |
| DILIGENCE, LLC, et al., | )<br>) |
| Defendants. | )<br>) |

ORDER

The parties in this matter stipulated in their August 6, 2007 Stipulation and (Proposed) Order that:

1. All activity in this case shall be held in abeyance and shall continue to be held in abeyance until further order of the Court; and that

2. The parties withdraw all pending motions, without prejudice to re-filing said motions should this case be re-activated.

Accordingly, it is hereby

ORDERED that this case shall be held in abeyance until further order of this Court; it is

FURTHER ORDERED that all currently pending motions in this case [12, 33, 34, 118, 125, 134, 141, 142, 144, 145, 146] shall be administratively closed pursuant to the parties' stipulation that they have been withdrawn; it is

FURTHER ORDERED that if this case is reactivated and no longer held in abeyance, the parties shall be permitted to refile all motions that were withdrawn pursuant to their August 6, 2007 Stipulation and (Proposed) Order; it is

FURTHER ORDERED that in refiling any motion withdrawn pursuant to the August 6, 2007 Stipulation and (Proposed) Order, the parties should incorporate by reference those briefs or memoranda of law previously submitted in support of those motions prior to their withdrawal; and it is

FURTHER ORDERED that no new briefs or memoranda in support of any previously withdrawn/refiled motions shall be submitted to the Court, except for (1) any brief that was due but had not yet been filed as of July 27, 2007; and (2) any supplemental supporting or opposition memorandum solely to bring to the Court's attention new authority that significantly impacts a refiled motion or opposition and a response brief to any such supplemental memorandum.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  August 10, 2007