UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE LLC, et al. | ) ) | |
| Defendants. | ) ) | |

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is stipulated and agreed by and between the undersigned counsel that all causes of action asserted by IPOC International Growth Fund, Limited ("IPOC") against the defendants Diligence LLC and Barbour, Griffith and Rogers LLC in the above-captioned matter are hereby dismissed with prejudice. It is further stipulated and agreed that each party shall bear its own costs arising out of this action.

Dated: January 9, 2008

| WINSTON & STRAWN LLP | AEGIS LAW GROUP LLP |
|---|---|
| By: _____/s/_____ | By: _____/s/_____ |
| Carol A. Joffe (D.C. Bar No. 351528) | Paul C. Rauser (D.C. Bar No. 461722) |
| 1700 K Street, N.W. | 901 F. Street, N.W., Suite 500 |
| Washington, D.C. 20006 | Washington, DC 20004 |
| Tel   (202) 282-5000 | Tel:   (202) 737-3500 |
| Fax:   (202) 282-5100 | Fax:   (202) 737-3330 |
| cjoffe@winston.com | prauser@aegislawgroup.com |
| *Counsel for IPOC International Growth Fund Limited* | *Counsel for Defendant Diligence LLC* |

_____/s/_____
Edward B. MacMahon, Jr. (D.C. Bar No. 411165)
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
Tel:  (540) 687-3902
Fax:  (540) 687 6366
ebmjr@verizon.net

*Counsel for Defendant Barbour Griffith & Rogers LLC*

So Ordered.


_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January ____, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 11th, 2008, I caused the foregoing Stipulation and Order of Dismissal to be served via the Court's electronic filing system on each of the following:

Paul C. Rauser
Michael Ross
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
Counsel for Defendant Diligence LLC

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA  20118
Counsel for Defendant Barbour Griffith & Rogers LLC

Charles D. Reed
Scott H. Christensen
Hughes Hubbard and Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Counsel for Non-Party Subpoena Recipient Hughes, Hubbard & Reed LLP

_____/s/_____
Carol A. Joffe

3