UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, *et al.*, ) ) | |
| Defendants. ) | |

**MOTION UNDER RULE 45 FOR
REIMBURSEMENT OF COSTS AND ATTORNEYS' FEES**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, non-party Hughes Hubbard & Reed LLP ("HHR") hereby moves this Court for an Order directing Plaintiff IPOC International Growth Fund Limited ("IPOC") to reimburse HHR's attorneys' fees and costs in the amount of $94,964.07, which HHR incurred in responding to IPOC's subpoena.

HHR states that it conferred with counsel for IPOC about the relief requested herein, as described in the Declaration of Derek J.T. Adler filed in support of this motion, but that IPOC's counsel did not otherwise respond to HHR's request for relief. A proposed order is attached.

60158085_1.DOC

| | |
|---|---|
| Dated:  District of Columbia<br>          January 17, 2008 | Respectfully submitted,<br><br>HUGHES HUBBARD & REED LLP<br><br>By: */s/ Charles D. Reed*  <br>     Charles D. Reed<br>     D.C. Bar No. 490833<br>     1775 I Street, N.W.<br>     Washington, D.C.  20006-2401<br>     202-721-4600<br><br>     Attorneys for non-party Hughes<br>     Hubbard & Reed LLP |

Of Counsel:

Derek J.T. Adler
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York  10004

60158085_1.DOC                    2