# EXHIBIT C

# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Facsimile: 212-422-4726

IPOC International Growth Fund
c/o Winston & Strawn LLP
1799 K Street N.W.
Washington, DC  20006

Pro Forma Invoice

30363.0001

FEDERAL TAX ID 13-5605391

Re:  Subpoena to HHR from IPOC

---

For professional services rendered and disbursements incurred for the months of February 2006 through August 2007 in relation to subpoena served on Hughes Hubbard & Reed by IPOC, including related correspondence and motion practice.   $92,899.00

OTHER CHARGES AND DISBURSEMENTS:

| | |
|---|---:|
| Photocopy | 1,421.20 |
| Express Delivery | 164.87 |
| Airline Travel (Adler to Washington DC for Hearing) | 479.00 |

$2,065.07

TOTAL DISBURSEMENTS

TOTAL DUE                                                                                                   $94,964.07

**THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING**

# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Facsimile: 212-422-4726

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 02/20/07 | Adler, D | Attention to correspondence from Anne Stukes re document production pursuant to HHR subpoena, questions & requests for additional documents. | 0.25 | 162.50 |
| 02/20/07 | Bond, E | Attention to letter from Winston & Strawn; analysis and emails w. D. Adler re same. | 0.75 | 307.50 |
| 02/23/07 | Bond, E | Work on draft response to IPOC letter re production, re-review document re specific designations. | 3.75 | 1,537.50 |
| 02/25/07 | Bond, E | Draft response to IPOC letter re specific designations. | 3.00 | 1,230.00 |
| 02/26/07 | Bond, E | Revise and finalize initial draft response to IPOC; re-review all designations in document production. | 3.25 | 1,332.50 |
| 02/26/07 | Wein, J | Verified which Diligence production documents ever existed re gaps in production sets. | 2.00 | 440.00 |
| 02/27/07 | Wein, J | Reviewed diligence production documents in response to 2/20/07 letter from Winston & Strawn; prepared index detailing existing production documents. | 3.00 | 660.00 |
| 02/27/07 | Bond, E | Extensive review of documents; revisions to IPOC response re detailed reasons for each designation. | 4.50 | 1,845.00 |
| 03/07/07 | Bond, E | Emails w. D. Adler re disclosure issues. | 0.25 | 102.50 |

**THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING**

# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Facsimile: 212-422-4726

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 03/08/07 | Bond, E | Attention to IPOC objections to HHR production; emails w. D. Adler re same. | 0.75 | 307.50 |
| 03/11/07 | Bond, E | Review of files and designations in response to IPOC's challenge; emails w. J. Wein re same. | 4.00 | 1,640.00 |
| 03/12/07 | Matayoshi, J | Meeting with E. Bond & J. Wein re: additional document requests. Prepared and organized additional KPMG documents for HHR production including CDs and DVD in response to A. Stukes letter sent by FedEx. | 4.00 | 840.00 |
| 03/12/07 | Wein, J | Researched Diligence document production to respond to Winston & Strawn letter; arranged shipment of production. | 4.00 | 880.00 |
| 03/12/07 | Bond, E | Review of files for various documents in response to IPOC's challenge; draft response to IPOC; emails w. D. Adler re same. | 3.75 | 1,537.50 |
| 03/15/07 | Bond, E | Attention to new IPOC challenge to HHR production and designations; review prior correspondence re same; review congressional subpoena and press releases; emails w. D. Adler re same. | 2.00 | 820.00 |
| 03/16/07 | Bond, E | Research various media reports; emails and analysis re same; confer w. D. Adler re strategy. | 1.25 | 512.50 |
| 03/16/07 | Bond, E | Review protective order; draft response to IPOC re confidentiality designations and leak; confer w. D. Adler re same. | 2.25 | 922.50 |

THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Facsimile: 212-422-4726

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 03/19/07 | Bond, E | Organize and coordinate production for changes in designations; confer w. D. Adler re logistics re same. | 1.50 | 615.00 |
| 03/19/07 | Adler, D | Attention to correspondence re confidentiality, congressional inquiry; attention to new press reports; phone conference with Mr. Butterfield. | 0.75 | 487.50 |
| 03/20/07 | Adler, D | Review documents re confidentiality designation; related phone conferences & correspondence; note to client; call to Stukes; call with Rauser; note to file. | 1.50 | 975.00 |
| 03/20/07 | Bond, E | Confer w. D. Adler re confidentiality designations; re-designate production re same. | 4.75 | 1,947.50 |
| 03/21/07 | Matayoshi, J | Index changed designations on HHR KMPG production, kept designations and production. | 3.25 | 682.50 |
| 03/21/07 | Bond, E | Work on table of de-designations. | 1.50 | 615.00 |
| 03/22/07 | Adler, D | Phone conference with Mr. Rauser; attention to BGR note; attention to HHR document production. | 1.00 | 650.00 |
| 03/22/07 | Bond, E | Revisions to response to IPOC; finalize designations re same; review of entire production for compliance therewith. | 4.00 | 1,640.00 |
| 03/23/07 | Bond, E | Finalize response to IPOC re designations; final review of production re same. | 4.75 | 1,947.50 |

THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# Hughes Hubbard & Reed LLP

One Battery Park Plaza  
New York, New York 10004-1482  
Telephone: 212-837-6000  
Facsimile: 212-422-4726

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/23/07 | Adler, D | Attention to document production re Diligence; related correspondence, conferences & phone conferences; attention to cover letter. | 1.00 | 650.00 |
| 03/23/07 | Wein, J | Prepared new copy of production disc per request of E. Bond. | 0.50 | 110.00 |
| 04/09/07 | Adler, D | Attention to new letter from IPOC; related phone conferences & correspondence (Rauser, Bond); review protective order. | 1.25 | 812.50 |
| 04/09/07 | Bond, E | Attention to IPOC request re executing protective order; review and analysis of protective order; emails to D. Adler re same. | 1.75 | 717.50 |
| 04/10/07 | Adler, D | Attention to IPOC request for executed protective order; related correspondence. | 0.50 | 325.00 |
| 04/13/07 | Adler, D | Attention to newly filed motion to de-designate confidential documents. | 0.25 | 162.50 |
| 04/14/07 | Bond, E | Receipt and review of 330 page IPOC confidentiality motion and exhibits thereto; draft email to D. Adler re strategy. | 4.50 | 1,845.00 |
| 04/16/07 | Adler, D | Attention to motion to compel; related correspondence & phone conferences. | 1.50 | 975.00 |
| 04/17/07 | Adler, D | Attention to motion to compel. | 0.75 | 487.50 |
| 04/17/07 | Matayoshi, J | Prepared HHR produced documents corresponding to Exhibit A of IPOC's Motion Pursuant to Protective Order to Remove Confidential Designations per request of E. Bond. | 2.00 | 420.00 |

**THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING**

# Hughes Hubbard & Reed LLP

One Battery Park Plaza  
New York, New York 10004-1482  
Telephone: 212-837-6000  
Facsimile: 212-422-4726

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/17/07 | Wein, J | Compiled documents to correspond with Diligence chart per request of E. Bond. | 2.50 | 550.00 |
| 04/17/07 | Bond, E | Review IPOC de-designation brief; prepare outline for opposition to same. | 2.00 | 820.00 |
| 04/18/07 | Adler, D | Attention to motion to compel; phone conference with Mr. Butterfield; phone conference with Ms. Joffe; note to Mr. Bond. | 0.50 | 325.00 |
| 04/19/07 | Adler, D | Phone conference re motion to compel; correspondence re getting extension of time; attention to appeal. | 1.00 | 650.00 |
| 04/20/07 | Adler, D | Phone conference with Ms. Stukes; attention to response to motion to compel; related correspondence, phone conferences & correspondence. | 1.00 | 650.00 |
| 04/20/07 | Bond, E | Confer w. D. Adler re extension of time; research local practices re extensions. | 0.75 | 307.50 |
| 04/20/07 | Bond, E | Work on motion for emergency extension of time. | 1.50 | 615.00 |
| 04/21/07 | Bond, E | Continue work and research on extension of time briefing; email w. D. Adler re same. | 3.75 | 1,537.50 |
| 04/21/07 | Adler, D | Edit & finalize motion for extension; attention to opposition to motion to compel. | 3.00 | 1,950.00 |

THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE  
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Facsimile: 212-422-4726

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 04/23/07 | Bond, E | Confer w. S. Christensen re motion of extension of time; finalize motion for extension of time; file and serve same; emails w. D. Adler re same; research issues of corporate disclosure for non-parties in federal court; confer w. H. Packman re same. | 5.00 | 2,050.00 |
| 04/23/07 | Adler, D | Attention to motion; related correspondence. | 1.00 | 375.00 |
| 04/23/07 | Christensen, S | Reviewing and preparing motion papers for filing; conferences with E. Bond and Magistrate's chambers (2.75); following up with Magistrate's chambers regarding same (.25). | 3.00 | 1,710.00 |
| 04/24/07 | Adler, D | Attention to motion to compel. | 0.25 | 162.50 |
| 04/25/07 | Adler, D | Attention to motion to compel. | 0.25 | 162.50 |
| 04/26/07 | Adler, D | Attention to motion to compel; related correspondence. | 1.00 | 650.00 |
| 04/26/07 | Matayoshi, J | Changed designations and updated Excel spreadsheet with reasons for HHR confidentiality designations per request of E. Bond. | 0.75 | 157.50 |
| 04/26/07 | Bond, E | Work on de-designation brief and tables. | 7.50 | 3,075.00 |
| 04/27/07 | Bond, E | Re-review of documents; work on and finalize table of designations. | 6.25 | 2,562.50 |
| 04/27/07 | Wein, J | Located source of document per request of E. Bond. | 1.00 | 220.00 |
| 04/27/07 | Matayoshi, J | Reviewed and research sources of particular HHR production document per request of E. Bond. | 0.40 | 84.00 |
| 04/27/07 | Adler, D | Attention to motion to compel; related correspondence. | 1.00 | 650.00 |

**THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING**

# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Facsimile: 212-422-4726

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/29/07 | Bond, E | Work on de-designation opposition brief. | 4.50 | 1,845.00 |
| 04/30/07 | Adler, D | Attention to draft papers in opposition to motion re confidentiality; related conferences, phone conferences & correspondence. | 6.00 | 3,900.00 |
| 04/30/07 | Matayoshi, J | Reviewed and research sources of particular HHR production documents. | 1.25 | 262.50 |
| 04/30/07 | Wein, J | Located source of document per request of E. Bond. | 1.00 | 220.00 |
| 04/30/07 | Bond, E | Work on de-designation brief; confer w. D. Adler re same. | 7.50 | 3,075.00 |
| 05/01/07 | Reed, C | Reviewed and prepared documents for filing; telephone calls with E. Bond. | 2.25 | 1,125.00 |
| 05/01/07 | Adler, D | Review & finalize papers in opposition to motion to compel; related conferences, phone conferences & correspondence. | 6.00 | 3,900.00 |
| 05/01/07 | Bond, E | Work on brief and declaration; gather and proof exhibits; finalize brief, declaration, and exhibits; file and serve. | 11.50 | 4,715.00 |
| 05/09/07 | Bond, E | Attention to Diligence sur-reply; confer w. D. Adler re same. | 0.50 | 205.00 |
| 05/09/07 | Adler, D | Attention to new filing in discovery dispute. | 0.50 | 325.00 |
| 05/10/07 | Adler, D | Attention to discovery dispute; letter to Mr. Butterfield. | 0.50 | 325.00 |
| 05/11/07 | Adler, D | Attention to new reply brief on motion to compel. | 0.50 | 325.00 |

THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Facsimile: 212-422-4726

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/11/07 | Bond, E | Attention to IPOC's reply briefing; confer w. D. Adler re same. | 0.50 | 205.00 |
| 05/14/07 | Adler, D | Attention to IPOC's reply brief; note to client. | 0.50 | 325.00 |
| 05/14/07 | Hoftiezer, D | Attention to Document production and distribution | 1.00 | 210.00 |
| 05/15/07 | Bond, E | Attention to IPOC's emergency motion; emails w. D. Adler re same. | 0.50 | 205.00 |
| 05/15/07 | Matayoshi, J | Prepared and organized KPMG documents and exhibits to IPOC's Reply to Non-party Hughes Hubbard & Reed LLP's Opposition to IPOC's Motion Pursuant to Protective Order to Remove Confidentiality Designations for D. Adler and E. Bond. | 0.50 | 105.00 |
| 05/16/07 | Adler, D | Attention to new motion for diligence re expedited treatment; note to client. | 0.75 | 487.50 |
| 05/16/07 | Bond, E | Confer w. D. Adler re opposition to IPOC emergency motion; draft opposition re same. | 5.75 | 2,357.50 |
| 05/17/07 | Adler, D | Attention to IPOC's motion for expedited treatment; draft papers in opposition. | 1.25 | 812.50 |
| 06/11/07 | Adler, D | Attention to preparation for hearing on motion to compel; correspondence with Mr. Reed re same. | 0.25 | 162.50 |
| 06/12/07 | Curavic, D E | Searched for HHR documents per the request of E. Bond. Assisted in page checking documents, returning from duplicating. | 3.00 | 630.00 |
| 06/12/07 | Hoftiezer, D | Prepared documents for court. | 1.00 | 210.00 |

**THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING**

# Hughes Hubbard *&* Reed LLP

One Battery Park Plaza  
New York, New York 10004-1482  
Telephone: 212-837-6000  
Facsimile: 212-422-4726

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/07 | Matayoshi, J | Assisted D. Curavic in gathering KPMG documents for E. Bond. Checked copies of HHR designations for accuracy and completeness per request of E. Bond. | 2.00 | 420.00 |
| 06/12/07 | Reed, C | Reviewed and prepared materials for confidentiality hearing. | 3.75 | 1,875.00 |
| 06/12/07 | Adler, D | Review discovery materials, call with Mr. Butterfield; prepare for hearing. | 4.00 | 2,600.00 |
| 06/12/07 | Bond, E | Coordinate w. D. Adler re preparation for hearing; compile documents re same. | 1.00 | 410.00 |
| 06/13/07 | Reed, C | Prepared for and attended confidentiality hearing. | 5.75 | 2,875.00 |
| 06/13/07 | Adler, D | Prepare for & attend hearing re motion to de-designate confidential documents; follow up. | 7.00 | 4,550.00 |
| 07/13/07 | Adler, D | Phone conference with Carol Joffe re new discovery questions. | 0.25 | 162.50 |
| 07/16/07 | Matayoshi, J | Organized the redacted and unredacted copies of the noted items in C. Joffe's email to D. Adler on 7/13. | 1.00 | 220.00 |
| 07/16/07 | Adler, D | Follow up re discovery questions received by Ms. Joffe; correspondence with Ms. Joffe & Mr. Bond. | 0.25 | 162.50 |
| 07/17/07 | Matayoshi, J | Reviewed full set of HHR production documents per request of E. Bond. | 0.75 | 165.00 |
| 07/18/07 | Adler, D | Review materials requested by Ms. Joffe; phone conference with Ms. Joffe & Ms. Stukes. | 0.50 | 325.00 |

**THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE  
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING**

# Hughes Hubbard & Reed LLP

One Battery Park Plaza  
New York, New York 10004-1482  
Telephone: 212-837-6000  
Facsimile: 212-422-4726

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/07 | Adler, D | Review un-redacted pleadings; note to Ms. Joffe, arrange for documents to DC. | 1.50 | 975.00 |
| 07/23/07 | Adler, D | Correspondence with Ms. Joffe, Mr. Bond, Mr. Reed re arrangements for document review; send full set of materials to Mr. Reed. | 0.25 | 162.50 |
| 07/23/07 | Reed, C | E-mail correspondence regarding document review. | 0.25 | 128.75 |
| 07/24/07 | Reed, C | E-mail correspondence regarding document review. | 0.25 | 128.75 |
| 07/26/07 | Reed, C | Reviewed documents received from D. Adler in preparation for review by IPOC counsel. | 0.50 | 257.50 |
| 07/30/07 | Adler, D | Phone conference with Ms. Joffe, Ms. Stukes; attention to motion to compel. | 1.00 | 650.00 |
| 08/10/07 | Adler, D | Attention to order entered in court re stay of proceedings; attention to note from Ms. Joffe; conference with Mr. Bond. | 0.25 | 162.50 |
| 08/10/07 | Bond, E | Attention to court order staying proceedings; confer w. D. Adler re same. | 0.75 | 330.00 |
| | | Total | | $92,899.00 |

THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING