UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, )<br>)<br>) Plaintiff, )<br>)<br>v. )<br>)<br>DILIGENCE, LLC, *et al.*, )<br>)<br>Defendants. ) | Civil Action No.<br>1:06CV01109 (PLF) (AK) |

### [PROPOSED] ORDER

On the motion of non-party Hughes Hubbard & Reed LLP ("HHR") and all papers and responses related thereto, it is hereby

**ORDERED**, this ___ day of _____, 2008, that the motion of HHR is granted and plaintiff IPOC International Growth Fund Limited ("IPOC") is directed to pay to HHR the amount of $94,964.07 as reimbursement for HHR's costs and expenses in responding to IPOC's subpoena.

_____
United States District Judge

cc:     Charles D. Reed
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, DC 20006
*Counsel for Subpoena Recipient Hughes Hubbard & Reed LLP*

Timothy M. Broas
Carol A. Joffe
Anne W. Stukes
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006
*Counsel for Plaintiff IPOC International Growth Fund Limited*

Michael Ross
Paul C. Rauser
Oliver Garcia
Aegis Law Group LLP
901 F. Street, N.W., Suite 500
Washington, DC 20004
*Counsel for Defendant Diligence LLC*

Edward B. MacMahon, Jr.
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
*Counsel for Defendant Barbour Griffith & Rogers LLC*