# EXHIBIT B

-----Original Message-----
From: Adler, Derek J.T. <adler@hugheshubbard.com>
To: Anderson, Kimball
CC: Joffe, Carol; Broas, Timothy
Sent: Tue Jul 18 15:42:28 2006
Subject: RE: Subpoena

Kimball,

Further to the voicemail message I just left you, I do not believe I indicated that I would accept email service on behalf of my firm. As a policy matter we take the position that formal service must be made on our firm in relation to any subpoena seeking documents we hold in respect of a client engagement, because it must be clear that we would not voluntarily provide any such materials. Accordingly, I must put you through the trouble of making formal service at our D.C. office, and apologize for any inconvenience this may cause.

Best regards,

Derek

Derek J.T. Adler
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Tel. 212-837-6086
Fax 212-422-4726
adler@hugheshubbard.com

---

From: Anderson, Kimball [mailto:KAnderso@winston.com]
Sent: Friday, July 14, 2006 3:36 PM
To: Adler, Derek J.T.
Cc: cjoffe@winston.com; tbroas@winston.com
Subject: Subpoena

<<Adler Subpoena.pdf>> Derek, here's the subpoena. I understand that you will accept it on behalf

1

of your firm. Counsel for Diligence and BCR have been served by e-mail. I got tied up in a meeting upon arrival in the office. I will call you soon.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
*****************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

*****************************************************************************

This email and any files transmitted with it may contain privileged or confidential

information. Use, disclosure, copying or distribution of this message by anyone

other than the intended recipient is strictly prohibited. If you have received

this email in error please notify the sender by reply email and destroy all copies

of this message in your possession, custody or control.


*****************************************************************************