# EXHIBIT C

| | |
|---|---|
| **From:** | Anderson, Kimball |
| **Sent:** | Saturday, July 22, 2006 12:27 PM |
| **To:** | Derek J. T. Adler (adler@hugheshubbard.com) |
| **Cc:** | Joffe, Carol; Benz, Thomas; Broas, Timothy |
| **Subject:** | your letter |
| **Attachments:** | Afbc861fd-0332-4b13-9b68-43141a8a76df.PDF |

Afbc861fd-0332-4b13-9b68-43141...

Derek, I was stunned by your letter. It is completely inconsistent with your repeated representations to me. I will call you on Monday to discuss. You should advise KPMG that if it stonewalls our subpoena it will be a defendant in massive lawsuit. We are tired of cooperating with KPMG only to have it repeatedly renege on its promises and representations.

1