# EXHIBIT D

       From: Anderson, Kimball [mailto:KAnderso@winston.com]
       Sent: Wednesday, July 26, 2006 4:07 PM
       To: Adler, Derek J.T.
       Cc: Benz, Thomas; Joffe, Carol; Broas, Timothy
       Subject: RE: subpoena

       Not a satisfactory response. You have reneged on your representations to me. IPOC relied to its detriment on your representations that it need not intervene in the KPMG v. Diligence lawsuit in order to obtain the discovery in that case. You have left me no choice but to advise IPOC that KPMG and its lawyers are engaging in a cover-up and are complicit with the wrongdoing. We likely will be intervening in the KPMG v. Diligence lawsuit and adding KPMG as a defendant in the IPOC v. BGR/Diligence lawsuit. I am disappointed that have chosen this path for your firm and your client.

---

       From: Adler, Derek J.T. [mailto:adler@hugheshubbard.com]
       Sent: Wednesday, July 26, 2006 2:33 PM
       To: Anderson, Kimball
       Cc: Benz, Thomas
       Subject: Re: subpoena

       At the moment, Hughes Hubbard is not prepared to waive any of the objections stated in our letter. However we are continuing to discuss the matter and I expect to be able to get you a more substantive response by the end of the week.

       Derek
       ----------------------------
       Sent from my BlackBerry Wireless Handheld

1/18/2008

-----Original Message-----
From: Anderson, Kimball <KAnderso@winston.com>
To: Adler, Derek J.T. <adler@hugheshubbard.com>
CC: Benz, Thomas <TBenz@winston.com>
Sent: Wed Jul 26 14:50:30 2006
Subject: subpoena

Derek, I tried you on your cell phone, but to no avail. Please call. I need to know today whether KPMG will comply with the subpoena subject to the attorney-client privilege. You promised to call today with your response.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
**********************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

**********************************************************************

This email and any files transmitted with it may contain privileged or confidential

information. Use, disclosure, copying or distribution of this message by anyone

other than the intended recipient is strictly prohibited. If you have received

this email in error please notify the sender by reply email and destroy all copies

of this message in your possession, custody or control.

**********************************************************************

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
**********************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
**********************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
**********************************************************************

1/18/2008

Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

1/18/2008