# EXHIBIT F

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (202) 282-5100<br><br>www.winston.com | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE<br><br>101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

ANNE W. STUKES
(202) 282-5856
astukes@winston.com

October 19, 2006

**VIA FACSIMILE (212-422-4726) AND EMAIL**

Derek J. T. Adler, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, N.Y. 10004-1482

      Re:    Subpoena to Hughes Hubbard in *IPOC v. Diligence, et al.*, No. 06-cv-1109 (D.D.C.)

Dear Derek:

      On Friday, October 13, 2006, the court ordered that written discovery and non-party discovery, including IPOC's subpoena to your firm, shall proceed immediately in *IPOC v. Diligence*. We provided you a copy of the order on October 14 and requested Hughes Hubbard's immediate production.

      Pursuant to our discussions this week, Winston & Strawn offered that, in exchange for Hughes Hubbard's immediate and complete production under the subpoena, we would treat the entire production as Attorneys' Eyes Only until entry of an appropriate protective order. You have stated, however, that Hughes Hubbard will not make a complete production under the subpoena until a protective order is entered by the court. IPOC intends to negotiate an appropriate protective order with you and the parties.

      In the meantime, prior to formal entry of a protective order, you have agreed to produce on Friday, October 20, 2006, the transcript of the deposition of Diligence's corporate representative in *KPMG Financial Advisory Services Ltd. v. Diligence*, No. 05-cv-2204, including all exhibits, except that you will redact or withhold certain exhibits that comprise actual materials taken from KPMG Financial Advisory Services Ltd, that incorporate substantive information from such materials, and that contain confidential personal information about KPMG personnel.

      Winston & Strawn will treat Hughes Hubbard's October 20, 2006, production as Confidential and Attorneys' Eyes Only, without prejudice to IPOC's right to seek a less restrictive designation for those documents in the future under an appropriate protective order.

**WINSTON & STRAWN** LLP

Derek J. T. Adler, Esq.
October 19, 2006
Page 2

Thank you for your cooperation.

Sincerely,

*Anne W. Stukes*

Anne W. Stukes

cc: Paul Rauser
David Thompson