# EXHIBIT I

Money Transfer Detail                                                           Page 1 of

Money Transfer Detail
Feb 21, 2007 10:50 AM

**Approval Information**
Customer: ███████
Approvers: 1

**Sender's Debit Information**
Originating Party Name: Winston & Strawn
Originating Party Account: 4496758 (USD)
currency: (USD) - US Dollar

**Beneficiary's Information**
account: ███████ - Hughes Hubbard and Reed LLP
amount: 29,745.60
currency: USD - US Dollar

**Additional Information**
send date: Feb 21, 2007

**Bank Routing Information**
beneficiary bank: ███████ - CITIBANK, NEW YORK, NY
routing #: ███████
payment method: R - FED

**Originator-to-Beneficiary Information**
line 1: Ref. No. 030363.000

**Bank-to-Bank Information**
none

**Control Information**
bank trace no: ███████
pending number: ███████
entry cust/user: ███████
entry date/time: Feb 21, 2007 - 10:32:01 AM
status: Pending
entry method: freeform

[ Close ]