# EXHIBIT J

**From:** Adler, Derek J.T. [adler@hugheshubbard.com]
**Sent:** Thursday, March 08, 2007 6:17 PM
**To:** Stukes, Anne
**Cc:** Bond, Erik; Joffe, Carol
**Subject:** RE: IPOC/Diligence - Hughes Hubbard production

Anne: Thank you for your patience. I will get back to you Friday. Best regards, Derek

---

**From:** Stukes, Anne [mailto:AStukes@winston.com]
**Sent:** Thursday, March 08, 2007 12:56 PM
**To:** Adler, Derek J.T.
**Cc:** Bond, Erik; Joffe, Carol
**Subject:** RE: IPOC/Diligence - Hughes Hubbard production

Derek, I haven't heard back from you. We would like to resolve the issues in my letter without motion practice. Could you let me know your position on the points in the letter? Many thanks.

---

**From:** Stukes, Anne
**Sent:** Tuesday, February 20, 2007 5:42 PM
**To:** 'Adler, Derek J.T.'
**Cc:** Bond, Erik; Joffe, Carol
**Subject:** RE: IPOC/Diligence - Hughes Hubbard production

Derek-- hope you're enjoying Europe. Please call me when you are back in your office. We would like to work this out.

---

**From:** Adler, Derek J.T. [mailto:adler@hugheshubbard.com]
**Sent:** Tuesday, February 20, 2007 5:28 PM
**To:** Stukes, Anne
**Cc:** Bond, Erik; Joffe, Carol
**Subject:** RE: IPOC/Diligence - Hughes Hubbard production

Anne,

I am in Europe all this week at depositions in another matter. I have briefly reviewed your letter and believe that most of you points are based on misunderstandings of our production (e.g. we have produced Montvale docs, almost all the redactions are from Diligence's original production to us, not our redactions, and the bates numbers of Diligence's original production were very very screwed up). Because I am away, we will get you a full response within a reasonable time, but not by your artificial deadline. When can we expect full payment of the costs?

Best regards,

Derek

---

**From:** Stukes, Anne [mailto:AStukes@winston.com]

1/17/2008

**Sent:** Tuesday, February 20, 2007 4:58 PM
**To:** Adler, Derek J.T.
**Cc:** Bond, Erik; Joffe, Carol
**Subject:** IPOC/Diligence - Hughes Hubbard production

Dear Derek:

Please see the attached letter concerning Hughes Hubbard's document production.

Anne W. Stukes
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5856
(202) 282-5100 (Fax)
astukes@winston.com

The contents of this message may be privileged and confidential. Therefore, if this me
been received in error, please delete it without reading it. Your receipt of this message
intended to waive any applicable privilege. Please do not disseminate this message wi
permission of the author.
*****************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be use
(or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, a:


*****************************************************************
This email and any files transmitted with it may contain privileged or confidential
information. Use, disclosure, copying or distribution of this message by anyone other than
the intended recipient is strictly prohibited. If you have received this email in error please
notify the sender by reply email and destroy all copies of this message in your possession,
custody or control.
*****************************************************************

The contents of this message may be privileged and confidential. Therefore, if this message has been
received in error, please delete it without reading it. Your receipt of this message is not intended to
waive any applicable privilege. Please do not disseminate this message without the permission of the
author.
*****************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any
other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

*****************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use,
disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly

prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*********************************************************************

1/17/2008