# EXHIBIT N

**From:** Stukes, Anne
**Sent:** Friday, February 09, 2007 6:48 PM
**To:** 'Adler, Derek J.T.'
**Cc:** Bond, Erik
**Subject:** RE: IPOC/Diligence - Protective Order has been entered

Derek, if we can get the documents immediately, meaning Monday, IPOC will pay the $22,972 specified in your email.

---

**From:** Adler, Derek J.T. [mailto:adler@hugheshubbard.com]
**Sent:** Friday, February 09, 2007 6:27 PM
**To:** Stukes, Anne
**Cc:** Bond, Erik
**Subject:** Re: IPOC/Diligence - Protective Order has been entered

Sitting on the Tarmac so I turned the 'berry back on . . . .

Ann, we simply can't produce until we have agreement to cover past and current costs. If you prefer to make a motion and let a judge sort it it, so be it. We can finish copying Monday and have docs ready for pick up in NY Tues am, if we get to an understanding on costs. I am abroad on vacation but strapped to this infernal device as always.

Derek


-----Original Message-----
From: Adler, Derek J.T. <adler@hugheshubbard.com>
To: 'AStukes@winston.com' <AStukes@winston.com>
CC: Bond, Erik <bond@HughesHubbard.COM>
Sent: Fri Feb 09 17:37:33 2007
Subject: Re: IPOC/Diligence - Protective Order has been entered

Am on flight overseas about to take off. Will reply tmw am.

-----Original Message-----
From: Stukes, Anne <AStukes@winston.com>
To: Adler, Derek J.T. <adler@hugheshubbard.com>
CC: Bond, Erik <bond@HughesHubbard.COM>
Sent: Fri Feb 09 17:28:27 2007
Subject: RE: IPOC/Diligence - Protective Order has been entered

Yes, I did receive your email about the costs. As I've always indicated, IPOC will abide by Rule 45 and reimburse HHR's reasonable expenses in responding to the subpoena. I do not, at this time, have client approval for the $23,000 bill that you sent. In addition, I have some questions about some of the entries and fees. I do not believe the law allows HHR to withhold production on condition that IPOC agree to pay the exact amount requested. We would like to get the documents immediately, and unfortunately, may have no choice but to move to compel if production is not forthcoming immediately. Please let me know when the documents will be ready for pick up. If you'd like to discuss this further, please give me a call or let me know if there is a time this weekend that you are available to discuss.

1/18/2008

From: Adler, Derek J.T. [mailto:adler@hugheshubbard.com]
Sent: Friday, February 09, 2007 5:08 PM
To: Stukes, Anne
Cc: Bond, Erik
Subject: Re: IPOC/Diligence - Protective Order has been entered


Did you receive my email about our costs?


-----Original Message-----
From: Stukes, Anne <AStukes@winston.com>
To: Adler, Derek J.T. <adler@hugheshubbard.com>
Sent: Fri Feb 09 16:52:45 2007
Subject: IPOC/Diligence - Protective Order has been entered


<<02-08-2007 Protective Order as Entered.pdf>>

Derek: Please see the attached. The court entered the protective order
in IPOC v. Diligence this afternoon. Please make HHR's production ASAP.
Many thanks.

Anne W. Stukes
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5856
(202) 282-5100 (Fax)
astukes@winston.com

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
*************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.


*************************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*************************************************************************


The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
*************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

1/18/2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1/18/2008