# EXHIBIT Q

*IPOC v. Diligence,* Subpoena to Hughes Hubbard & Reed LLP
**BASIS FOR HUGHES HUBBARD'S CONFIDENTIALITY DESIGNATIONS**

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|---|---|---|---|---|---|
| 1 | HHR00001 | HHR00015 | Confid | Unredacted Complaint, *KPMG FAS v. Diligence LLC,* which includes confidential information such as KPMG's terms of reference from the Bermuda Minister of Finance (¶ 10) and a detailed recitation of the methods by which Diligence succeeded in penetrating KPMG along with details from the IPOC Investigation (¶¶ 15-18). | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |
| 2 | HHR00016 | HHR00044 | Confid | Unredacted Declaration of Derek J.T. Adler, *KPMG FAS v. Diligence LLC,* which includes confidential information such as the methods by which Diligence succeeded in penetrating KPMG and internal information about the IPOC Investigation (¶¶ 7, 10). | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |
| 3 | HHR00045 | HHR00077 | Confid | Unredacted Declaration and Witness Statement of Guy Thomas Enright, *KPMG FAS v. Diligence LLC,* which includes confidential information such as the methods by which Diligence succeeded in penetrating KPMG and internal information about the IPOC Investigation | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |
| 4 | HHR00078 | HHR00081 | Confid | Unredacted Declaration of Fiona Harvey, *KPMG FAS v. Diligence LLC,* which reflects confidential information such as the methods by which Diligence succeeded in penetrating KPMG and internal information about the IPOC Investigation. | • Confidential KPMG Business Information/Commercially Sensitive Information |
| 5 | HHR00085 | HHR00085 | Confid | Diligence's notes of surveillance information gained on KPMG personnel and organization, including names, nationalities, education, positions and relationships. | • Confidential KPMG Business Information/Commercially Sensitive Information.<br>• Confidential Personal Information about KPMG Personnel |

1

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|---|---|---|---|---|---|
| 6 | HHR00087 | HHR00088 | Confid | Internal Diligence email detailing further tasks to be performed based on documents and information stolen from KPMG, including e.g., names of persons interviewed by KPMG during IPOC Investigation and bank account information taken from KPMG work product. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 7 | HHR00090 | HHR00091 | Confid | Internal Diligence memo detailing further tasks to be performed based on documents and information stolen from KPMG, including e.g., names of persons interviewed by KPMG during IPOC Investigation and bank account information taken from KPMG work product. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 8 | HHR00093 | HHR00096 | Confid | Internal Diligence email/fax summarizing key points from KPMG Interim Draft Report on IPOC Investigation stolen by Diligence. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 9 | HHR00100 | HHR00104 | Confid | Internal Diligence memo detailing further tasks to be performed based on documents and information stolen from KPMG, including e.g., names of persons interviewed by KPMG during IPOC Investigation and bank account information taken from KPMG work product. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 10 | HHR00339 | HHR00340 | Confid | Internal Diligence email/fax summarizing key points from KPMG Interim Draft Report on IPOC Investigation stolen by Diligence. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 11 | HHR00348 | HHR00348 | Confid | Handwritten notes of Diligence pertaining to additional tasks. | Hughes Hubbard agrees to remove the confidentiality designation. |
| 12 | HHR00349 | HHR00350 | Confid | Internal Diligence "Discussion Points" memo setting out details about KPMG and the IPOC Investigation gained through surveillance activities size and structure of KPMG working groups, information about KPMG's Interim Draft Report on IPOC Investigation, Information on how KPMG records are kept and methods by which Diligence penetrated KPMG. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information<br>• Confidential Personal Information about KPMG Personnel |

2

NY 115417_1.doc

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|---|---|---|---|---|---|
| 13 | HHR00351 | HHR00352 | Confid | Internal Diligence "Discussion Points" memo setting out details about KPMG and the IPOC Investigation gained through surveillance activities size and structure of KPMG working groups, information about KPMG's Interim Draft Report on IPOC Investigation, Information on how KPMG records are kept and methods by which Diligence penetrated KPMG. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information<br>• Confidential Personal Information about KPMG Personnel |
| 14 | HHR00367 | HHR00372 | Confid (part) | Internal Diligence memo describing initial plans for surveillance activities directed at KPMG. | Hughes Hubbard agrees to remove the confidentiality designation. |
| 15 | HHR00385 | HHR00385 | Confid | Another form of Diligence's notes of surveillance information gained on KPMG personnel and organization, including names, nationalities, education, positions and relationships. | • Confidential KPMG Business Information/Commercially Sensitive Information<br>• Confidential Personal Information about KPMG Personnel |
| 16 | HHR00421 | HHR00424 | Confid (part) | Internal KPMG CV of KPMG employee Lee Griffin, wrongfully obtained by Diligence through its operations. | • Confidential Personal Information about KPMG Personnel |
| 17 | HHR00425 | HHR00443 | AEO | Confidential UK ministry of defense security clearance form filled out for KPMG employee Guy Enright during pretext operation, including many personal details (addresses, personal family and educational information etc.) | • Confidential Personal Information about KPMG Personnel |
| 18 | HHR00494 | HHR00494 | Confid | One page file cover: "Bermuda Folder" | HHR 000494 has not been designated by Hughes Hubbard as "Confidential" – listed by IPOC in error. |
| 19 | HHR00495 | HHR00506 | AEO | Confidential UK ministry of defense security clearance form filled out for KPMG employee Lee Griffin during pretext operation, including many personal details (addresses, personal family and educational information etc.) | • Confidential Personal Information about KPMG Personnel |

3

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|-----|-----------------|---------------|-----------------|-------------|------------------------|
| 20 | HHR00540 | HHR00542 | Confid (part) | Another form of Diligence's notes of surveillance information gained on KPMG personnel and organization, including names, ages. nationalities, education, employment details, positions and relationships. | • Confidential KPMG Business Information/Commercially Sensitive Information<br>• Confidential Personal Information about KPMG Personnel |
| 21 | HHR00544 | HHR00544 | Confid | Another form of Diligence's notes of surveillance information gained on KPMG personnel and organization, including names, positions, organizational relationships, and phone numbers. | • Confidential KPMG Business Information/Commercially Sensitive Information<br>• Confidential Personal Information about KPMG Personnel |
| 22 | HHR00613 | HHR00618 | Confid (part) | Internal Diligence memo detailing further tasks to be performed based on documents and information stolen from KPMG, including e.g., names of persons interviewed by KPMG during IPOC Investigation and bank account information taken from KPMG work product. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 23 | HHR00621 | HHR00622 | AEO | Internal Diligence memo entitled "Summary of Activity" and enumerating a great deal of information gained by Diligence through its wrongful surveillance, including personal information about KPMG employees (ages, nationality, personal family details, income), internal details about the IPOC Investigation, KPMG's records storage, confidential security code numbers, and the methods used by Diligence to penetrate KPMG. | • Confidential KPMG Business Information/Commercially Sensitive Information<br>• Confidential Personal Information about KPMG Personnel |
| 24 | HHR00640 | HHR00643 | Confid | Diligence email detailing information gained by Diligence through its illegal surveillance activities, including information from the Draft Interim Report. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 25 | HHR00645 | HHR00645 | Confid | Diligence email containing information gained by Diligence through its illegal surveillance activities, including names of persons interviewed by KPMG as part of the IPOC Investigation. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 26 | HHR00676 | HHR00677 | Confid | Internal Diligence memo re additional tasks, including explicit references to persons interviewed by KPMG as part of work on IPOC Investigation and transcripts of those interviews. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |

4

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|---|---|---|---|---|---|
| 27 | HHR00682 | HHR00682 | Confid | Internal Diligence email re additional tasks, including explicit references to persons interviewed by KPMG as part of work on IPOC Investigation and transcripts of those interviews. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 28 | HHR00706 | HHR00706 | Confid | Internal Diligence email expressly referring to information taken from KPMG's Draft Interim Report. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 29 | HHR00714 | HHR00714 | AEO | Internal Diligence memo entitled "Summary of Activity" and enumerating a great deal of information gained by Diligence through its wrongful surveillance, including personal information about KPMG employees (ages, nationality, personal family details, income), internal details about the IPOC Investigation, KPMG's records storage, confidential security code numbers, and the methods used by Diligence to penetrate KPMG. | • Confidential KPMG Business Information/Commercially Sensitive Information<br>• Confidential Personal Information about KPMG Personnel |
| 30 | HHR00751 | HHR00751 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |
| 31 | HHR00755 | HHR00755 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |
| 32 | HHR00758 | HHR00758 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |

5

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|---|---|---|---|---|---|
| 33 | HHR00759 | HHR00759 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |
| 34 | HHR00786 | HHR00787 | Confid (part) | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities, and referring to persons who submitted to confidential interviews as part of IPOC Investigation. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 35 | HHR00795 | HHR00799 | Confid (part) | Internal Diligence memo detailing further tasks to be performed based on documents and information stolen from KPMG, including, e.g., names of persons interviewed by KPMG during IPOC Investigation and bank account information taken from KPMG work product | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 36 | HHR00805 | HHR00805 | Confid | Internal Diligence email naming persons who submitted to confidential interviews as part of IPOC Investigation | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 37 | HHR00810 | HHR00811 | Confid (part) | Diligence email containing information gained by Diligence through its illegal surveillance activities, including names of persons who gave confidential interviews to KPMG as part of the IPOC Investigation. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 38 | HHR00818 | HHR00818 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |
| 39 | HHR00823 | HHR00823 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |

6

NY 1154417_1.doc

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|---|---|---|---|---|---|
| 40 | HHR00824 | HHR00824 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |
| 41 | HHR00883 | HHR00883 | Confid | Internal Diligence email naming to persons who submitted to confidential interviews as part of IPOC Investigation | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 42 | HHR00934 | HHR01098 | ) | Treated as a unit by IPOC but includes various documents, addressed individually below. | |
| | HHR 00934 | HHR 00953 | | | • Not designated confidential by HHR |
| | HHR 00954 | HHR 00954 | Confid | Internal Diligence memo entitled "Summary of Activity" and enumerating a great deal of information gained by Diligence through its wrongful surveillance, including personal information about KPMG employees (ages, nationality, personal family details, income), internal details about the IPOC Investigation, KPMG's records storage, confidential security code numbers, and the methods used by Diligence to penetrate KPMG | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information<br>• Confidential Personal Information about KPMG Personnel |
| | HHR 00955 | HHR 00959 | | | • Not designated confidential by HHR |
| | HHR 00960 | HHR 00968 | Confid | Internal Diligence memorandum expressly referring to information taken from KPMG's Draft Interim Report. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| | HHR 01029 | HHR 01098 | | | • Not designated confidential by HHR |
| | HHR 00969 | HHR 01026 | | | • Not designated confidential by HHR |
| | HHR 01027 | HHR 01028 | Confid | Internal Diligence memorandum expressly referring to information taken from KPMG's Draft Interim Report. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |

7

NY 1154417_1.doc

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|---|---|---|---|---|---|
| 43 | HHR01270 | HHR01272 | Confid) | Diligence email containing information gained by Diligence through its illegal surveillance activities, including information taken from KPMG's draft interim report. | Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 44 | HHR01273 | HHR01273 | Confid | Internal Diligence email naming to persons who submitted to confidential interviews as part of IPOC Investigation | Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. Confidential KPMG Business Information/Commercially Sensitive Information |
| 45 | HHR01302 | HHR01302 | Confid | Internal Diligence email detailing information gained from KPMG source regarding status of IPOC Investigation and accessibility of files at KPMG. | Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 46 | HHR01305 | HHR01306 | Confid (part) | Diligence memoranda containing information gained by Diligence through its illegal surveillance activities, including names of persons interviewed by KPMG as part of the IPOC Investigation. | Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 47 | HHR01335 | HHR01335 | Confid | Internal Diligence email expressly referring to information taken from KPMG's Draft Interim Report. | Confidential KPMG Business Information/Commercially Sensitive Information |
| 48 | HHR01343 | HHR01343 | AEO | Internal Diligence memo entitled "Summary of Activity" and enumerating a great deal of information gained by Diligence through its wrongful surveillance, including personal information about KPMG employees (ages, nationality, personal family details, income), internal details about the IPOC Investigation, KPMG's records storage, confidential security code numbers, and the methods used by Diligence to penetrate KPMG | Confidential Personal Information about KPMG Personnel |
| 49 | HHR01442 | HHR01442 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities | Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. Confidential KPMG Business Information/Commercially Sensitive Information |
| 50 | HHR01446 | HHR01446 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities | Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. Confidential KPMG Business Information/Commercially Sensitive Information |

8

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|---|---|---|---|---|---|
| 51 | HHR01449 | HHR01450 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |
| 52 | HHR01486 | HHR01486 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities | • Confidential KPMG Business Information/Commercially Sensitive Information |
| 53 | HHR01487 | HHR01488 | Confid (part) | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities, and referring to persons who submitted to confidential interviews as part of IPOC Investigation. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 54 | HHR01492 | HHR01492 | Confid | Internal Diligence email setting out confidential information about KPMG's IPOC Investigation gathered by Diligence through its illegal activities, including name of person who provided interview. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law |
| 55 | HHR01499 | HHR01503 | Confid (part) | Internal Diligence memo detailing further tasks to be performed based on documents and information stolen from KPMG, including e.g., names of persons interviewed by KPMG during IPOC Investigation and bank account information taken from KPMG work product. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 56 | HHR01509 | HHR01509 | Confid | Internal Diligence email naming persons who submitted to confidential interviews as part of IPOC Investigation | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 57 | HHR01513.01 | HHR01513.01 | Confid | Diligence email containing information gained by Diligence through its illegal surveillance activities, including derived from KPMG's Draft Interim Report, and name of interviewee. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 58 | HHR01522 | HHR01522 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |

9

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|---|---|---|---|---|---|
| 59 | HHR01527 | HHR01528 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information |
| 60 | HHR01587 | HHR01587 | Confid | Internal Diligence email naming persons who submitted to confidential interviews as part of IPOC Investigation | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 61 | HHR01608 | HHR01611 | Confid (part) | Internal Diligence email/fax summarizing key points from KPMG Interim Draft Report on IPOC Investigation stolen by Diligence. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 62 | HHR01662 | HHR01662 | Confid | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 63 | HHR01676 | HHR01677 | Confid (part) | Internal Diligence email setting out confidential information about status of KPMG's IPOC Investigation gathered by Diligence through its illegal activities, and referring to persons who submitted to confidential interviews as part of IPOC Investigation. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 64 | HHR01686 | HHR01687 | Confid | Internal Diligence email naming persons who submitted to confidential interviews as part of IPOC Investigation | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 65 | HHR01816 | HHR01817 | AEO | Internal Diligence memo entitled "Summary of Activity" and enumerating a great deal of information gained by Diligence through its wrongful surveillance, including personal information about KPMG employees (ages, nationality, personal family details, income), internal details about the IPOC Investigation, KPMG's records storage, confidential security code numbers, and the methods used by Diligence to penetrate KPMG. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential Personal Information about KPMG Personnel |
| 66 | HHR01827 | HHR01827 | Confid | Another form of Diligence's notes of surveillance information gained on KPMG personnel and organization, including names, positions, organizational relationships, and phone numbers. | • Confidential KPMG Business Information/Commercially Sensitive Information |

10

NY 1154417_1.doc

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|---|---|---|---|---|---|
| 67 | HHR01834 | HHR01834 | Confid | Another form of Diligence's notes of surveillance information gained on KPMG personnel and organization, including names, positions, organizational relationships, and phone numbers. | • Confidential KPMG Business Information/Commercially Sensitive Information |
| 68 | HHR01836 | HHR01836 | Confid | Another form of Diligence's notes of surveillance information gained on KPMG personnel and organization, including names, nationalities, education, positions and relationships. | • Confidential KPMG Business Information/Commercially Sensitive Information<br>• Confidential Personal Information about KPMG Personnel |
| 69 | HHR01861 | HHR01862 | AEO | Internal Diligence memo entitled "Summary of Activity" and enumerating a great deal of information gained by Diligence through its wrongful surveillance, including personal information about KPMG employees (ages, nationality, personal family details, income), internal details about the IPOC Investigation, KPMG's records storage, confidential security code numbers, and the methods used by Diligence to penetrate KPMG. | • Confidential KPMG Business Information/Commercially Sensitive Information<br>• Confidential Personal Information about KPMG Personnel |
| 70 | HHR01873 | HHR01875 | AEO | Internal Diligence memo detailing further tasks to be performed based on documents and information stolen from KPMG, including e.g., names of persons interviewed by KPMG during IPOC Investigation and bank account information taken from KPMG work product. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 71 | HHR02023 | HHR02220 | Confid | KPMG v. Diligence: Deposition of Diligence's corporate representative, referring to and incorporating much of the information from the other documents and materials. | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law.<br>• Confidential KPMG Business Information/Commercially Sensitive Information<br>• Confidential Personal Information about KPMG Personnel |
| 72 | HHR02221 | HHR02223 | Confid | Notice of Deposition | HHR Does Not Object to Removal of Confidentiality Designation |
| 73 | HHR02224 | HHR02226 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |

11

NY 1154417_1.doc

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|---|---|---|---|---|---|
| 74 | HHR02227 | HHR02227 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 75 | HHR02228 | HHR02230 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 76 | HHR02231 | HHR02282 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 77 | HHR02283 | HHR02284 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 78 | HHR02285 | HHR02287 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 79 | HHR02288 | HHR02289 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 80 | HHR02290 | HHR02302 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 81 | HHR02303 | HHR02303 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 82 | HHR02304 | HHR02304 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 83 | HHR02305 | HHR02305 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 84 | HHR02306 | HHR02306 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 85 | HHR02307 | HHR02307 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 86 | HHR02308 | HHR02309 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 87 | HHR02310 | HHR02311 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 88 | HHR02312 | HHR02314 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |

12

NY 115417_1.doc

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|-----|-----|-----|-----|-----|-----|
| 89 | HHR02315 | HHR02316 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 90 | HHR02317 | HHR02320 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 91 | HHR02321 | HHR02321 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 92 | HHR02326 | HHR02326 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 93 | HHR02326.01 | HHR02326.04 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 94 | HHR02326.05 | HHR02326.06 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 95 | HHR02327 | HHR02327 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 96 | HHR02328 | HHR02328 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 97 | HHR02329 | HHR02329 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 98 | HHR02330 | HHR02330 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 99 | HHR02331 | HHR02336 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 100 | HHR02337 | HHR02337 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 101 | HHR02338 | HHR02339 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 102 | HHR02340 | HHR02341 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 103 | HHR02342 | HHR02343 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |

13

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|---|---|---|---|---|---|
| 104 | HHR02343.01 | HHR02343.02 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 105 | HHR02344 | HHR02344 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 106 | HHR02345 | HHR02345 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 107 | HHR02346 | HHR02346 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 108 | HHR02347 | HHR02347 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 109 | HHR02348 | HHR02353 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 110 | HHR02354 | HHR02356 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 111 | HHR02357 | HHR02361 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 112 | HHR02362 | HHR02362 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 113 | HHR02363 | HHR02364 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 114 | HHR02365 | HHR02365 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 115 | HHR02366 | HHR02369 | Confid | Deposition Exhibit (Duplicate of Document Disclosed Elsewhere in Production – No Need to Address Designation Separately) | |
| 116 | HHR03495 | HHR03496 | Confid | Email disclosing information obtained from stolen KPMG draft interim report | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 117 | HHR03497 | HHR03497 | Confid | Email dated 11/17/2005 | Hughes Hubbard agrees to remove the confidentiality designation for the page marked HHR 03497 |

14

NY 1154417_1.doc

| No. | HHR Begin Bates | HHR End Bates | HHR Designation | Description | Basis for Designation |
|-----|-----------------|---------------|-----------------|-------------|----------------------|
| 118 | HHR03498 | HHR03498 | Confid | Email dated 11/17/2005 | Hughes Hubbard agrees to remove the confidentiality designation for the page marked HHR 03498 |
| 119 | HHR03499 | HHR03499 | Confid | Email disclosing information obtained from stolen KPMG draft interim report: | • Confidential information regarding IPOC Investigation, Protected Under Bermuda Law. |
| 120 | HHR03500 | HHR03500.01 | Confid | Internal Diligence memo entitled "Summary of Activity" and enumerating a great deal of information gained by Diligence through its wrongful surveillance, including personal information about KPMG employees (ages, nationality, personal family details, income), internal details about the IPOC Investigation, KPMG's records storage, confidential security code numbers, and the methods used by Diligence to penetrate KPMG. | • Confidential KPMG Business Information/Commercially Sensitive Information • Confidential Personal Information about KPMG Personnel |
| 121 | HHR03501 | HHR03501 | Confid | CD of Audio Files Comprising Conversations Between Nick Day and Guy Enright, in which Enright provides information about IPOC Investigation, KPMG business procedures, and his fellow employees. | • Confidential KPMG Business Information/Commercially Sensitive Information • Confidential Personal Information about KPMG Personnel |
| 122 | HHR03502 | HHR03502 | Confid | CD of Audio Files Comprising Conversations Between Nick Day and Guy Enright in which Enright provides information about IPOC Investigation, KPMG business procedures, and his fellow employees. | • Confidential KPMG Business Information/Commercially Sensitive Information • Confidential Personal Information about KPMG Personnel |

15

NY 1154417_1.doc