UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IPOC INTERNATIONAL GROWTH FUND LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV01109 (PLF) (AK) |
| DILIGENCE, LLC, *et al.*, | ) ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL WITH PREJUDICE OF NON-PARTY HUGHES HUBBARD & REED'S MOTION UNDER RULE 45 FOR REIMBURSEMENT OF COSTS AND ATTORNEYS' FEES

On January 17, 2008, non-party Hughes Hubbard & Reed LLP ("HHR") moved this Court pursuant to Rule 45 of the Federal Rules of Civil Procedure for an Order directing Plaintiff IPOC International Growth Fund Limited ("IPOC") to reimburse HHR's attorneys' fees and costs in the amount of $94,964.07, which HHR incurred in responding to a subpoena served by IPOC. (Docket No. 150)

HHR hereby withdraws its motion with prejudice.

| | |
|---|---|
| Dated:  District of Columbia<br>          May 7, 2008 | Respectfully submitted,<br><br>HUGHES HUBBARD & REED LLP<br><br>By: */s/* Charles D. Reed<br>     Charles D. Reed<br>     D.C. Bar No. 490833<br>     1775 I Street, N.W.<br>     Washington, D.C.  20006-2401<br>     202-721-4600<br><br>     Attorneys for non-party Hughes<br>     Hubbard & Reed LLP |

Of Counsel:

Derek J.T. Adler
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York  10004